E-FILED
Tuesday, 30 April, 2019  09:41:21 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| ALEX KEDAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| ILLINOIS DEPARTMENT OF | ) | |
| TRANSPORTATION, | ) | |
| | ) | **Jury trial demanded** |
| Defendant. | ) | |

# Complaint

Now Comes the Plaintiff, ALEX KEDAS ("Kedas"), by and through his undersigned counsel, John A. Baker, and in support of his complaint against the ILLINOIS DEPARTMENT OF TRANSPORTATION (the "IDOT"), states as follows:

## I.  Jurisdiction and Venue

1.      Kedas maintains that the IDOT retaliated against him in violation of the anti-retaliation provisions of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §  2000e-3(a).  This creates a federal question which vest this Court with jurisdiction under 28 U.S.C. § 1331.

2.      The allegations in this lawsuit relate to decisions regarding Kedas' employment with the IDOT.  During all periods of time relevant to this lawsuit Kedas worked for the IDOT within the judicial confines of the Central District of Illinois.

## II.  Parties

3.      Kedas is an adult resident of Vermilion County, Illinois.  He is employed by the IDOT out of its District 5 location as a Senior Resident Engineer.

4.      The IDOT is  an agency of the State of Illinois. At all times relevant to this proceeding it employed in excess of 500 individuals.

## III.  Complaint

5.      Kedas is employed by the IDOT as a Senior Resident Engineer.  He works out of Region 5 of IDOT, the headquarters of which is in Paris, Illinois.

6.      On approximately April 11, 2018, Kedas filed a charge of discrimination with both the Illinois Department of Human Rights and the United States Equal Employment Opportunity Commission.  That charge alleged that the IDOT has violated his rights under Title VII of the Civil Rights Act of 1964. The EEOC assigned that case charge number 21B1801062.

7.      The United States Equal Employment Opportunity Commission issued Kedas a right to sue notice for charge number 21B1801062 and this lawsuit is being filed within 90 days of his receipt of that notice.

8.      Kedas has worked for IDOT continuously since January 22, 1990.

9.      At all times throughout his employment Kedas has performed his job duties in an effective manner and there has been no legitimate reason for the IDOT to question his job performance in any fashion.

10.      Kedas was promoted into his current job title in April of 1998.  In his current position he has responsibility for overseeing IDOT projects.  He supervises a staff of approximately 12 or more.  He is responsible for assuring contract enforcement and compliance (contract between IDOT and contractor), quality control, surveying, pay estimates, compliance with accounting documentation, staff development, and coordinating with many agencies.

11.     Kedas' immediate supervisor is Jason Smith. At times relevant to this lawsuit Smith reported to Ken Crawford.

12.     Kedas has a co-worker, Andrea Childers, who is also responsible for supervising IDOT construction projects.  Childers is female.

13.     On or about April 26, 2016, Kedas filed an internal complaint of disparate treatment on the basis of gender. This complaint related to favorable treatment that was being received by Childers.

14.     Kedas' April 26, 2016, complaint constitutes protected activity under Title VII of the Civil Rights Act of 1964.

15.     Subsequent to the filing of his April 26, 2016, complaint, his supervisors at the IDOT have engaged in a pattern of retaliation.  This retaliation has included:

- Discipline for no basis.

- Taking away job responsibilities that has resulted in his career being hampered.

- A hostile working environment has been created by his supervisors.

- His job performance has been subjected to unwarranted scrutiny.

- He has been ostracized by his supervisors.

- His seniority status and project assignments have been reduced.

16.     The above referenced actions have had the effect of altering his employment. These actions are of the type that would dissuade a reasonable person from engaging in activities that are protected by Title VII of the Civil Rights Act of 1964.

17.     As a result of the foregoing, Kedas has been subjected to unlawful retaliation in

violation of his rights under Title VII of the Civil Rights Act of 1964.

18.     Kedas has suffered damages as a result of the retaliatory actions described above. These damages have included loss of wages, damage to his professional reputation, and emotional distress damages. Additionally, the value of his pension has been diminished.

Wherefore, Kedas requests that judgment be entered in his favor and that the following relief be granted:

1.     That he be awarded damages to compensate him for the injuries that he has sustained as a result of the violation of his rights;

2.     That a determination be made that the IDOT has violated the anti-retaliation provisions of Title VII of the Civil Rights Act of 1964;

3.     That all of his attorney fees and costs associated with pursuing this matter be paid; and

4.     Other relief that the Court deems appropriate.

**KEDAS REQUESTS THAT HIS CLAIMS BE TRIED BY A JURY**

Alex Kedas

By: _/s/ John A. Baker_

His Attorney

Dated: APRIL 30, 2019

John A. Baker
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, Illinois 62701
Telephone:     (217) 522-3445
Facsimile:      (217) 522-8234
E-mail:          jab@bbklegal.com