IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| ALEX KEDAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.    19-cv-2113 |
| | ) | |
| ILLINOIS DEPARTMENT OF TRANSPORTATION, | ) ) | |
| | ) | |
| Defendant. | ) | |

## Response to Show Cause Order

Now Comes the Plaintiff, ALEX KEDAS ("Kedas"), by and through his undersigned counsel, John A. Baker, and in response to the show cause order entered by this Court on January 4, 2021, states as follows:

The Defendant, Illinois Department of Transportation, did file a motion to compel the production of discovery responses. The motion was fully correct and the undersigned had not gotten the discovery responses to opposing counsel as required under the rules or pursuant to the agreement entered into by the parties.

Rule 37 provides that the Court will order an award of costs associated with bringing the motion in the event that the motion is successful unless there are circumstances that justify the failure to provide the requests in a timely fashion or the rendering of such an award would be unjust.

The reason for the delay in providing the documents in the timeframe agreed upon by the undersigned and opposing counsel (December 7, 2020) can only be explained by other pressing

matters that were before the undersigned. These included (1) a memorandum of law owing in the United States District Court in response to a Rule 50 and 59 motion in *Radson v. Bradley University* (C.D. Ill. 18-cv-1374) that was filed on December 4, 2020; (2) a hearing on a motion for summary judgment before the Circuit Court of Morgan County on December 10, 2020, in *Berg v. MacMurray College*; (3) two briefs owing to the Illinois Civil Service Commission on December 14, 2020; (4) a reply brief owing in *Radson v. Bradley University* (C.D. Ill. 18-cv-1374) on December 14, 2020; (5) a brief owing to the Illinois Civil Service Commission on December 16, 2020; (6) a brief owing to the Illinois Human Rights Commission on December 16, 2020; (7) a response to a motion for summary judgment in the matter of *Runkel v. City of Springfield* on December 21, 2020 (C.D. Ill. 18-cv-3206); and other matters.

    The undersigned recognizes that there was a delay and there should have been better communication on his part.  It caused the Court to get involved in a matter that shouldn't have required court intervention.  For that and for the delay the undersigned certainly apologizes to the Court and Mr. Seivers.

    Opposing counsel, in the motion to compel, did not seek sanctions.  While the undersigned would only be speculating as to the reason why, the undersigned has worked closely with the Illinois Attorney General's office for more than twenty years.  There have likely been more than 50 federal lawsuits where the undersigned has worked with that office and an untold number of administrative proceedings and state court matters.  The undersigned has always prided himself in his working relationship with the office of the Attorney General.  There have been discovery issues in the past, and most likely will be in the future.  Indeed, in a case not long ago the undersigned filed a motion to compel where the Attorney General's office was on the

opposing side.  The Court granted sanctions and the undersigned requested that no award of fees be made (See Cozad v. IDOC; Case No. 16-cv-4131, Doc. 31). The undersigned is proud of the relationship that he has with the Attorney General's Office.

                                                                           Alex Kedas

                                                                           By: */s/ John A. Baker*
                                                                                    His Attorney

Dated: January 18, 2021

John A. Baker
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, Illinois 62701
Telephone:   (217) 522-3445
Facsimile:    (217) 522-8234
E-mail:       jab@bbklegal.com

### Certificate of Service

       This document was filed by utilizing this Court's ECF system.  A copy will automatically be sent to all counsel of record.  No copies have been served via any alternative method of service.

                                                                           Alex Kedas
                                                                           By: */s/ John A. Baker*
                                                                                    His Attorney

Dated: JANUARY 18, 2021

John A. Baker
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, Illinois 62701
Telephone:   (217) 522-3445
Facsimile:    (217) 522-8234
E-mail:       jab@bbklegal.com