IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| ALEX KEDAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 19-2113-CSB-EIL |
| | ) |
| ILLINOIS DEPARTMENT OF TRANSPORTATION, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

NOW COMES the Defendant, Illinois Department of Transportation, by and through its attorney, Kwame Raoul, Attorney General for the State of Illinois, and pursuant to Rule 56 of the Federal Rules of Civil Procedure, moves this honorable Court to enter summary judgment in its favor and against Plaintiff. In support thereof, it is stated:

1. On August 12, 2019, Plaintiff filed his Complaint pursuant to 42 U.S.C. 2000e-3(a) claiming Defendant retaliated against him during his employment following his filing of a complaint he filed alleging gender discrimination in April 2016.

2. Plaintiff failed to produce evidence establishing Defendant retaliated against him because of a complaint he filed in April 2016.

3. Plaintiff's retaliation claim fails because he has failed to establish he suffered an adverse employment action and, even assuming he has established he suffered an adverse employment action, he fails to establish a but-for-cause between his 2016 complaint and his alleged adverse employment action.

4. There are no genuine issues of material facts that would preclude entry of summary judgment in favor of Defendant and against Plaintiff.

WHEREFORE, Defendant prays this honorable Court enter summary judgment in favor of Defendant and against Plaintiff on all claims.

Respectfully submitted,

ILLINOIS DEPARTMENT OF TRANSPORTATION,

    Defendant,

Kwame Raoul, Attorney General,
State of Illinois,

    Attorney for Defendant,

By:   s/Taylor R. Traynoff_____
    Taylor R. Traynoff, #6330557
    Assistant Attorney General
    500 South Second Street
    Springfield, Illinois  62706
    Phone: (217) 782-5189
    Facsimile: (217) 524-5091
    E-Mail: taylor.traynoff@ilag.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| ALEX KEDAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 19-2113-CSB-EIL |
| | ) | |
| ILLINOIS DEPARTMENT OF TRANSPORTATION, | ) ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2022, I caused a copy of the foregoing, ***Defendant's Motion for Summary Judgment,*** to be electronically e-filed with the Clerk of the Court, which will send electronic notice of same to the following:

John A. Baker    jab@bbklegal.com

By:   s/Taylor R. Traynoff
Taylor R. Traynoff, #6330557
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62706
Phone: (217) 782-5819
Facsimile: (217) 524-5091
E-Mail: taylor.traynoff@ilag.gov