2:19-cv-02113-CSB-EIL # 31-1 Page 1 of 115

EXHIBIT 1 E-FILED
Wednesday, 23 March, 2022 06:10:24 PM
Clerk, U.S. District Court, ILCD

ALEX ROBERT KEDAS, PE 2/22/2022

Page 1

```
 1                IN THE UNITED STATES DISTRICT COURT
                  FOR THE CENTRAL DISTRICT OF ILLINOIS
 2

 3   ALEX KEDAS,                    )
                                    )
 4             Plaintiff,           )
                                    )
 5        -vs-                      ) No. 19-2113-CSB-EIL
                                    )
 6   ILLINOIS DEPARTMENT OF         )
     TRANSPORTATION,                )
 7                                  )
               Defendant.           )
 8

 9

10

11           The deposition of ALEX ROBERT KEDAS, PE,

12   taken pursuant to the Rules of Civil Procedure for

13   the United States District Courts pertaining to

14   the taking of depositions, taken before Pamela S.

15   Morgan, a Certified Shorthand Reporter in the

16   State of Illinois, on February 22, 2022, at the

17   hour of 10:06 a.m.

18

19

20

21

22

23

24

25
```

```
 1          APPEARANCES REMOTELY:

 2

            BAKER, BAKER & KRAJEWSKI, LLC
 3          BY:  MR. JOHN A. BAKER
            425 South Seventh Street
 4          Springfield, Illinois  62701
            (217) 522-3445
 5          jab@bbklegal.com
            On behalf of the Plaintiff;
 6

 7          ILLINOIS ATTORNEY GENERAL
            BY:  MS. TAYLOR TRAYNOFF
 8              ASSISTANT ATTORNEY GENERAL
            500 South Second Street
 9          Springfield, Illinois  62701
            (217) 557-7081
10          taylor.traynoff@ilag.gov
            On behalf of the Defendant.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                  I N D E X

 2   WITNESS                                PAGE

 3   ALEX ROBERT KEDAS, PE

 4   EXAMINATION BY MS. TRAYNOFF               4

 5

 6                E X H I B I T S

 7            (No Exhibits Marked.)

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              (The witness was duly sworn.)
 2                   ALEX ROBERT KEDAS, PE,
 3    called as a witness herein, having been first duly
 4    sworn, was examined and testified as follows:
 5                        EXAMINATION
 6    BY MS. TRAYNOFF:
 7        Q.    Good morning.  My name is Taylor
 8    Traynoff, I work for the Attorney General's Office
 9    and I represent the Department of Transportation.
10              Can you hear me okay?
11        A.    Yes.
12        Q.    Okay.  I am going to go into a few just
13    preliminary matters before we get into the
14    substantive matters of this deposition.
15              Have you been deposed before?
16        A.    Yes.
17        Q.    And I'm sure your attorney has given you
18    quite a bit of information prior to this day, but
19    I just want to have a few reminders before we move
20    on.
21              Since we are working remote and doing
22    this remotely, it's important that we don't speak
23    over each other, especially for the court reporter
24    since she's going to be transcribing our words.
25    So I would ask that you just make sure that before
```

ALEX ROBERT KEDAS, PE  2/22/2022

 1   you start answering the question, just make sure I

 2   finish it, and if you are unsure whether I've

 3   finished the question, you can always ask me if

 4   that's my complete question.  If I'm unsure

 5   whether your answer is the complete answer, I will

 6   ask you if it is.

 7           Additionally, because we are remote, it's

 8   important that you answer with oral or verbal

 9   answers rather than just a gesture, a head nod or

10   head shake, especially for the court reporter.

11           If you need a break at any point, ask me.

12   I don't -- I hope we can get this completed in

13   just a couple of hours, but we can certainly take

14   a break for whatever reason you need and however

15   long you need it.

16           And as Mr. Baker said, I did ask him to

17   have ready for your reference the complaint in

18   this action, and if I need him to put that in

19   front of you for reference for my questions, I

20   will ask him to do that.

21           But anyway, I think that's it on the

22   preliminary matters.

23           Could you please state your full name and

24   spell it for the court reporter?

25   A.   Alex Robert Kedas, PE.  A-L-E-X

**EXHIBIT 1**

ALEX ROBERT KEDAS, PE  2/22/2022

1    R-O-B-E-R-T, Kedas is K-E-D-A-S, and I am a

2    professional engineer.

3        Q.    Okay.  And, Mr. Kedas, how old are you?

4        A.    Fifty-five.

5        Q.    And are you currently employed?

6        A.    No.

7        Q.    Were you previously employed by the

8    Department of Transportation?

9        A.    Yes.

10       Q.    And if during the course of this

11   deposition if I say either the Department of

12   Transportation or DOT or IDOT, do you understand

13   that to mean the Illinois Department of

14   Transportation?

15       A.    Yes.

16       Q.    Okay.  How long were you employed by the

17   Department of Transportation?

18       A.    Thirty-two years.

19       Q.    Do you recall the year you began your

20   employment there?

21       A.    1990, but I worked three summers before

22   that.

23       Q.    As an intern or in training?

24       A.    Correct.

25       Q.    Did you work there while you were in

1    school?

2        A.    During summer breaks.

3        **Q.    Okay.**

4        A.    1990 -- I am sorry, 1987, 1988, 1989.

5        **Q.    That's when you worked there during the**

6    **summers?**

7        A.    Right.

8        **Q.    Okay.  And what is your educational**

9    **background?**

10       A.    I have a bachelor's of science of civil

11   of engineering from the University of Illinois, I

12   graduated in the winter of 1989, December 1989.

13       **Q.    Okay.  What was the first position you**

14   **held when you began your employment, so in 1990,**

15   **with the Department of Transportation?**

16       A.    Inspector.

17       **Q.    How long did you have that position?**

18       A.    Nine months.

19       **Q.    And then what position did you hold?**

20       A.    Assistant resident engineer.

21       **Q.    How long did you have that position?**

22       A.    Until the spring of 1992.

23       **Q.    Okay.  Do you recall the position you**

24   **held after that?**

25       A.    Excuse me?

```
 1          Q.    Do you recall the position that you held
 2    after that?
 3          A.    Resident engineer CE III.
 4          Q.    And does CE stand for civil engineer?
 5          A.    Yes.
 6          Q.    How long did you hold that position?
 7          A.    Until April of 1998.
 8          Q.    Do you recall what position you held
 9    following that position?
10          A.    Senior resident engineer.
11          Q.    And what year was that?
12          A.    April of 1998.
13          Q.    To what year?
14          A.    March 31st of 2021.  Twenty-four years.
15          Q.    Did you move through these positions
16    based on your experience or were those positions
17    that you had applied for and were able to promote
18    to?
19          A.    I interviewed for the CE IV resident --
20    senior resident engineer.  I was appointed,
21    chosen, as assistant resident engineer and
22    resident engineer based on my skills --
23    engineering skills.
24          Q.    Did I hear you right that you said you
25    entered into that CE IV position, is that what you
```

 1   **said?**

 2       A.   No, I interviewed.

 3       **Q.   Oh, interviewed.  Okay.**

 4       A.   And I was promoted by interviewing.

 5       **Q.   Okay.  And is it accurate to say that --**

 6   **at least in March of 2021 was the last time you**

 7   **held the position of senior resident engineer.  Is**

 8   **it accurate to say that at that point in time you**

 9   **retired from the Department of Transportation?**

10       A.   No.

11       **Q.   Okay.  What did you do at that point?**

12       A.   I left --

13       **Q.   Sorry?**

14       A.   I separated employment at the advice of

15   my doctor and I was able to take -- I did qualify

16   for retirement.

17       **Q.   And when did you retire?**

18       A.   The last day I worked was March 31st,

19   2021.

20       **Q.   Okay.  At which point you retired,**

21   **correct?**

22       A.   I separated from state service and I

23   qualified to receive a pension.

24       **Q.   Okay.  Were you fired?**

25       A.   No.

```
 1        Q.    Okay.  And you have not worked since
 2   then?
 3        A.    I worked -- no, I did work.
 4        Q.    Where did you work?
 5        A.    As an engineering consultant,
 6   self-employed.
 7        Q.    How long did you have that consulting
 8   firm?
 9        A.    I still have it and I -- yes, I still
10   have it.
11        Q.    Oh, okay.
12              I thought earlier you said that you are
13   not employed.
14        A.    I am not employed at the time currently.
15        Q.    So you have your private firm but you are
16   not employed?
17        A.    That's correct.
18        Q.    Can you explain that a bit for me?  How
19   are you not employed but you do have this, I
20   guess, operating business?
21        A.    Well, I don't have any employment.  So I
22   don't have any contracts.  So I'm not getting a
23   paycheck.
24        Q.    Okay.  When is the last time you had a
25   project through that consulting firm?
```

```
 1       A.   At the end of August of 2021.
 2       Q.   Okay.  Where does your firm primarily
 3  accept its projects?  Is that in the central
 4  Illinois area?  In eastern Illinois?  Can you
 5  explain that?
 6       A.   I'm not that sophisticated.
 7       Q.   So if someone calls you and wants
 8  consulting work, do you just accept it no matter
 9  where it's located throughout the state?
10       A.   I'm basically a sole proprietor, I do not
11  advertise, and although I have an employer
12  identification number, that's really the extent of
13  my business.
14       Q.   Okay.
15       A.   I'm not -- there's no business structure
16  whatsoever.
17       Q.   Okay.
18       A.   Other than the employee identification
19  number.
20       Q.   So do you have employees?
21       A.   No.
22       Q.   Okay.  And with the professional
23  engineering license, do you still maintain that
24  license?
25       A.   Yes.
```

```
 1        Q.    Okay.  Do you have to take continuing
 2   education courses to maintain that license?
 3        A.    Yes.
 4        Q.    And do you do that?
 5        A.    Yes.
 6        Q.    And do you pay a yearly fee to maintain
 7   that license?
 8        A.    Yes.
 9        Q.    And do you still do that?
10        A.    Yes.
11        Q.    Okay.  Do you do any other work on the --
12   work such as maybe a hobby that you get paid to do
13   during this time?
14        A.    Not exactly.
15        Q.    Could you explain that answer a bit more?
16        A.    I was paid $65 for a photograph in
17   December.
18        Q.    A photograph that you took or just a
19   photo you had of something?
20        A.    It was a photograph that I took.
21        Q.    Oh, okay.
22              So is photography a hobby of yours?
23        A.    Yes.
24        Q.    Oh, cool.
25              Are you married, Mr. Kedas?
```

2:19-cv-02113-CSB-EIL  # 31-1  Page 13 of 115

EXHIBIT 1

ALEX ROBERT KEDAS, PE  2/22/2022

Page 13

```
 1      A.   No.
 2      Q.   Were you ever married?
 3      A.   Yes.
 4      Q.   How long were you married?
 5      A.   Fourteen years.
 6      Q.   And how did that marriage end?
 7      A.   I don't understand.
 8      Q.   Well, you are not currently married, is
 9   that right?
10      A.   Right.
11      Q.   So that 14-year marriage ended.  Did it
12   ended in divorce or was there a death?
13      A.   Divorce.
14      Q.   Do you have children?
15      A.   Yes.
16      Q.   How many children do you have?
17      A.   Three.
18      Q.   How old are they?
19      A.   Twenty, 18, and 16.
20      Q.   So while you were a senior resident
21   engineer, can you explain and describe some of the
22   responsibilities you had in that position?
23      A.   Oversee interstate highway and bridge
24   construction primarily.  Ensure quality
25   construction.  Enforce the contract
```

ALARIS LITIGATION SERVICES
www.alaris.us          Phone: 1.800.280.3376          Fax: 314.644.1334

EXHIBIT 1

ALEX ROBERT KEDAS, PE  2/22/2022

1  specifications.  Ensure payment to the contractor

2  through federal accounting standards.

3  Documentation standards.  Material inspection.

4  Surveying, layout.  Coordination among several

5  agencies that -- contractor utility relocations

6  and that sort of thing.  Traffic control

7  inspection.  Ensure safety of the motoring public.

8      Q.   When you say surveying and layout, are

9  you a surveyor?

10     A.   No.

11     Q.   Do you oversee the surveyor who is on

12 that project?  Is that what you mean by that?

13     A.   No.  I said surveyor, no.

14     Q.   You are not a licensed surveyor?

15     A.   No.

16     Q.   Okay.  But you said survey and layout.

17 I'm just trying to understand what you mean by

18 that.

19     A.   Two primary surveying instruments that I

20 use are theodolite transit to lay out lines or

21 horizontal curves, or a -- what's called an OTTO

22 level to measure elevation and to tell the -- to

23 lay out elevation stakes to tell the contractor

24 the lines and grades of the plans.  So those two

25 surveying instruments, surveying measurements.

1      Q.    Okay.  My dad is a land surveyor, so I
2  was asking.
3            Okay.  Who was your -- in going back to
4  2016, do you recall who your immediate supervisor
5  was at that time?
6      A.    Jim Crawford was my immediate supervisor
7  as field engineer until about March, and then
8  Jason Smith was my immediate supervisor after that
9  point.
10     Q.    Okay.  So when you say until about March,
11  is that March 2016?
12     A.    Yes.
13     Q.    Okay.  And then you said Jason Smith?
14     A.    Right.
15     Q.    And was Jason Smith your immediate
16  supervisor until your departure in 2021?
17     A.    Yes.
18     Q.    Okay.  So you just explained to me your
19  responsibilities and your position.  Were you
20  assigned jobs?  You know, did you pick the jobs
21  you worked on?
22     A.    I was assigned projects.
23     Q.    Okay.  How many projects do you recall --
24  you know, I mean it might be different each year,
25  I guess, but how many projects would you typically

**EXHIBIT 1**

ALEX ROBERT KEDAS, PE  2/22/2022

1    have at a time?

2        A.   Well, it depends on how big they are.  If

3    it's a really big project, it may just be one, and

4    if it's a medium size project, then I will be

5    assigned other projects that go along with it.

6        Q.   Okay.

7        A.   But my top dollar amount was $25 million

8    at work.

9        Q.   **What do you mean by that, your top dollar**

10   **amount?**

11       A.   On my job description there's a range of

12   project value --

13       Q.   Okay.

14       A.   -- of work that I administrate.  The top

15   end of the range is 25 million.

16       Q.   25 million, okay.

17            **So just to clarify, you could supervise**

18   **or manage projects worth up to 25 million and**

19   **could that be one project or a multitude of**

20   **projects that equal 25 million, is that accurate?**

21       A.   I am sorry, could you say that again?

22       Q.   **Sure, I will try to rephrase it.  I will**

23   **try to cut it down.**

24            **You said your top dollar amount in your**

25   **job description was $25 million.  So does that**

ALEX ROBERT KEDAS, PE  2/22/2022

1    mean you could manage projects that were worth $25

2    million or $25 million worth of projects?

3        A.    It's an approximation.  It's not meant to

4    be a limit, but in the job description it says

5    typically $2 million of work to $25 million of

6    work, and that could be one project or several,

7    but that is not any sort of a limit, that's just

8    an approximation.

9        Q.    I see.

10            Earlier just a few questions ago your

11    answer was that if it's a really big project you

12    may just have one.  What do you mean by really

13    big?  Could you describe that term?  I can be a

14    little more specific if you need me to clarify.

15       A.    A complicated project that would involve

16    my time due to the volume of details.  I wouldn't

17    have time to work on any other projects because it

18    would be so complicated.

19       Q.    Okay.  So is it fair to say that doesn't

20    necessarily mean the job is, you know, worth the

21    most amount of money, it's just the complexity of

22    the job that determines, I guess, kind of whether

23    it's a big job that you can only do one at a time?

24    Is that accurate to say?

25       A.    No.

1      Q.    Why is that inaccurate?

2      A.    Complicated projects cost more.

3      Q.    So there's never a time in which a simple

4  project would have cost more than a more complex

5  project?

6      A.    Not that I can think of.

7      Q.    During the projects, were you authorized

8  to or did you have the ability to authorize a

9  certain amount of spending?

10     A.    I am sorry, what is your question?

11     Q.    During your, I guess, management of

12  projects, did you have the ability to authorize

13  any spending that was maybe over the expected

14  amount of the value of the project or, you know,

15  the money that the project was taking, were you

16  authorized to take a certain amount of money?

17     A.    I am sorry, I still don't understand.

18     Q.    Okay.  Do you recall ever authorizing

19  $100,000 worth of paving on a project?

20     A.    That sort of thing would have been a set

21  contract amount.  So that's not something --

22  that's not a part of my job.  That would have been

23  a set contract amount.  That's part of the awarded

24  contract.

25     Q.    Are you saying that amount of money for

**EXHIBIT 1**

ALEX ROBERT KEDAS, PE  2/22/2022

1   paving is part of the contract?

2       A.   It varies from contract-to-contract.

3   That's established by design and by the letting

4   and the bid and the contract awarded.

5       Q.   So my question was, do you recall a time

6   authorizing $100,000 in paving?

7       A.   As a change order?

8       Q.   Yes.

9       A.   No, I do not.

10      Q.   Okay.  But do you recall authorizing that

11  amount of money for paving for a reason that's not

12  a change order?

13      A.   I only would do that related to a change

14  order.

15      Q.   What is a change order?

16      A.   For different field conditions than

17  what's in the contract.

18      Q.   What do you mean by different field

19  conditions?

20      A.   The contract defines the scope of work,

21  and the field conditions sometimes are different

22  than what the designer anticipated, and the

23  contractor points these things out sometimes.  He

24  brings design errors to my attention or my crew,

25  and I will recognize that, that differing site

1  condition.

2     Q.   You testified earlier, you said

3  complicated projects cost more.  What do you base

4  that opinion on?

5     A.   Thirty-two years of experience.

6     Q.   Did you work with females in your

7  capacity as a senior resident engineer?

8     A.   At the senior resident engineer level as

9  a colleague, is that your question?

10     Q.   Yes.  My question is, both, actually.

11          Did you work -- did you work -- I can

12  break it down a bit.

13          Did you work with other engineers who

14  were female?

15     A.   Yes.

16     Q.   And they were licensed engineers?  Were

17  you guys all civil engineers?  Is that right?

18     A.   I'm sorry, that's a compound question.

19  Can you break it down?

20     Q.   Yes, sorry.

21          I just want to -- for the female

22  engineers that you worked with, they were licensed

23  engineers, correct?

24     A.   Some of them.  Some were four-year

25  engineers.

ALEX ROBERT KEDAS, PE  2/22/2022

```
 1        Q.    Four-year engineers, is that what you
 2   said?
 3        A.    Yes, they had a bachelor's in civil
 4   engineering, a four-year degree.
 5        Q.    Okay.  And they were licensed by the
 6   state?
 7        A.    Not all of them.
 8        Q.    Okay.  How many were licensed by the
 9   state?
10        A.    I would have to tell you individual names
11   because over 32 years I've worked with many
12   people.
13        Q.    Okay.
14        A.    So I don't know if that would be people
15   that would be colleagues of mine operating at the
16   same level or subordinates or superiors.  So I
17   don't know how to answer your question, I'm sorry.
18        Q.    No, that's okay, I just want to work from
19   2016, around that time, and forward until your
20   retirement in 2021.
21              So you had colleagues.  Did you have
22   colleagues who were female and senior resident
23   engineers?
24        A.    No.
25        Q.    Okay.  Did you have colleagues that were
```

**EXHIBIT 1**

ALEX ROBERT KEDAS, PE  2/22/2022

 1    female and who were resident engineers?

 2        A.    That worked for me or worked parallel

 3    independently of me?

 4        Q.    **That worked parallel to you?**

 5        A.    Yes.

 6        Q.    **What was her name?**

 7        A.    Amber West.

 8        Q.    **And were there some that worked below**

 9    **you?  That worked for you, in other words?**

10        A.    Currently assigned to me?

11        Q.    **I mean, yes.**

12        A.    None permanently assigned to me.

13        Q.    **Were there any that were not permanently**

14    **assigned to you?**

15        A.    Yes.

16        Q.    **And who were they?**

17        A.    Monaretta Gutridge (phonetic) helped out

18    from time to time.

19        Q.    **And she's an engineer?**

20        A.    She -- around 2016, she was a four-year

21    engineering degree engineer, yes.  A resident

22    engineer.

23        Q.    **And she was, to your knowledge, licensed**

24    **by the state to be an engineer?**

25        A.    She was not licensed until I believe 2018

ALEX ROBERT KEDAS, PE  2/22/2022

 1  after passing the PE after more than a dozen
 2  attempts.
 3       **Q.   Do you find the fact that it took her**
 4  **more than a dozen attempts to be relevant to**
 5  **anything?**
 6       A.   That would speak to her engineering skill
 7  and knowledge.
 8       **Q.   So as far as the licensed engineers that**
 9  **you would work with in one way or another, there**
10  **was Amber West and Monaretta Gutridge, is that**
11  **correct?**
12       A.   No, Amber West is not licensed --
13       **Q.   Okay.**
14       A.   -- but she does have a four-year
15  engineering degree.
16            And I did not work with Monaretta after
17  she got her PE degree.
18       **Q.   Okay.**
19       A.   Her PE license, rather.
20       **Q.   Okay.**
21       A.   It just -- I don't know, for no
22  particular reason, just --
23       **Q.   How projects -- how things turned out?**
24       A.   Yes, the program.
25       **Q.   Got it, okay.**

ALEX ROBERT KEDAS, PE  2/22/2022

1            So Amber West, do you know if she is
2    licensed now?
3        A.    She's not licensed.
4        Q.    Okay.
5        A.    She is not a PE, she is not licensed.
6        Q.    Got it.
7            Do you know if either of these women just
8    have their bachelor of science degrees or do they
9    have a master's?
10        A.    I think that Amber has a bachelor of
11    science and I think that Monaretta has a bachelor
12    of science of engineering.  I don't know about a
13    master's.
14        Q.    Do you have a master's degree?
15        A.    Excuse me?
16        Q.    Do you have a master's degree?
17        A.    No.
18        Q.    Are you familiar with Andrea Childress?
19        A.    Yes.
20        Q.    Who is Andrea Childress?
21        A.    She's a resident technician that works
22    for the State of Illinois, IDOT.
23        Q.    What is a resident technician?
24        A.    A resident technician is someone who does
25    not have a four-year engineering degree.  Almost

```
 1   all of them have two-year engineering technology
 2   degrees.  And through experience and their
 3   engineering skill and education, they eventually
 4   after about 10 years or so after, you know, many,
 5   many years of experience, interview, and qualify
 6   to supervise small IDOT projects.
 7       Q.   Okay.  What is an engineer technology
 8   degree, do you know?  Can you explain it a bit?
 9       A.   That's more focused on hands-on
10   inspection, material science knowledge,
11   engineering and surveying to do more of the
12   hands-on field work as opposed to the engineering
13   work of a four-year degree and it enables someone
14   to get an associate's degree.  That's an
15   associate's degree, two-year associate's degree.
16       Q.   Okay.
17       A.   Four-year engineering degrees typically
18   are directed toward getting your professional
19   engineering license.
20       Q.   Did you know Andrea Childress prior to
21   her becoming an engineering technician?
22       A.   Yes.
23       Q.   How did you know her?
24       A.   She worked for me.
25       Q.   And what do you mean by that, that she
```

1  worked for you?

2      A.   She was assigned to my supportive staff

3  for inspecting projects.

4      **Q.   How many would work in your supportive**

5  **staff, if you can recall?**

6      A.   It varies.  Up to 15 people, but that's

7  not a limit, that's an approximation.

8      **Q.   Is that dependent on the complexity of**

9  **the project?**

10     A.   Yes.

11     **Q.   Okay.  And what position did Andrea hold**

12 **when she worked for you?**

13     A.   She was an inspector and she also was a

14 documentation specialist, bookkeeper.

15     **Q.   Okay.  Would she work for you on every**

16 **assignment you had, on every project you had, or**

17 **were there times when she would not work for you?**

18     A.   It depended on the assignments, the

19 personal assignments for that year, but generally

20 when you have someone assigned to your staff, they

21 work with you on all the projects you have for the

22 construction season.

23     **Q.   Okay.**

24     A.   But sometimes due to district means they

25 are -- just because they are assigned to you for a

1  season doesn't necessarily mean they won't have to

2  go someplace else partway through the season

3  because somebody else gets really busy.

4       **Q.   Okay.  And could you define the**

5  **construction season for me?**

6       A.   On simpler projects, it's from basically

7  March to November.  On more complicated projects,

8  they last several years.

9       **Q.   I see.**

10      A.   And sometimes involve winter

11  construction.

12      **Q.   Okay.  Got it.**

13           **When Andrea Childress was your**

14  **bookkeeper, did you find that she did well at her**

15  **work?**

16      A.   Most of the time.

17      **Q.   Did you write evaluations for her?**

18      A.   Yes.

19      **Q.   Did you get along well with her when she**

20  **was working for you in an inspector or bookkeeper**

21  **capacity?**

22      A.   It depended, but most often.

23      **Q.   Most often you got along with her, is**

24  **that what you are saying?**

25      A.   For the most part, but it depended.

1      Q.   It depended on what?

2      A.   Whether she was getting her way.

3      Q.   What do you mean by that?

4      A.   If she wasn't getting her way, she didn't

5   like it and she -- and we didn't get along.

6      Q.   Did you believe she was qualified to be a

7   resident technician?

8      A.   Based on the information that I had at

9   the time, but later on I found out other things.

10     Q.   Okay.  So you are saying based on

11   information that you had at the time you found

12   that she was or you did believe that she was

13   qualified to be a resident technician.  Am I

14   accurately characterizing your testimony there?

15     A.   I thought she had a two year associate's

16   degree for engineering.  I thought she had some

17   sort of engineering classes --

18     Q.   Okay.

19     A.   -- and I was wrong.

20     Q.   In your position as senior resident

21   engineer, did you make any decisions for -- you

22   know, employment decisions regarding other

23   employees?  Did you hire or fire any other

24   Department of Transportation employee?

25     A.   I did performance evaluations.

1              I need to make a correction.

2      Q.    Okay.

3      A.    Now, you asked me specifically if I had

4  other four-year engineer -- female engineers

5  working for me from 2016 on.

6      Q.    Yes.

7      A.    I was wrong, Amber West did not work for

8  me then.

9      Q.    Okay.

10     A.    She worked for me before that.

11     Q.    Okay.

12     A.    I'm sorry.

13     Q.    That's okay.

14           Just for my own notes, do you recall when

15  she worked for you then, just to clarify?

16     A.    Around 2006 and 2007.

17     Q.    Okay.  Go ahead.

18     A.    Are you asking me about strictly IDOT

19  people?  IDOT women?  Because I had a consultant

20  work with me with a PE license.

21     Q.    And would that have been, like, an

22  independent contractor?

23     A.    Yes.

24     Q.    I was just asking specifically for IDOT,

25  but thanks for clarifying.

EXHIBIT 1

ALEX ROBERT KEDAS, PE  2/22/2022

```
 1            And so you were just talking about, I
 2   guess, any employment decisions you made regarding
 3   other IDOT workers.
 4            So did you have in your capacity as
 5   resident -- excuse me, senior resident engineer,
 6   did you have the ability to fire an employee of
 7   IDOT?
 8       A.   No.
 9       Q.   You said you wrote evaluations.  Who
10   would you write the evaluations for?
11       A.   It was my responsibility to fill out
12   annual performance evaluations for my staff.
13       Q.   Okay.
14       A.   My direct reports.
15       Q.   Who assigned you the projects you would
16   work on?
17       A.   Jason Smith would make the announcement,
18   but it is common knowledge that the field
19   engineers, and the construction engineer, and the
20   PI engineer would all decide the projects
21   together.  Ken Crawford would often go and talk to
22   individual RE residents about what they want to
23   do.  The RE's, and the RT's, and the senior
24   resident engineers often would tell their
25   supervisors in advance, you know, several months
```

1   in advance, hey, there's a project coming up and,

2   man, I would really like to do that, so they could

3   request.

4       Q.   Okay.

5       A.   And then there's winter assignments.  So

6   that's a temporary assignment and we were asked

7   what we wanted to do, get three choices for our

8   temporary winter assignment when construction --

9   when it was outside of the construction season.

10      Q.   So for those assignments, would you take

11  them from a list?  How would you know what

12  projects to say you would want?

13      A.   In October, we were asked to submit our

14  three preferences, and my staff would give me

15  their three preferences and we would turn them in

16  to Ken Crawford --

17      Q.   Okay.

18      A.   -- and/or our field engineer.

19      Q.   You wouldn't turn those in to Jason

20  Smith?

21      A.   Our field engineer, yes.

22      Q.   He's the field engineer, okay.

23           So you would receive your assignments

24  from Jason Smith, correct?

25      A.   After it was decided amongst those

1  individuals, the PI engineer, the construction

2  engineer, and all the field engineers, then it

3  would be funneled down and Jason Smith would tell

4  me.

5      **Q.   Can you put names to those titles?   And**

6  **this is for 2016 onwards.**

7      A.   Ken Crawford, project implementation

8  engineer.  Ken Crawford, acting construction

9  engineer.  Ken Crawford, acting field engineer.

10  Mike Carnahan, field engineer.  Greg Robinson,

11  field engineer.  Andrew Burgen, field engineer.

12  Jason Smith, field engineer.

13      **Q.   Okay.**

14      A.   And then depending on certain situations,

15  contractors would talk to Kensil Garnett, the

16  regional engineer, and they would tell Kensil who

17  they wanted or did not want on certain projects.

18      **Q.   Okay.  To your knowledge, were you ever**

19  **requested not to be on a project by a contractor?**

20      A.   Yes.

21      **Q.   Do you recall when that was?**

22      A.   In November -- many, many times.

23      **Q.   Okay.**

24      A.   Well, I can say a few times.

25      **Q.   Okay.**

EXHIBIT 1

ALEX ROBERT KEDAS, PE  2/22/2022

1      A.   In November of 2012, open road pavings,

2   specifically Joe lamb had a discussion with Joe

3   Crowe and Kensil Garnett and said that they did

4   not want me to work with them anymore,

5   specifically because they tried to lay asphalt in

6   a thunderstorm on August 16th of 2012, and they

7   couldn't, by specification, and they lost $18,000

8   worth of asphalt that day.

9      Q.   **And how did that relate to you?**

10     A.   They didn't want to work with me.  It was

11  my decision, they didn't enforce the specs.

12     Q.   **So it was your decision to enforce the**

13  **specs and that related to the lane of pavement or**

14  **asphalt in a thunderstorm how exactly?**

15     A.   You can't lay asphalt in a thunderstorm.

16     Q.   **And you told them to do that or told them**

17  **to not do that?**

18     A.   I did not let them do that.

19     Q.   **Okay.**

20     A.   They were determined to do it and I said

21  no.

22     Q.   **Okay.  And you are saying they ended up**

23  **doing it and they lost money?**

24     A.   No, they were not allowed to bring the

25  asphalt to the job, and so it was in a storage

**EXHIBIT 1**

ALEX ROBERT KEDAS, PE  2/22/2022

Page 34

```
1   silo, they are only allowed to lay what's in the
2   truck that's in transit.
3       Q.   Okay.
4       A.   And there was $18,000 left in -- of
5   asphalt left in the storage that they could not
6   use and did not get paid for.
7       Q.   So that was November 2012.
8            Do you recall any other times when you
9   were requested by a contractor to not be assigned
10  to a project?
11      A.   The fall -- late fall, around the first
12  of the year, late fall of 2001, around the first
13  of the year 2002.
14      Q.   Okay.  Did you need to -- if you were
15  going to exceed the budget of a project, would you
16  need to seek authorization for that?
17      A.   For me to initiate a change order I
18  needed approval.
19      Q.   And who would you need approval from?
20      A.   My supervisor.  And depending on the
21  limit, his supervisor and maybe even central
22  office if it's big enough.
23      Q.   Okay.  So it would have been -- so you
24  would have needed to get approval from Jason
25  Smith, is that fair?  Again, I'm just speaking
```

EXHIBIT 1

ALEX ROBERT KEDAS, PE  2/22/2022

 1   **from 2016 onwards.**

 2       A.   Yes.

 3       **Q.   Okay.  And you just used the word limit.**

 4   **Could you explain that a bit more?**

 5       A.   On my job description -- by my job

 6   description, it was approximately $20,000.

 7       **Q.   Okay.**

 8       A.   But we are encouraged to discuss every

 9   change order before adding money and there is a

10   rule of thumb that everyone knows that on patching

11   contracts, roughly three percent of the dollar

12   amount of the contract for the patching quantities

13   can be added.  Because time is of the essence when

14   you are laying out patches.

15       **Q.   Okay.  So just to clarify for me, are you**

16   **saying that typically in patching it's kind of**

17   **expected that you are going to go over a certain**

18   **price amount?  Is that what you are saying?**

19       A.   The rule of thumb for patching is that

20   you try to stay -- you try not to add more than

21   three percent of the overall dollar amount of the

22   patches on a contract.

23       **Q.   Okay.**

24       A.   And it's been that way for 32 years.

25       **Q.   Got it.**

EXHIBIT 1

ALEX ROBERT KEDAS, PE  2/22/2022

```
 1     A.   And that's a rule of thumb, it's not
 2  written down.
 3     Q.   I see, okay.
 4          Was there ever a time where you exceeded
 5  that $20,000 limit you had for -- well, was there
 6  ever a time -- let me clarify this question, so
 7  strike that.
 8          Was there ever a time that you can recall
 9  that you exceeded that limit you had of the
10  $20,000 without seeking approval from your
11  supervisor?
12     A.   Yes.
13     Q.   Do you recall when that was?
14     A.   There was --
15     Q.   Mr. Kedas, I just want to stop you.
16  Again, I think you are leaning forward from the
17  camera, so it's cutting off your mouth.  I'm sorry
18  if you are uncomfortable.  If you can answer this
19  question and want to take a break, I'm sure
20  Mr. Baker has a very comfortable chair for you,
21  but if you want to take a break just because you
22  don't like sitting back or something, let me know,
23  but I think the court reporter can't see your
24  mouth there.
25          So I think my question was -- can the
```

 1    **court reporter read back my question just so that**

 2    **we are on the record?**

 3            **(The record was read.)**

 4    BY MS. TRAYNOFF:

 5        Q.    **And, Mr. Kedas, can you answer that**

 6    **question?  Do you recall when that was?**

 7        A.    I can think of one time in 2017 where the

 8    money was -- there was a design error and the

 9    money was in the wrong fund code but it was

10    assigned to the job, it was awarded to the

11    contract, but it was in the wrong fund code.

12        Q.    **Okay.**

13        A.    It's just a bookkeeping thing.

14        Q.    **I see.**

15        A.    But the money was awarded to the

16    contract.

17        Q.    **Okay.  Do you recall how much money you**

18    **authorized, then, for that patching?**

19        A.    I do not remember the exact amount, but I

20    think it was approximately $70,000.

21        Q.    **Okay.**

22        A.    And it was in the other fund code.

23        Q.    **Okay.**

24        A.    It was in the fund code that was

25    misassigned by design.

**EXHIBIT 1**

ALEX ROBERT KEDAS, PE  2/22/2022

```
 1       Q.   Okay.  So you did not get -- is it
 2  accurate to say you did not get approval from your
 3  supervisor because you are saying the money was
 4  already granted by the contract, it was just
 5  allocated to the wrong thing, but the money was
 6  there, so you didn't think that would you need to
 7  get approval?
 8       A.   Yes.
 9       Q.   Okay.  Do you recall what project that
10  was?
11       A.   I-57, contract 70A17.
12       Q.   What kind of work were you doing on that
13  project?  What work was involved in that project?
14       A.   Patching and resurfacing.
15       Q.   Okay.  Was it just a road?  Or a bridge?
16       A.   I-57 from, let me think, Pesotum to
17  Champaign.
18       Q.   Okay.  Was it a certain amount of miles?
19  Sorry, I'm kind of unfamiliar with that part of
20  the --
21       A.   I think it's 14 miles.
22       Q.   And what was the estimated cost of that
23  project?  Does that make sense?  Was it different
24  before and after, but do you remember what it --
25  what that project cost?
```

```
 1        A.   I don't remember exactly.  I can guess
 2   that it was $8 million.
 3        Q.   Okay.  Do you recall in April of 2016
 4   filing an internal complaint alleging that your
 5   supervisors engaged in unfair -- excuse me, that
 6   they were favoring or I guess they engaged in
 7   treatment based on gender or assigned projects
 8   based on gender?
 9        A.   I am sorry, that's a long question.
10        Q.   That was a long question, I really
11   apologize.
12             Do you recall -- I will just say, do you
13   recall in April of 2016 filing an internal
14   complaint that alleged unfair treatment on the
15   basis of your gender?
16        A.   Yes.
17        Q.   Do you recall who you filed that
18   complaint with?
19        A.   Stand by.
20        Q.   I am sorry, did you say stand by?
21        A.   Stand by, please.
22        Q.   Oh, sure.
23        A.   There was an e-mail and I sent it to Ken
24   Crawford, and I also sent it to the chief ethics
25   officer and office, and the chief counsel and his
```

ALEX ROBERT KEDAS, PE  2/22/2022

1  office.

2      Q.   Got it, okay.

3           And do you recall what you alleged in

4  that complaint?

5      A.   That Mike Carnahan and Andrea Childress

6  had an inappropriate personal relationship that

7  affected Mike's judgment and that prevented me

8  from getting one of the bigger projects that year,

9  and that Andrea Childress was given a project

10  ahead of me based on non-merit factors.

11      Q.   Okay.

12      A.   Oh, Bureau of Information and --

13  Bureau of Investigations and Compliance at IDOT.

14  For simplification terms, I don't know if you've

15  heard of internal affairs of the police

16  department?

17      Q.   Yes.  Go ahead.

18      A.   They are like our internal affairs.

19      Q.   Got it, okay.

20           Yes I've heard of BIC, so that's what I

21  understand them to be, okay.

22           So you are saying you also sent them --

23  or that unit the complaint?

24      A.   Yes.

25      Q.   So was your complaint that Childress was

1  **given a project ahead of you because she was**

2  **female?**

3       A.   Yes, she was female, and Mike was

4  attracted to her and she had cultivated a

5  relationship with him.

6       **Q.   Did you hear anyone say that she was**

7  **given a job because she was female?**

8       A.   That direct verbatim statement that you

9  asked me?

10      **Q.   Yes.**

11      A.   No.

12      **Q.   Okay.  Did you hear a statement that was**

13 **not verbatim what I just said that made you**

14 **believe she was given that job because she was**

15 **female?**

16      A.   Many people talked about the

17 inappropriate relationship between Mike and

18 Andrea.  Many, many people.

19      **Q.   Do you have names for those people?**

20      A.   Jack Harper.

21      **Q.   And who is he?**

22      A.   A resident engineer.

23      **Q.   Who else?**

24      A.   Daniel Craddick.  Dan Craddick.

25      **Q.   And what position was he?**

ALEX ROBERT KEDAS, PE  2/22/2022

```
 1      A.   Engineer technician.

 2      Q.   Okay.  Is there someone else?

 3      A.   Steve Jones.

 4      Q.   And what position was he?

 5      A.   Engineer technician.

 6      Q.   Anyone else?

 7      A.   George Davis.

 8      Q.   And what position was he?

 9      A.   Field engineer.

10      Q.   Anyone else?

11      A.   Monaretta Gutridge.

12      Q.   And she was also -- she was a resident

13   engineer?

14      A.   Resident engineer.

15      Q.   Okay.  Anyone else?

16      A.   Evaristo Quiroz.  E-V-A-R-I-S-T-O

17   Q-U-I-R-O-Z.

18      Q.   And is that a male or a female?

19      A.   That's a man.

20      Q.   And what position did he hold?

21      A.   He's a resident engineer.

22      Q.   Is there anyone else that you can think

23   of?

24      A.   Joe Herbert.

25      Q.   Okay.  And what position is he?
```

```
 1       A.    Engineer technician.

 2       Q.    Anyone else?

 3       A.    Amber West.

 4       Q.    And she --

 5       A.    Resident engineer.

 6             Ted Cuson.

 7       Q.    Could you spell that?

 8       A.    C-U-S-O-N.

 9       Q.    And what position is he?

10       A.    Resident engineer.

11       Q.    Okay.  Anyone else?

12       A.    Did I say Steve Jones?

13       Q.    Yes.

14       A.    Okay.  Greg Robinson.

15       Q.    And what position was he?

16       A.    In 2016 or now?

17       Q.    In 2016.

18       A.    Resident engineer.

19       Q.    Is there anyone else?

20       A.    Matt Young.

21       Q.    And what position is he?

22       A.    Resident engineer.

23       Q.    Was there anyone else?

24       A.    Dara McClain.  M-c-C-L-A-I-N.  Dara,

25       D-A-R-A.
```

ALEX ROBERT KEDAS, PE  2/22/2022

1    Q.   **And is that a female?**

2    A.   Yes.

3    Q.   **Okay.  And what position was she?**

4    A.   Engineering technician.

5    Q.   **Okay.  Is there anyone else?**

6    A.   I'm sure there are but I can't think of

7    any right now.

8    Q.   **Okay.**

9    A.   There were a lot of people, and then

10   various contractors talked about it.

11   Q.   **Okay.  What do you mean they would talk**

12   **about it?**

13   A.   About her getting a big interstate job

14   without having any engineering qualifications as

15   far as education and about her having far less

16   engineering experience than other qualified

17   candidates --

18   Q.   **Okay.**

19   A.   -- with four-year engineering degrees.

20   Q.   **Okay.  But they were not alleging that**

21   **she had a relationship with Mike Carnahan, right?**

22   A.   I don't know.

23   Q.   **Okay.  Well, did you hear them say that**

24   **she was getting the job because she was female?**

25   A.   Because she was favored by Mike Carnahan

 1   as a female.

 2       Q.    You heard the various contractors saying

 3   that?

 4       A.    Yes.  I can't recall specific people,

 5   there are so many.  Mike Brennan.

 6       Q.    Who is that?

 7       A.    An engineering technician.

 8       Q.    Okay.

 9       A.    B-R-E-N-N-A-N.

10       Q.    All right.  Do you know if any of those

11   people you listed also filed complaints alleging

12   that Andrea Childress was treated more favorably

13   because she was female?

14       A.    I don't know.

15       Q.    Okay.  Do you make the -- excuse me, let

16   me ask it this way.

17           Did you assign Andrea Childress jobs?

18       A.    Construction projects?

19       Q.    Excuse me, yes.  Did you assign her jobs

20   when she was an engineer technician?

21       A.    There are times when she temporarily

22   filled in for me for the day when she worked for

23   me.

24       Q.    Okay.

25       A.    I can't remember a long-term assignment

1    as assistant resident technician on a project.

2        Q.    Okay.  But in other words, would you --

3    well, as an engineer technician, she would not

4    receive her jobs from you, correct?

5        A.    Correct.

6        Q.    Okay.  In that complaint you filed in

7    April of 2016, was there a specific job you were

8    referencing?

9        A.    Yes.

10       Q.    Okay.  Do you recall what job that was?

11       A.    I-74 from Mahomet to Champaign.

12       Q.    What was the kind of work being done on

13   that project?

14       A.    Patching and resurfacing.

15       Q.    And how did you find that Andrea

16   Childress was unqualified for that project?

17       A.    Excuse me?

18       Q.    How did you believe that Andrea Childress

19   was unqualified for that project?

20       A.    No engineering education, not one

21   engineering class, she did not have enough years

22   of construction experience, and there were five

23   other more qualified four-year resident engineers

24   with many, many more years of education than her,

25   or who would have benefitted from the career

1    development profession development toward their PE

2    license.

3        Q.   Okay.  So you are saying because she was

4    not pursuing a professional engineering license,

5    she would not have benefitted from that

6    professionally?

7        A.   She didn't have any engineering classes

8    whatsoever.

9        Q.   Okay.  You said there were five others

10   who you can think of who are qualified resident

11   engineers -- excuse me, did you say resident

12   engineers or engineer technicians who would have

13   been better in that job?

14       A.   Engineers.

15       Q.   Okay.

16       A.   Resident engineers.

17       Q.   Who were those five?

18       A.   Jack Harper.

19       Q.   Okay.

20       A.   Amber West.

21       Q.   Okay.

22       A.   Monaretta Gutridge.

23       Q.   Okay.

24       A.   Ted Cuson.

25       Q.   Okay.

ALEX ROBERT KEDAS, PE  2/22/2022

1     A.   Jay Hanner.

2     **Q.   Okay.**

3     A.   And she did not have the engineering

4  knowledge for that job because she didn't have any

5  classes.

6     MS. TRAYNOFF:  Okay.  The reason I am looking

7  down is because I'm writing notes, I'm going

8  through other notes, so I just need a moment here

9  to review some things.  Should we take a five or

10  10-minute break for everyone?  Do you want to use

11  the restroom or get a snack or something?  Would

12  that be all right with everyone?

13     MR. BAKER:  Yes, that's fine.

14     MS. TRAYNOFF:  Yes, I think this is a good

15  breaking point.  So take 10 minutes, then, and we

16  will be back at 11:45.

17     MR. BAKER:  Okay, very good.  Thank you.

18     MS. TRAYNOFF:  All right.

19        (Break.)

20  BY MS. TRAYNOFF:

21     **Q.   Mr. Kedas, I just wanted to swing back**

22  **and ask you, who is Michael Carnahan?**

23     A.   In regard to?

24     **Q.   Well, how do you know Michael Carnahan?**

25     A.   I worked at IDOT with him from the very

**EXHIBIT 1**

ALEX ROBERT KEDAS, PE  2/22/2022

Page 49

1  beginning.

2     Q.   Okay.  Was he ever your supervisor at

3  your time at IDOT?

4     A.   Yes.

5     Q.   Do you recall when?  Approximately what

6  years that was?

7     A.   February of 2008 until -- I'm sorry,

8  March of 2008 until December of 2014.

9     Q.   Okay.  And you are looking down,

10  Mr. Kedas.  Are you referencing some documents?

11     A.   I'm not.  I'm shy.

12     Q.   Okay.  So you have no documents in front

13  of you?

14     A.   I've got a piece of paper to write notes.

15     Q.   Okay.  So in 2016 when you filed your

16  complaint alleging that Mike Carnahan was

17  attracted to Andrea Childress, do you recall what

18  position Mike Carnahan had at that time?

19     A.   Supervising field engineer.

20     Q.   Okay.  So he was not your direct

21  supervisor at that time, is that accurate?

22     A.   Yes.

23     Q.   All right.  So I've asked your attorney,

24  Mr. Kedas, to have at your ready the complaint

25  that you filed in this action.  If Mr. Baker is

EXHIBIT 1

ALEX ROBERT KEDAS, PE  2/22/2022

1   **there, if he could put that in front of you,**

2   **either on a monitor or a document paper format, I**

3   **just want to ask you a few questions in reference**

4   **to that complaint.**

5       MR. BAKER:  Taylor, I absolutely will do that.

6   However, I got to thinking, when I printed it out,

7   I printed out the complaint, there's also an

8   amended complaint.

9       MS. TRAYNOFF:  Oh, okay.

10      MR. BAKER:  There's not much of a difference

11  in the two of them.  There's an amended complaint,

12  and so I printed out the complaint, I didn't

13  print -- didn't think about the amended complaint

14  until we've been going through this deposition.

15  So if you want the amended complaint, I can get

16  that as well, it's just going to take me a minute.

17      MS. TRAYNOFF:  Let me see -- we can probably

18  go off the record for this.

19          (An off-record discussion was had.)

20      MS. TRAYNOFF:  Back on the record.

21          I want to state for the record, Mr. Baker

22  just stated Mr. Kedas has in front of him the

23  original complaint, which originally had --

24  there's a bit of a difference in the paragraph

25  numbering.  For the course of the next questions I

```
 1   will be referencing what's in the amended
 2   complaint that's Document No. 12 on the pacer
 3   account is Paragraph No. 16 with a list of six
 4   bullet points.  In the original complaint that
 5   paragraph was Paragraph 15.  But again, I will be
 6   referencing Paragraph 16 in the amended complaint.
 7   BY MS. TRAYNOFF:
 8       Q.   Mr. Kedas, do you see that paragraph I am
 9   talking about which I believe is in front of you,
10   Paragraph 15, or if Mr. Baker crossed that out and
11   wrote 16, it has the list of six bullet points
12   underneath it and it says, "Subsequent to the
13   filing of his April 26, 2016, complaint"?
14       A.   Yes.
15       Q.   If you want to take a second just to
16   review that paragraph and let me know when you are
17   ready to proceed.
18       A.   I'm ready.
19       Q.   Okay.  That paragraph, I'm going to look
20   at the first bullet point, but in that paragraph
21   it alleges that after you filed your April 2016
22   complaint your supervisor at IDOT engaged in the
23   pattern of retaliation and that pattern of
24   retaliation included discipline for no basis.
25            Could you explain what you mean by
```

 1    discipline for no basis?

 2         A.   Reprimands, disciplinary hearings, loss

 3    of pay bonuses, evaluations lower than they should

 4    have been, and reduction of job responsibilities

 5    and assignments, and other -- other materially

 6    adverse employment actions, and -- yes, there you

 7    go.

 8         Q.   **Okay.  Were you ever disciplined prior to**

 9    **your filing of your April 2016 complaint?**

10         A.   Yes.

11         Q.   **You mentioned, if I am misstating this I**

12    **apologize, something about unfair evaluations or**

13    **inaccurate, like, job performances, is that**

14    **correct?**

15         A.   Evaluations lower than they should have

16    been.

17         Q.   **Okay.  Who made those evaluations?**

18         A.   Jason Smith in collaboration with Ken

19    Crawford and Kensil Garnett.

20         Q.   **What about them was lower than they**

21    **should have been?**

22         A.   They referenced insubordination, which

23    was incorrectly applied.

24         Q.   **How was that incorrectly applied?**

25         A.   Because insubordination is refusal to

1    comply with instructions, and I complied with all

2    instructions and did everything I was asked to do.

3    And the actions were -- that were mislabeled as

4    insubordination were protected reporting to

5    government and law authority enforcement agencies.

6    And protected discrimination reports and protected

7    reporting of safety problems that resulted in

8    fatalities or could result in fatalities.

9         **Q.    And is that what your performance**

10   **evaluations would reference, you said**

11   **discrimination reports or reporting of safety**

12   **problems that was actually listed, those were**

13   **actually listed in your performance evaluation?**

14        A.    The incidents were referenced, but they

15   were given false narratives to describe them and

16   they were misnamed.

17        **Q.    And performance evaluations such as those**

18   **were only given to you after April 2016?**

19        A.    They were the lowest performance

20   evaluations I've ever received in my career.

21        **Q.    Following April 2016, is that correct?**

22        A.    That is correct.  I've never received

23   worse evaluations.

24        **Q.    Okay.  Was there a point in time when**

25   **Mike Carnahan would have been making those**

1   evaluations or performance evaluations for you?

2       A.   As of what date?

3       Q.   Well, I'm just asking when he was your

4   direct supervisor, I think you said that was 2018,

5   2014?

6       A.   No, 2008.

7       Q.   Sorry, 2008 to 2014 was Mike Carnahan

8   during that time making -- drafting your

9   performance evaluation?

10      A.   Yes.

11      Q.   Okay.  Do you recall -- so you file your

12  complaint in April of 2016.  Do you recall when

13  your next performance evaluation was following

14  that date?  I guess specifically the date is

15  April 26, 2016.  Do you recall, then, when the

16  next performance evaluation was given to you?

17      A.   I'm going to guess -- I'm not sure, but I

18  am going to guess July of 2016.

19      Q.   Okay.  Would you get -- if you recall,

20  can you explain to me how often you would have

21  your performance evaluations?  Was it annually?

22  Did you receive them every six months?  Or was it

23  something you received after every project you

24  completed?  Can you explain that a bit?

25      A.   Annually.

ALEX ROBERT KEDAS, PE  2/22/2022

1      Q.    Okay.  So then is it accurate that you
2  would have likely received your evaluations then
3  in July of every year?
4      A.    No, it shifted --
5      Q.    Okay.
6      A.    -- in later years to where the closing
7  date was April 30th.
8      Q.    Okay.
9      A.    Typically, the closing date was June 30th
10  at the beginning and then later on it shifted to
11  April 30th was the closing date.
12      Q.    Oh, okay.
13          And by closing date, do you mean the time
14  in which your performance, like the evaluation
15  was -- go ahead.  I should say what do you mean by
16  closing, period?
17      A.    The last day of the performance period.
18      Q.    Earlier you described the -- I guess the
19  classification of some of your -- such as
20  reporting safety problems, classifying that as
21  insubordination was incorrectly applied, and there
22  was provided a false narrative.  Do you recall
23  that testimony?
24      A.    Yes.
25      Q.    Okay.  What about that narrative was

ALEX ROBERT KEDAS, PE  2/22/2022

1   false to you?

2        A.   The reporting was done to protected -- it

3   was protected reporting under the Whistle-Blower

4   Act and it was done to sanctioned agencies,

5   government agencies, safety agencies, law

6   enforcement agencies, and discrimination agencies.

7        **Q.   Okay.  I want to move on to the next**

8   **bullet point in front of you under Paragraph 16,**

9   **Mr. Kedas.  It says the retaliation has included**

10  **taking away job responsibilities that has resulted**

11  **in your career being hampered.**

12            **How are job responsibilities -- first**

13  **off, do you see where I'm reading that?**

14       A.   Yes.

15       **Q.   Okay.  How are job responsibilities taken**

16  **away from you?**

17       A.   My project assignments were reduced.  So

18  with smaller jobs and only, like, a

19  million-and-a-half dollars worth of work in 2018

20  specifically, and I had reduced overtime, and then

21  throughout the rest of my career I was denied

22  experience that would help me get promotions and

23  build my resume for a consultant career when I

24  eventually retired in 2024 -- 2025, my mistake,

25  not to mention the humiliation and embarrassment

1   and the damage to my reputation and the appearance

2   of that to the contractors and engineering

3   consultants.

4       Q.   Okay.  I want to go into a few things.

5       A.   It reduced my -- I am sorry, it reduced

6   my professional standing at IDOT as well.

7       Q.   Okay.  I just want to go into a few

8   things that you mention there.  Let's start with

9   that, what do you mean by professional standing?

10      A.   People assume that a reduction of job

11  responsibilities is because of my skill or a

12  reflection on my performance.

13      Q.   Okay.  You said you testified earlier

14  that you were denied experience that leads to

15  promotions.  Do you recall that?

16      A.   Yes.

17      Q.   Okay.  Did you apply for any promotions

18  at IDOT after 2016?

19      A.   I was not asked to be an acting field

20  engineer instead of Jason Smith, although I had

21  far more experience and much higher quality work

22  then, because of Kensil Garnett sending me for a

23  psychiatric evaluation, which was retaliatory,

24  that hurt and intimidated me for applying for the

25  field engineer positions when they became -- for

1    interview.

2        Q.    How did that intimidate you into not

3    applying?

4        A.    Being sent for a psychiatric evaluation

5    is a reflection of what Kensil Garnett thought of

6    me was frightening and -- horribly frightening,

7    and one can assume -- I assumed that he thought

8    negative, he had a negative perception of me.

9              Jason Smith as acting field engineer was

10    my competition for the field engineer job, as was

11    Greg Robinson, we both were his competition, we

12    both were supervised by him, we both received the

13    lowest evaluation we ever received by him when he

14    was acting field engineer.  I didn't think I had a

15    shot at either of the two field engineer positions

16    that were interviewed for.

17        Q.    Okay.  So you did not apply, is that

18    accurate?

19        A.    I did not.

20              And for whatever reason, the construction

21    engineer job, which I had the most experience and

22    qualifications for, was never opened for

23    interview, although interviews are done by Rutan

24    procedure, you can still have control over who

25    gets hired by the timing of the interviews.  That

ALEX ROBERT KEDAS, PE  2/22/2022

1    position was never opened up.

2        Q.    Do you know why it was never opened up?

3        A.    I do not know for sure, no.

4        Q.    Okay.

5        A.    But it was odd because other districts

6    regularly interviewed for CE VI construction

7    engineers when the position was vacant.

8    district 5 did not.

9        Q.    I just want to clarify the time period

10   that you say -- when was -- sorry.

11           Jason Smith as supervising field

12   engineer, was that the position you say he was --

13   would have been your competition?

14       A.    He was acting throughout 2016.

15       Q.    Okay.

16       A.    He interviewed for the job in December --

17   late December of 2016.

18       Q.    Do you recall when that position was open

19   for application?

20       A.    At the end of 2016, at the very end of

21   2016.

22       Q.    Okay.

23       A.    Usually a couple of weeks before the

24   interview.

25       Q.    I see, okay.

```
 1              If you were to apply, who did you submit
 2    your applications to?
 3         A.   You fill out a form and submit it to the
 4    central office.
 5         Q.   Okay.
 6         A.   And then they call for job interviews.
 7         Q.   I am sorry, that's the central office of
 8    IDOT?
 9         A.   Correct.
10         Q.   So you would not have been submitting the
11    application to Jason Smith?
12         A.   No.
13         Q.   Okay.  And you would not have been
14    submitting the application to Ken Garnett?
15         A.   No.
16         Q.   You mentioned the psychiatric evaluation.
17    Do you recall that testimony?
18         A.   Can I speak to something else first?
19         Q.   Well, does it relate --
20         A.   To finish the previous answer?
21         Q.   Sure.  Sure.
22         A.   Lou-Jean Joins and Ken Crawford
23    interviewed for the field engineer, sometimes
24    Kensil participates in the interview.
25         Q.   Okay.  So you are saying the interview
```

```
 1    was conducted by Lou-Jean Joins and Ken Crawford,

 2    is that what you said?

 3         A.   I believe so, yes.

 4         Q.   Okay.  And is Lou-Jean Joins an engineer?

 5         A.   She is the human resources manager, the

 6    personnel manager at the Admin Bureau of

 7    District 5.

 8         Q.   Okay.  So would you have submitted an

 9    application to Ken Crawford?

10         A.   No, they would have interviewed me for

11    the job.

12         Q.   Okay.  And you said someone named Greg

13    Robinson also did not apply for that position?

14         A.   I don't know if he did or not, but he was

15    ineligible.

16         Q.   Do you recall your previous testimony

17    related to a psychiatric evaluation?

18         A.   Yes.

19         Q.   Okay.  Do you recall the findings of that

20    psychiatric evaluation?

21         A.   Yes.

22         Q.   Were you found to be fit to perform your

23    job duties?

24         A.   Yes.

25         Q.   You mentioned, as it relates to this
```

1   **particular bullet point, of taking away job**

2   **responsibilities, a reduction in overtime.  Do you**

3   **recall mentioning that?**

4      A.   Yes.

5      **Q.   Could you explain overtime to me?  Was it**

6   **something that was always available?  Did it**

7   **depend on the job?  How did overtime work for you?**

8      A.   Contractors work expanded hours,

9   sometimes 6:00 a.m. to 7:00 or 8:00 p.m. when they

10  are paving, and oftentimes it's my job to be there

11  then with complicated jobs, it takes a lot of work

12  to engineer those, and document them, and pave

13  them, and when there's a flurry of activity, it

14  takes more work than an eight-hour day to complete

15  the work.  So a big, complicated job requires way

16  more than 40 hours to get the job done, and

17  typically there's overtime involved in that job.

18     **Q.   Did you have to ask to work those**

19  **overtime hours?**

20     A.   There's an authorization procedure where

21  they fill out a slip every six months and they

22  say, oh, we expect you probably have to work 250

23  hours overtime, so we are authorizing this ahead

24  of time, but try to stay within that limit.

25     **Q.   So how, then, was your overtime reduced?**

```
 1      A.   I was given four small projects that
 2 amounted to $1.5 million total that construction
 3 season in 2018, and Andrea Childress was given the
 4 very biggest project in the district of
 5 $15 million out of $28 million program, and that
 6 was I-74 from Urbana to St. Joseph, and I was far
 7 more qualified for that job than she was, I am way
 8 more qualified than she is.
 9      Q.   What kind of job was that?  What was the
10 work involved in that project?
11      A.   Patching and resurfacing.
12      Q.   Okay.
13      A.   There were five engineers also that were
14 not assigned that job, their professional
15 development was taken away.
16      Q.   And it's your opinion that they were more
17 qualified for that job than Andrea Childress?
18      A.   Absolutely.
19      Q.   Okay.  How many miles, if you can recall,
20 would that project have been from Urbana to
21 St. Joseph?
22      A.   I don't know.  Ten.
23      Q.   Okay.  That's fine if you don't know, I
24 was just curious.
25           You said that at the time that Andrea had
```

ALEX ROBERT KEDAS, PE  2/22/2022

1    that job you were assigned four small projects.

2    Do you recall what these projects were?

3        A.    The surveillance of traffic signaling

4    intersections was one.  70B72.

5        Q.    What is that?  Could you explain?

6        A.    It's where they have video cameras to

7    monitor how traffic flows in intersections and

8    they try to interconnect all the traffic signals

9    in the town on state routes.

10       Q.    Okay.  Is that the same as what you

11   listed before, the video surveillance of traffic,

12   or are those two different projects?

13       A.    That's one project.

14       Q.    Okay.  What is one of the other four

15   projects?

16       A.    Interstate patching, the annual

17   maintenance job.

18       Q.    Okay.  What is another one?

19       A.    Improvement of pavement friction, a

20   high-friction resurfacing project.

21       Q.    And is there one final project there?

22       A.    Resurfacing a very small segment of

23   Neil Street over I-74 in Champaign, that was about

24   four blocks long.

25       Q.    All right.  Did you feel that you were

1   over qualified for these jobs?

2       A.   No.  The four jobs I was assigned to?

3       **Q.   Yes.**

4       A.   Yes.

5       **Q.   Why is that?**

6       A.   I've done this sort of work many, many,

7   many times before and some of the work was very

8   simple and easy and not complicated at all, it was

9   very simple, simple work.

10      **Q.   Did the project that Andrea got in that**

11  **instance, did that happen to involve a contractor**

12  **that had asked you to not be assigned to future**

13  **projects with it?**

14      A.   In the past that is true, but my secret

15  probation with open road paving ended at the end

16  of 2016 and I did the $8 million I-57 job with

17  them in 2017 and that got a Traffic Control

18  Contractor of the Year award, and so we got along

19  very well then.

20          You asked me earlier if contractors had

21  asked not to work with me and when that was, and

22  at the end of 2001, I had completed --

23  substantially completed the I-74 resurfacing from

24  St. Joe to Danville.  In the course of that

25  contract, there were five fatalities in two

ALEX ROBERT KEDAS, PE  2/22/2022

 1    months.

 2            The last fatality on May 25th of 2001,

 3    there were two fatalities, one of them was Cody

 4    Connery.  In 2002, I had to give a deposition in a

 5    wrongful death suit for Cody Connery, not because

 6    they ensued open road paving.  Because of my

 7    documentation and good engineering and following

 8    the rules, IDOT was not sued.

 9            Now, why is this important?  On May 16th

10    of 2001, two Mahomet senior high school kids were

11    killed in an accident at a work zone at 5:30.  On

12    May 18th, it was a Friday, open road paving worked

13    past the 3:00 p.m. deadline for getting everything

14    off the road, no lane closures on I-74.  Not only

15    did they work until 9:00 p.m. that night, they did

16    not have any roadway lighting, as is required.  I

17    gave them a traffic control deficiency reduction,

18    which is a fine, for a safety violation and

19    disregard for public safety and convenience.

20            Then Cody Connery is killed at 3:30 the

21    Friday before Labor Day -- Memorial Day when they

22    are supposed to be off the road at 3:00 p.m.  Open

23    road paving did not do anything wrong for what

24    happened to Cody Connery, but they sure looked

25    bad, given a traffic citation and a fine within

1    the 10 days of three people dying, two people died
2    May 16th, two people died May 25th, and I gave
3    them a traffic control citation for working after
4    3:00 p.m. until dark with no lights until
5    9:00 p.m. on Friday, May 18th.
6            That is why open road paving did not want
7    to work with me and they asked that at the end of
8    2001.  I cited their $18,000 loss of asphalt in
9    2012 on April -- I am sorry, August 16th.  I had a
10   secret probation that nobody told me about that
11   they worked out in a back room, that there was no
12   documentation on, from the end -- from December of
13   2012 to July of 2014.
14           So, yes, open road paving in the past had
15   requested not to work with me.
16      Q.   I want to ask you how you knew you were
17   on a secret probation?
18      A.   Mike Carnahan told me.
19      Q.   Why did it end in July of 2014, if you
20   know?
21      A.   Joe Crowe retired, the regional engineer,
22   who had made the agreement with open road paving.
23      Q.   Okay.  Were there any -- at the time you
24   filed your complaint in April of 2016, did you
25   have any ongoing projects at that time?  Were you

1    **right in the middle of a project at the time you**
2    **filed that complaint?**
3        A.    I was assigned a bridge project on I-57
4    over Illinois Route 10 which is
5    Springfield Avenue.
6        **Q.    Okay.  And that was something you were**
7    **working on at the time you filed your complaint in**
8    **April of 2016?**
9        A.    Pre-construction activities I believe, I
10   don't remember any other projects.
11       **Q.    Okay.  Were those jobs taken away from**
12   **you at the time?**
13       A.    I am sorry, what year are we talking
14   about?
15       **Q.    2016.  Specifically whatever projects you**
16   **had ongoing at the time you filed your complaint**
17   **in April of 2016, were those jobs taken away from**
18   **you following the filing of your complaint?**
19       A.    No.
20       **Q.    Okay.  And were you given new projects in**
21   **2017 in that construction season?**
22       A.    Yes.
23       **Q.    Do you recall -- well, how many projects**
24   **do you have and how much in total they were worth?**
25       A.    What year?

ALEX ROBERT KEDAS, PE  2/22/2022

1      Q.    In 2017.

2      A.    I don't remember entirely how many

3 projects.  I do remember the I-57 project on --

4 from Pesotum to Champaign for about 8 million.

5      Q.    Okay.

6      A.    And I remember the traffic camera for --

7 traffic signal interstate at the end of the year.

8 I don't remember any others.  I may have had an

9 interstate maintenance patching job.  Wait a

10 minute.  Yes, I had an interstate patching job --

11 maintenance job with PAB Construction that year.

12 I don't remember if I had any others, I might

13 have.

14      Q.    Okay.  Prior to 2016, did you work on

15 interstate patching jobs?

16      A.    Yes, interstate patching and resurfacing,

17 and separate interstate patching jobs, yes.

18      Q.    Okay.  And prior to 2016, did you -- were

19 you assigned to the video surveillance jobs of

20 traffic, I'm sorry if I am saying that incorrect,

21 the video surveillance jobs of the

22 traffic intersection?

23      A.    That was new technology.

24      Q.    Okay.  Do you recall when you were first

25 assigned that job?

**EXHIBIT 1**

ALEX ROBERT KEDAS, PE  2/22/2022

1      A.    In the fall of 2017.

2      Q.    Okay.  And prior to 2016, were you

3  assigned to any jobs that involved the -- I think

4  you said the improvement of pavement friction?

5      A.    No.

6      Q.    Okay.  Did I say that right?  Was it

7  pavement friction?

8      A.    I believe the first experimental pavement

9  friction job was done by Andrea in 2015 on the

10  I-74/I-57 interchange.

11      Q.    Okay.  And when you say Andrea, is that

12  Andrea Childress?

13      A.    Yes, ma'am.

14      Q.    I would like to move on to the third

15  bullet point you have there under Paragraph 16.

16  That reads, "A hostile working environment has

17  been created by his supervisors," meaning your

18  supervisors.

19          How do you believe that you were

20  experiencing a hostile working environment under

21  your supervisors?

22      A.    I received the worst performance

23  evaluations I ever received in my career, they

24  were lower than they should have been.  There was

25  increased scrutiny.  During the bonus program,

ALEX ROBERT KEDAS, PE  2/22/2022

```
 1   four years around that time I didn't receive one
 2   bonus, where everybody else had received bonuses.
 3   Reprimands, disciplinary counseling, and my
 4   project assignments had been reduced at one point.
 5   My overtime had been reduced at one point.  I was
 6   threatened with reduced job -- further reduced job
 7   assignments if I did not admit to wrongdoing and
 8   sign a corrective action plan.  I was accused of
 9   insubordination, which was actually protected
10   whistle-blowing activity, and their attempt at
11   intimidation through these activities.  They
12   discussed, you know, my situation with other
13   employees.
14       Q.   Who is "they" when you say they discussed
15   your situation?
16       A.   Ken Crawford and Jason Smith.
17       Q.   And who would they discuss that with?
18       A.   Jack Harper and others, Steve Jones,
19   everybody.
20       Q.   Okay.  Did you go through the grievance
21   process?
22            I just want to back up.  Were you part of
23   a union when you worked with IDOT?
24       A.   Some of the time.
25       Q.   Okay.  Did you go through a grievance
```

**EXHIBIT 1**

ALEX ROBERT KEDAS, PE  2/22/2022

1    process when you received discipline?

2        A.   Yes.

3        Q.   **You mentioned bonuses.  How were those**

4    **granted?**

5        A.   My performance evaluation is based on the

6    rating you get, the maximum rating is 50, and if

7    you are rated between generally 44 and 48, you are

8    given what's called the low bonus, which is around

9    $2,000, and if you are rated above that from 48 to

10   50, you are given the high bonus, which is roughly

11   $4,000.  It's a one-time bonus, it's not

12   cumulative, so that way it didn't increase your

13   base pay percentage.

14       Q.   **Okay.  So would you not receive a bonus**

15   **at all or you would just not receive the high**

16   **bonus?**

17       A.   They made sure that I got a number low

18   enough to where I did not get any bonus for four

19   years of performance bonuses.

20       Q.   **And would this be Jason Smith giving you**

21   **the performance evaluations?**

22       A.   Jason Smith, Ken Crawford, and Kensil

23   would discuss who would get a bonus, then they

24   would back in evaluation to make sure that the

25   number matched, and Jason Smith performed my

EXHIBIT 1

ALEX ROBERT KEDAS, PE  2/22/2022

1    performance evaluation.  I know this because on

2    the second tier subordinates, the people I would

3    evaluate, all the resident engineers would have a

4    meeting and vote on who would get a bonus, and

5    then we were told to tailor the numbers on the

6    evaluation to match who got a bonus and who

7    didn't, and who got what bonus.

8        **Q.   So you knew -- you believe this to be**

9    **true based on what you said of someone who drafted**

10   **performance evaluations yourself?**

11       A.   Right.

12       **Q.   Okay.**

13       A.   And Ken Crawford talked about input of

14   who got bonuses among the resident engineers and

15   other, yes, he would discuss that in the field

16   office.

17       **Q.   How long was this bonus mechanism in**

18   **place?**

19       A.   Four years.

20       **Q.   And do you recall what years those were?**

21       A.   Hang on.  I think it's 2017, 2018, 2019,

22   and 2020, but that may be -- shift those four

23   years one way -- a year one way or the other, I'm

24   not sure.

25       **Q.   Okay.  So I believe you said that bonus**

1   didn't -- since it was given one time and it

2   wasn't accumulative, it didn't affect your salary.

3   Is that what you said?

4        A.   That's the way it was designed.

5        Q.   Okay.

6        A.   It was just a bonus, it wasn't a

7   percentage raise that your salary was built on for

8   the rest of your career.

9        Q.   Okay.

10       A.   There were none of those raises at that

11  time.

12       Q.   I want to move, Mr. Kedas, to the next

13  bullet point that says your job performance was

14  subjected to unwarranted scrutiny.  Could you

15  explain that, or if that is not something that you

16  already mentioned in this deposition, that you

17  believe supports that point?  Can you explain

18  that?

19       A.   I received more reprimands, counseling,

20  and pre-disciplinary hearings than other employees

21  at this time, and other employees had egregious

22  misconducts and nothing was ever done to them, and

23  so hardly anybody else was getting disciplined and

24  they were doing egregious things to where nothing

25  had ever been -- because they are friends with

1    Ken Crawford and Jason Smith, they were not given
2    discipline.
3         Q.    Who were those other employees that you
4    say --
5         A.    One example is J.R. Parker.
6         Q.    And what position is he?
7         A.    Resident engineer.
8         Q.    Who was his supervisor?
9         A.    Ken Crawford, as acting field engineer.
10        Q.    Okay.
11        A.    He was late about an hour almost every
12   day to work for 13 years.  This ended in
13   October of 2019 when I reported it to BIC, the
14   Bureau of Investigations and Compliance.
15        Q.    How did you know he was late every day?
16        A.    Everybody talked about it.  It was
17   well-known.  People made jokes about it.  It's
18   legendary.
19        Q.    Did anybody else report it?
20        A.    I don't know.
21        Q.    Do you know of any circumstances that
22   would have allowed for him to be an hour late?
23        A.    No.  He didn't report to the job when he
24   was supposed to report to the job.  He had a
25   7:00 a.m. show up time like we all do.  BIC took

```
 1   action and he started reporting on time.
 2       Q.    And is there another employee you are
 3   saying had egregious misconduct?
 4       A.    Caren Elledge.
 5       Q.    I am sorry, did you say Caren?
 6       A.    Yes, Caren Elledge.
 7       Q.    Could you spell that last name?
 8       A.    Her first name is spelled with a C.
 9       Q.    Okay.
10       A.    Her last name is E-L-L-E-G-E or --
11   E-L-L-E-D-G-E, I'm not sure.
12       Q.    That's okay.
13             And what position did she hold?  Did she
14   have a supervisor?
15       A.    I was her supervisor for a couple of
16   years, and Greg Robinson was her supervisor, and
17   Amber West was her supervisor.
18       Q.    Was Jason Smith ever her supervisor?
19       A.    Second tier.  Second level supervisor.
20       Q.    And what was her -- what was her
21   misconduct?
22       A.    Absenteeism.  She used all of her sick
23   leave as soon as she got it, she would not show up
24   to work and then call in by 10:00 a.m. and say,
25   hey, I'm not coming.
```

1           I reported all this to Ken Crawford and

2    he would not do anything about it.

3        Q.   Did he explain why he would not do

4    anything about it?

5        A.   It was too much work.

6        Q.   Is that what he said?

7        A.   He said that it would be complicated, it

8    would take a lot of time and energy, and he

9    didn't -- and he thought that it wasn't worth the

10   trouble.

11       Q.   Do you remember what year that was in?

12       A.   2014.

13       Q.   Okay.  Just a second, let me look at my

14   notes.  I believe we were on that fourth bullet

15   point.  Is that what you remember?

16       A.   You were asking me about people that were

17   not disciplined.

18       Q.   Right.

19           Yes, was that in response -- was that

20   answer you gave about egregious misconduct, was

21   that in response to how your supervisors have

22   created a hostile work environment or is that your

23   job performance was related to unwarranted

24   scrutiny?

25       A.   Unwarranted scrutiny.  Inconsistent

**EXHIBIT 1**
ALEX ROBERT KEDAS, PE  2/22/2022

 1   discipline.

 2        Q.   Okay.

 3        A.   And on a separate thought, abusive

 4   authority and misapplication of the policy

 5   definition of insubordination to develop a false

 6   narrative.

 7        Q.   Okay.

 8        A.   Abuse of authority of official misconduct

 9   that they lied on -- they lied on official

10   reports.  They filed false documents -- reports --

11   I am sorry that I said lied.  I don't know that --

12   I can't necessarily attest to their intent.

13        **Q.   You said filed false reports.  Who would**

14   **those reports have been filed with?**

15        A.   They made official records.

16        **Q.   And who is "they"?**

17        A.   Kensil Garnett, Ken Crawford, Jason

18   Smith.

19        **Q.   What is your understanding of**

20   **insubordination?**

21        A.   I know the definition of insubordination

22   from the personnel policy's manual --

23        **Q.   And what is that?**

24        A.   -- and also the labor relations manual

25   for IDOT.

EXHIBIT 1
ALEX ROBERT KEDAS, PE  2/22/2022

```
 1      Q.    Okay.
 2      A.    Refusing to do a task you are ordered to
 3  do.  Not doing a task, not completing a task that
 4  you were ordered to do.
 5      Q.    And it's your belief that you were not
 6  insubordinate under that definition?
 7      A.    I am sorry, can you rephrase the
 8  question?
 9      Q.    Sure, yes.
10            You believe that your performance, your
11  activities, were not insubordinate as it is
12  defined in those policy manuals as you have just
13  defined it, I'm sorry?
14      A.    I completed all orders and all tasks.  I
15  never refused to do something.  I never refused to
16  do something.
17      Q.    Did you ever question, you know, why
18  something had to be done that way or if it should
19  be done this way instead?
20      A.    Yes, I did ask questions and that is
21  specifically permitted and encouraged in the labor
22  relations discussion of insubordination it says
23  that it is not.  It specifically says it is not
24  insubordination.
25      Q.    Okay.  Were you ever accused of
```

1    insubordination prior to 2016?

2        A.   Yes.

3        Q.   Okay.  I want to move on to the next

4    bullet point, Mr. Kedas, and that says, "He has

5    been ostracized by his supervisors."

6             How do you believe that you were

7    ostracized by your supervisors?

8        A.   There's an inner circle that I did not

9    belong to, that I was not invited to participate

10   in anything, that the office politics I was not

11   involved in, I chose not to participate in the

12   misconduct, the favoritism, the office politics.

13   Monaretta Gutridge joked that I was field engineer

14   repellant, that she had observed that field

15   engineers would stay away from me.

16       Q.   Stay away from you?

17       A.   Stay away from me.

18       Q.   Okay.  Who is in that inner circle that

19   you just described?

20       A.   Mike Carnahan.  Jason Smith.  Ken

21   Crawford.  Doug Clement, C-L-E-M-E-N-T.  Dan

22   Craddick.  J.R. Parker.  There's more but I can't

23   think of them.

24       Q.   Okay.

25       A.   Sometimes -- Monaretta Gutridge,

**EXHIBIT 1**

ALEX ROBERT KEDAS, PE  2/22/2022

```
 1   sometimes she's in, sometimes she's out.  Andrea
 2   Childress.  Steve Jones.
 3       Q.   Is that your complete answer to that
 4   question?
 5       A.   Yes.
 6       Q.   And did you say -- I think you said
 7   politics.  Is that correct?  Did you say that
 8   politics were involved?
 9       A.   Office politics.
10       Q.   Okay.  What do you mean by that?
11       A.   Quid pro quo, that loyalty, and you do
12   this and then I will reward you regardless of the
13   rules, I will give you favorable job assignments,
14   favoritism, cronyism, prioritizing, power, and
15   office politics over safety and over engineering,
16   and over the rules -- there's two sets of rules,
17   over the rules that apply to everybody else,
18   giving them -- making sure that they get bonuses.
19            Doug Clement is a close friend of Ken
20   Crawford, they've gone on vacation together, and
21   he made sure that Doug Clement, an engineering
22   technician, got a bonus every year, and he says
23   that in meetings.
24            Ken, Jason, Mike Carnahan all had a fancy
25   football league for years that they played on.
```

ALEX ROBERT KEDAS, PE  2/22/2022

1    Ken, Jason, Dan Craddick, Mike Carnahan, let me

2    take out Jason, play golf a lot together.  Jason

3    built a house, and on Labor Day Doug Clement and

4    Ken Crawford went over there and helped him paint

5    his house.

6        **Q.   Did you notice this circle or, you know,**

7    **part of this circle depending on years of**

8    **employment, but did you notice that or believe**

9    **that that circle existed prior to 2016?**

10       A.   This group of cronies enjoyed favoritism

11   existed before 2016 and they persisted after 2016.

12       **Q.   Okay.**

13       A.   And they love gossip.

14       MR. BAKER:  That is not responsive to the

15   question.

16       THE WITNESS:  All right.

17   BY MS. TRAYNOFF:

18       **Q.   I want to move on to that final bullet**

19   **point in your amended complaint there.  It says,**

20   **"His seniority status and project assignments have**

21   **been reduced."  I believe we went into other**

22   **bullet points that maybe touched on this, but if**

23   **you want to, can you explain that a bit further,**

24   **the last bullet point?**

25       MR. BAKER:  Are you just asking him to add on

1   to anything that he previously discussed or do you
2   want him to go back over things that he already
3   discussed as well?
4   BY MS. TRAYNOFF:
5       **Q.   Yes, I kind of want your former scenario**
6   **there because I think we probably just -- we**
7   **probably got into that, so I don't want to make**
8   **him say anything that he's already said before,**
9   **but if there's anything, Mr. Kedas, that you have**
10  **not touched on in this deposition that supports**
11  **your belief in that final bullet point, please**
12  **feel now to explain that?**
13      A.   I was the most qualified engineer, senior
14  engineer, resident engineer to be assigned the
15  I-74/I-57 interchange reconstruction project that
16  started this year, a $200 million job, and I was
17  not assigned that project.
18      **Q.   And did you say of this year?  It started**
19  **this year?**
20      A.   Yes.  So I found out -- we found out our
21  job assignments in February of 2021.
22      **Q.   Let me just read my note.**
23      A.   I guess it's not this year anymore, it's
24  2022.
25      **Q.   Yes, okay, that's fine.**

ALEX ROBERT KEDAS, PE  2/22/2022

```
 1            And you felt that -- you felt that you
 2   were the most qualified for that job?
 3       A.   I know I was.
 4       Q.   Okay.  And who got that job?
 5       A.   Jack Harper.
 6       Q.   Okay.  What kind of jobs were you given?
 7       A.   They had not announced -- they had not
 8   told me what jobs I was going to be given, but a
 9   $200 million interchange reconstruction is
10   definitely the biggest and most complicated
11   project this year and for the last six years, and
12   Jack Harper does not have a PE license.  He's just
13   a resident engineer, he's not a senior resident
14   engineer, and he does not have my experience.
15            If you are talking to me, somehow your
16   microphone has got quiet.
17       Q.   Oh, no.  I am talking to you.  Can you
18   hear me now?
19       A.   Yes.
20       Q.   Okay.  Sorry.  I just asked you what kind
21   of job that $200 million job was?
22       A.   They are completely removing and
23   replacing the interchange of I-74 and I-57 in
24   Champaign that will cost $200 million, it will
25   take four years to complete.
```

1           As I mentioned before, they've withheld
2   the construction engineer CE VI interview for
3   several years.
4       Q.   And do you know the reasoning for that?
5       A.   I do not.  I've never heard anything
6   officially.
7       Q.   Okay.  I believe I am saying, along with
8   that $200 million job assignment, do you know of
9   any other job assignment Jack Harper was given?
10  So that would have been in February of 2021.
11      A.   No.
12      Q.   Okay.  And you had not received your job
13  assignment at that time, correct?
14      A.   No, they had not told me yet.
15      Q.   Okay.  Mr. Kedas, did you hear my
16  question?  I was asking why do you think you were
17  not given your job assignments at that point?
18      A.   I was told that I had to submit admission
19  of wrongdoing in the form of a corrective action
20  plan on how I would address what they called
21  insubordination, which is actually
22  whistle-blowing.
23      Q.   Okay.
24      A.   And then they referenced the written
25  reprimand I got for supposedly insubordination

ALEX ROBERT KEDAS, PE  2/22/2022

```
 1   which was, number one, for talking about the
 2   design error on Prospect Avenue where there's no
 3   pedestrian walkway throughout the construction of
 4   the bridge and then also in retaliation for
 5   reporting J.R. Parker and his supervisor Ken
 6   Crawford for allowing him being an hour late to
 7   work every day for 13 years.
 8        Q.   Okay.
 9        A.   Jason -- I am sorry, Ken Crawford told
10   me, "Dude, you almost got me fired."
11        Q.   Earlier -- sorry, going back just a bit
12   to this -- the idea of this inner circle, you said
13   that you know the supervisors, I guess, made sure
14   that those in the inner circle got bonuses.  How
15   do you know that all those people you listed who
16   are in that inner circle received bonuses?
17        A.   Because Dan Craddick and Doug Clement and
18   any of the engineer technicians, inspectors that
19   the RE's supervised were discussed in the RE
20   meeting when we decided the bonuses, and then
21   other people told people who they got their
22   bonuses -- when people got a bonus, they would
23   tell people, and that's just by word of mouth, I
24   guess.
25        Q.   Did anyone tell you or did you just hear
```

1    it from someone else?

2        A.    I definitely know about Doug Clement and

3    Dan Craddick from my meeting.

4        **Q.    Okay.**

5        A.    That's not a rigid statement that all

6    those people all got bonuses.  That was a form of

7    reward for the inner circle.

8        **Q.    Okay.**

9        A.    So I didn't mean that to be an all

10   inclusive statement on bonuses.

11       **Q.    Okay.  Are there any other instances that**

12   **you feel that you haven't mentioned that should be**

13   **mentioned that support your belief that your**

14   **seniority status and project assignments have been**

15   **reduced in retaliation for your April of 2016**

16   **complaint?**

17       A.    I can't think of anything at this time.

18       **Q.    Okay.  So did you ever submit the**

19   **admission of wrongdoing that you mentioned**

20   **earlier?**

21       A.    I did not.

22       **Q.    Okay.  And was it at that point that you**

23   **left IDOT then, or a month later?**

24       A.    No, it was not at that point.  It was --

25   that happened around the beginning of December

ALEX ROBERT KEDAS, PE 2/22/2022

1    2020 and I left IDOT at the end of March 2021.
2        Q.    What was your reason for leaving?
3        A.    My doctor advised me that due to the
4    hostile workplace, it was toxic to my health and
5    that I should no longer work there, that it was
6    hurting my health and welfare.
7        Q.    What is the name of your doctor?
8        A.    When you point your head in that
9    direction, that's when we can't hear you.
10       Q.    Thanks for letting me know.  Can you hear
11   me now okay?
12       A.    Yes.
13       Q.    Okay.  What is the name of your doctor?
14       A.    Timothy Roberts.
15       Q.    And where does he practice out of?
16       A.    Carle Clinic, Champaign.
17       Q.    And you did mention earlier that you sent
18   your April 2016 complaint to BIC, or the Bureau of
19   Investigations Compliance, I think it's called.
20   Do you recall that testimony?
21       A.    Yes.
22       Q.    Okay.  Did they investigate your
23   complaint?
24       A.    No one ever responded to me.
25       Q.    Okay.

1      A.    And furthermore, the district EEO officer

2  never responded to me.   District 5.

3      **Q.    Okay.**

4      A.    Nobody ever called me to follow up.

5      **Q.    Did you have a meeting with your**

6  **supervisors about that complaint?**

7      A.    In regard to?

8      **Q.    Well, you said you sent it to -- I**

9  **believe you testified earlier that you sent it to**

10  **Ken Crawford, is that correct?**

11     A.    Yes.

12     **Q.    Did he meet with you to discuss the**

13  **allegations you made in your complaint?**

14     A.    He did not meet me to discuss the

15  allegations, neither did Kensil Garnett, they

16  summoned me to a meeting on June 1st and gave me

17  discipline in the form of counseling.

18     **Q.    What was that discipline for?**

19     A.    Questioning job assignments.

20     **Q.    And apart from that April 2016 complaint,**

21  **did you file any other complaints during your**

22  **employment with IDOT?**

23     A.    Yes.

24     **Q.    Do you recall the years that you filed**

25  **those complaints?**

1      A.   I filed complaints with the Office of the

2  Inspector General.  I filed a complaint with the

3  Bureau of Investigations and Compliance.  I filed

4  civil rights complaints -- many civil rights

5  complaints I filed with Carlos Ramirez, and I

6  filed grievances.

7      Q.   **When you say you filed a complaint with**

8  **the OIG, do you recall when that complaint was**

9  **filed?**

10     A.   I filed several, but the one particular I

11  can remember is November of 2014.

12     Q.   **Do you recall any others?**

13     A.   I don't recall any specific dates.

14     Q.   **Okay.  And then what about with BIC, do**

15  **you recall the dates of the complaints -- apart**

16  **from the April 2016 complaint, do you recall the**

17  **dates that you filed complaints with BIC?**

18     A.   October of 2019 --

19     Q.   **Okay.**

20     A.   -- for J.R. Parker.

21     Q.   **Okay.  Any others?**

22     A.   Yes, and in approximately July of 2020 I

23  also -- I filed a complaint for the waste of

24  $720,000 with OIG and BIC.

25     Q.   **Was that complaint in regards to a**

1    particular employee of IDOT or just the department

2    as a whole?

3         A.   It was in regard to the department as a

4    whole and -- I believe it was the department as a

5    whole.  I guess I don't remember any individuals.

6         Q.   That's okay.

7              And then when it comes to the complaints

8    you say you filed with the civil rights and with

9    Carlos Ramirez, do you recall the dates of those

10   complaints?

11        A.   Not specifically, no.

12        Q.   Okay.

13        A.   I know I can tell you just the year.

14        Q.   Yes, if you can recall just the year,

15   that's fine.

16        A.   2018, 2019, 2020, 2021.

17        Q.   Okay.

18        A.   And Albert Simon in 2007, who did Carlos

19   Ramirez's job at that time.

20        Q.   Okay.  Mr. Kedas, if you could flip to in

21   the complaint you have in front of you, in the

22   amended complaint it's Paragraph 22, in your

23   complaint it might be Paragraph 21, and it will

24   read, "Kedas has suffered damages as a result of

25   the retaliatory actions described."  Do you see

ALEX ROBERT KEDAS, PE  2/22/2022

1    where I am?

2       A.    In this complaint version it's No. 18,

3    just FYI.

4       Q.    Oh, okay.

5       A.    I can read it to you.

6       Q.    Sure, yes, go ahead, you can read it.

7       A.    "Kedas has suffered damages as a result

8    of the retaliatory actions described above.  These

9    damages have included loss of wages, damaged his

10   professional reputation, and emotional distress

11   damages.  Additionally, the value of his pension

12   has been diminished."

13      Q.    Yes, that's what I am looking at.  In the

14   amended complaint it's Paragraph 22.

15            So there you mention the value of your

16   pension has been diminished.  How has the value of

17   your pension been diminished?

18      A.    By the loss of overtime and the loss of

19   bonuses, which is a wage, and ultimately the loss

20   of my job, the last four years of my job from

21   being forced out by a hostile work environment.

22      Q.    In that same paragraph where you mention

23   emotional distress damages, are you currently

24   taking any medication for any emotional distress

25   you are claiming that you have suffered?

1      A.    Yes, I'm taking 30 milligrams of
2   Cymbalta, an antidepressant, and I started taking
3   that in October of 2015, and I take medicine for
4   PTSD nightmares.
5      **Q.    Do you recall the name of that**
6   **medication?**
7      A.    Prazosin.
8      **Q.    And when did you start taking that?**
9      A.    2018.
10     **Q.    Is there anything else?**
11     A.    High blood pressure medicine and stomach
12   upset medicine.
13     **Q.    Do you recall when you began taking those**
14   **medications?**
15     A.    Around 2018 or 2019.
16     **Q.    Okay.**
17     A.    The Cymbalta is also for insomnia.
18     **Q.    Okay.  Are these also prescribed by -- I**
19   **believe his name was Timothy Roberts?**
20     A.    Cymbalta and Prazosin.
21     **Q.    All right.**
22     A.    The other is just normal medical doctor
23   stuff --
24     **Q.    All right.**
25     A.    -- prescriptions.

```
 1          Khalid Waheed is that doctor.
 2     Q.    And what kind of doctor is Timothy
 3  Roberts?
 4     A.    A psychiatrist.
 5     MS. TRAYNOFF:  Right now I'm just going
 6  through my notes, but I believe that is all the
 7  questions I have for you today, but let me just
 8  double-check.
 9          (Pause.)
10          Okay.  Let's see here, I have no further
11  questions for you, Mr. Kedas.  I want to thank you
12  for your time today and for my part.  If Mr. Baker
13  has any questions for you based upon the questions
14  I asked you in your testimony, now would be the
15  time that he asks those.
16     MR. BAKER:  No, I have no questions.
17          We will reserve signature for Mr. Kedas.
18     MS. TRAYNOFF:  Okay.  And then I guess with
19  that, does the court reporter need anything?
20     COURT REPORTER:  Are you ordering the
21  transcript?
22     MS. TRAYNOFF:  Yes, can I order -- I typically
23  order a condensed version and a full.
24     MR. BAKER:  And for me, I just like a full
25  version, that's just a PDF version, nothing else,
```

```
1    just the PDF with the index full size.

2         COURT REPORTER:  Okay.

3              (The deposition of Alex Robert Kedas, PE

4               concluded at 1:29 p.m.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              I, PAMELA S. MORGAN, Certified Shorthand
 2    Reporter in the State of Illinois, do hereby
 3    certify that ALEX ROBERT KEDAS, PE was first duly
 4    sworn by me to testify the whole truth and that
 5    the above deposition was recorded stenographically
 6    by me and was reduced to typewritten form by means
 7    of Computer-Aided Transcription.
 8              I further certify that the foregoing
 9    deposition transcript is a true, correct, and
10    complete record of the testimony given and of all
11    proceedings had before me.
12              I further certify that I am not a
13    relative, employee, attorney or counsel of any of
14    the parties, nor financially interested directly
15    or indirectly in this action.
16
17
18
19              PAMELA S. MORGAN, C.S.R.  084-001687
20
21
22
23
24
25
```

```
 1                    ALARIS LITIGATION SERVICES

 2

 3   March 13, 2022

 4

 5   BAKER, BAKER & KRAJEWSKI, LLC
     MR. JOHN A. BAKER
 6   425 SOUTH SEVENTH STREET
     SPRINGFIELD, ILLINOIS  62701
 7

 8   IN RE: ALEX KEDAS v. ILLINOIS DEPARTMENT OF
            TRANSPORTATION
 9

10   Dear MR. JOHN A. BAKER:

11   Please find enclosed your copies of the deposition of

12   ALEX ROBERT KEDAS, PE taken on February 22, 2022 in

13   the above-referenced case. Also enclosed is the

14   original signature page and errata sheets.

15   Please have the witness read your copy of the

16   transcript, indicate any changes and/or corrections

17   desired on the errata sheets, and sign the signature

18   page before a notary public.

19   Please return the errata sheets and notarized

20   signature page within 30 days to our office at 1608

21   Locust Street, Kansas City, MO 64108 for filing.

22   Sincerely,

23

24   Alaris Litigation Services

25   Enclosures
```

```
 1                    ERRATA SHEET

 2   Witness Name: ALEX ROBERT KEDAS, PE

 3   Case Name: ALEX KEDAS v. ILLINOIS DEPARTMENT OF
                TRANSPORTATION
 4   Date Taken: FEBRUARY 22, 2022

 5   Page #_____   Line #_____

 6   Should read: _____

 7   Reason for change: _____

 8

 9   Page #_____   Line #_____

10   Should read: _____

11   Reason for change: _____

12

13   Page #_____   Line #_____

14   Should read: _____

15   Reason for change: _____

16

17   Page #_____   Line #_____

18   Should read: _____

19   Reason for change: _____

20

21   Page #_____   Line #_____

22   Should read: _____

23   Reason for change: _____

24

25   Witness Signature: _____
```

```
 1   STATE OF _____)

 2

 3   COUNTY OF _____)

 4

 5   I, ALEX ROBERT KEDAS, PE, do hereby certify:

 6        That I have read the foregoing deposition;

 7        That I have made such changes in form

 8   and/or substance to the within deposition as might

 9   be necessary to render the same true and correct;

10        That having made such changes thereon, I

11   hereby subscribe my name to the deposition.

12        I declare under penalty of perjury that the

13   foregoing is true and correct.

14        Executed this _____ day of _____,

15   20___, at _____.

16

17

18

19                        _____

20                        ALEX ROBERT KEDAS, PE

21

22                        _____

23                        NOTARY PUBLIC

24   My Commission Expires:

25
```

ALEX ROBERT KEDAS, PE  2/22/2022

| A | | | | |
|---|---|---|---|---|
| A-L-E-X 5:25 | added 35:13 | allowing 86:6 | 93:2 | 31:13 41:9 |
| a.m 1:17 62:9 | adding 35:9 | Amber 22:7 | anybody 74:23 | 49:23 53:2 |
| 75:25 76:24 | Additionally 5:7 | 23:10,12 24:1 | 75:19 | 57:19 65:12 |
| ability 18:8,12 | 92:11 | 24:10 29:7 | anymore 33:4 | 65:20,21 67:7 |
| 30:6 | address 85:20 | 43:3 47:20 | 83:23 | 84:20 94:14 |
| able 8:17 9:15 | Admin 61:6 | 76:17 | anyway 5:21 | asking 15:2 |
| above-refere... | administrate | amended 50:8 | apart 89:20 | 29:18,24 54:3 |
| 97:13 | 16:14 | 50:11,13,15 51:1 | 90:15 | 77:16 82:25 |
| Absenteeism | admission | 51:6 82:19 | apologize 39:11 | 85:16 |
| 76:22 | 85:18 87:19 | 91:22 92:14 | 52:12 | asks 94:15 |
| absolutely 50:5 | admit 71:7 | amount 16:7,10 | appearance | asphalt 33:5,8 |
| 63:18 | advance 30:25 | 16:24 17:21 | 57:1 | 33:14,15,25 |
| Abuse 78:8 | 31:1 | 18:9,14,16,21 | APPEARANC... | 34:5 67:8 |
| abusive 78:3 | adverse 52:6 | 18:23,25 19:11 | 2:1 | assign 45:17,19 |
| accept 11:3,8 | advertise 11:11 | 35:12,18,21 | application | assigned 15:20 |
| accident 66:11 | advice 9:14 | 37:19 38:18 | 59:19 60:11,14 | 15:22 16:5 |
| account 51:3 | advised 88:3 | amounted 63:2 | 61:9 | 22:10,12,14 |
| accounting 14:2 | affairs 40:15,18 | and/or 31:18 | applications | 26:2,20,25 |
| accumulative | affect 74:2 | 97:16 99:8 | 60:2 | 30:15 34:9 |
| 74:2 | agencies 14:5 | Andrea 24:18 | applied 8:17 | 37:10 39:7 |
| accurate 9:5,8 | 53:5 56:4,5,5 | 24:20 25:20 | 52:23,24 | 63:14 64:1 |
| 16:20 17:24 | 56:6,6 | 26:11 27:13 | 55:21 | 65:2,12 68:3 |
| 38:2 49:21 | ago 17:10 | 40:5,9 41:18 | apply 57:17 | 69:19,25 70:3 |
| 55:1 58:18 | agreement | 45:12,17 46:15 | 58:17 60:1 | 83:14,17 |
| accurately | 67:22 | 46:18 49:17 | 61:13 81:17 | assignment |
| 28:14 | ahead 29:17 | 63:3,17,25 | applying 57:24 | 26:16 31:6,8 |
| accused 71:8 | 40:10,17 41:1 | 65:10 70:9,11 | 58:3 | 45:25 85:8,9 |
| 79:25 | 55:15 62:23 | 70:12 81:1 | appointed 8:20 | 85:13 |
| Act 56:4 | 92:6 | Andrew 32:11 | approval 34:18 | assignments |
| acting 32:8,9 | Alaris 97:1,24 | announced | 34:19,24 | 26:18,19 31:5 |
| 57:19 58:9,14 | Albert 91:18 | 84:7 | 36:10 38:2,7 | 31:10,23 52:5 |
| 59:14 75:9 | Alex 1:3,11 3:3 | announcement | approximately | 56:17 71:4,7 |
| action 5:18 | 4:2 5:25 95:3 | 30:17 | 35:6 37:20 | 81:13 82:20 |
| 49:25 71:8 | 96:3 97:8,12 | annual 30:12 | 49:5 90:22 | 83:21 85:17 |
| 76:1 85:19 | 98:2,3 99:5 | 64:16 | approximation | 87:14 89:19 |
| 96:15 | 99:20 | annually 54:21 | 17:3,8 26:7 | assistant 2:8 |
| actions 52:6 | allegations | 54:25 | April 8:7,12 | 7:20 8:21 46:1 |
| 53:3 91:25 | 89:13,15 | answer 5:5,5,8 | 39:3,13 46:7 | associate's |
| 92:8 | alleged 39:14 | 12:15 17:11 | 51:13,21 52:9 | 25:14,15,15 |
| activities 68:9 | 40:3 | 21:17 36:18 | 53:18,21 54:12 | 28:15 |
| 71:11 79:11 | alleges 51:21 | 37:5 60:20 | 54:15 55:7,11 | assume 57:10 |
| activity 62:13 | alleging 39:4 | 77:20 81:3 | 67:9,24 68:3 | 58:7 |
| 71:10 | 44:20 45:11 | answering 5:1 | 68:17 87:15 | assumed 58:7 |
| add 35:20 | 49:16 | answers 5:9 | 88:18 89:20 | attempt 71:10 |
| 82:25 | allocated 38:5 | anticipated | 90:16 | attempts 23:2,4 |
| | allowed 33:24 | 19:22 | area 11:4 | attention 19:24 |
| | 34:1 75:22 | antidepressant | asked 29:3 31:6 | attest 78:12 |

attorney 2:7,8
4:8,17 49:23
96:13
attracted 41:4
49:17
August 11:1 33:6
67:9
authority 53:5
78:4,8
authorization
34:16 62:20
authorize 18:8
18:12
authorized 18:7
18:16 37:18
authorizing
18:18 19:6,10
62:23
available 62:6
Avenue 68:5
86:2
award 65:18
awarded 18:23
19:4 37:10,15

B

B 3:6
B-R-E-N-N-A-N
45:9
bachelor 24:8
24:10,11
bachelor's 7:10
21:3
back 15:3 36:22
37:1 48:16,21
50:20 67:11
71:22 72:24
83:2 86:11
background 7:9
bad 66:25
Baker 2:2,2,3
5:16 36:20
48:13,17
49:25 50:5,10
50:21 51:10
82:14,25
94:12,16,24

97:5,5,5,10
base 20:3 72:13
based 8:16,22
28:8,10 39:7,8
40:10 72:5
73:9 94:13
basically 11:10
27:6
basis 39:15
51:24 52:1
becoming
25:21
began 6:19 7:14
93:13
beginning 49:1
55:10 87:25
behalf 2:5,10
belief 79:5
83:11 87:13
believe 22:25
28:6,12 41:14
46:18 51:9
61:3 68:9
70:8,19 73:8
73:25 74:17
77:14 79:10
80:6 82:8,21
85:7 89:9 91:4
93:19 94:6
belong 80:9
benefitted
46:25 47:5
better 47:13
BIC 40:20 75:13
75:25 88:18
90:14,17,24
bid 19:4
big 16:2,3 17:11
17:13,23 34:22
44:13 62:15
bigger 40:8
biggest 63:4
84:10
bit 4:18 10:18
12:15 20:12
25:8 35:4
50:24 54:24

82:23 86:11
blocks 64:24
blood 93:11
bonus 70:25
71:2 72:8,10,11
72:14,16,18,23
73:4,6,7,17,25
74:6 81:22
86:22
bonuses 52:3
71:2 72:3,19
73:14 81:18
86:14,16,20
86:22 87:6,10
92:19
bookkeeper
26:14 27:14
27:20
bookkeeping
37:13
break 5:11,14
20:12,19 36:19
36:21 48:10,19
breaking 48:15
breaks 7:2
Brennan 45:5
bridge 13:23
38:15 68:3
86:4
bring 33:24
brings 19:24
budget 34:15
build 56:23
built 74:7 82:3
bullet 51:4,11,20
56:8 62:1
70:15 74:13
77:14 80:4
82:18,22,24
83:11
Bureau 40:12,13
61:6 75:14
88:18 90:3
Burgen 32:11
business 10:20
11:13,15
busy 27:3

C

C 76:8
C-L-E-M-E-N-T
80:21
C-U-S-O-N 43:8
C.S.R 96:19
call 60:6 76:24
72:8 85:20
88:19 89:4
calls 11:7
camera 36:17
69:6
cameras 64:6
candidates
44:17
capacity 20:7
27:21 30:4
career 46:25
53:20 56:11,21
56:23 70:23
74:8
Caren 76:4,5,6
Carle 88:16
Carlos 90:5
91:9,18
Carnahan 32:10
40:5 44:21,25
48:22,24
49:16,18
53:25 54:7
67:18 80:20
81:24 82:1
case 97:13 98:3
CE 8:3,4,19,25
59:6 85:2
central 1:1 11:3
34:21 60:4,7
certain 18:9,16
32:14,17 35:17
38:18
certainly 5:13
Certified 1:15
96:1
certify 96:3,8,12
99:5

chair 36:20
Champaign
38:17 46:11
64:23 69:4
84:24 88:16
change 19:7,12
19:13,15 34:17
35:9 98:7,11
98:15,19,23
changes 97:16
99:7,10
characterizing
28:14
chief 39:24,25
children 13:14
13:16
Childress 24:18
24:20 25:20
27:13 40:5,9
40:25 45:12
45:17 46:16,18
49:17 63:3,17
70:12 81:2
choices 31:7
chose 80:11
chosen 8:21
circle 80:8,18
82:6,7,9 86:12
86:14,16 87:7
circumstances
75:21
citation 66:25
67:3
cited 67:8
City 97:21
civil 1:12 7:10
8:4 20:17 21:3
90:4,4 91:8
claiming 92:25
clarify 16:17
17:14 29:15
35:15 36:6
59:9
clarifying 29:25
class 46:21
classes 28:17
47:7 48:5

ALEX ROBERT KEDAS, PE  2/22/2022

classification 55:19
classifying 55:20
Clement 80:21 81:19,21 82:3 86:17 87:2
Clinic 88:16
close 81:19
closing 55:6,9 55:11,13,16
closures 66:14
code 37:9,11,22 37:24
Cody 66:3,5,20 66:24
collaboration 52:18
colleague 20:9
colleagues 21:15,21,22,25
comes 91:7
comfortable 36:20
coming 31:1 76:25
Commission 99:24
common 30:18
competition 58:10,11 59:13
complaint 5:17 39:4,14,18 40:4,23,25 46:6 49:16,24 50:4,7,8,11,12 50:13,15,23 51:2,4,6,13,22 52:9 54:12 67:24 68:2,7 68:16,18 82:19 87:16 88:18 88:23 89:6,13 89:20 90:2,7 90:8,16,23,25 91:21,22,23 92:2,14

complaints 45:11 89:21,25 90:1,4,5,15,17 91:7,10
complete 5:4,5 62:14 81:3 84:25 96:10
completed 5:12 54:24 65:22 65:23 79:14
completely 84:22
completing 79:3
complex 18:4
complexity 17:21 26:8
Compliance 40:13 75:14 88:19 90:3
complicated 17:15,18 18:2 20:3 27:7 62:11,15 65:8 77:7 84:10
complied 53:1
comply 53:1
compound 20:18
Computer-Ai... 96:7
concluded 95:4
condensed 94:23
condition 20:1
conditions 19:16 19:19,21
conducted 61:1
Connery 66:4,5 66:20,24
construction 13:24,25 26:22 27:5,11 30:19 31:8,9 32:1,8 45:18 46:22 58:20 59:6 63:2

68:21 69:11 85:2 86:3
consultant 10:5 29:19 56:23
consultants 57:3
consulting 10:7 10:25 11:8
continuing 12:1
contract 13:25 18:21,23,24 19:1,4,17,20 35:12,22 37:11 37:16 38:4,11 65:25
contract-to-c... 19:2
contractor 14:1 14:5,23 19:23 29:22 32:19 34:9 65:11,18
contractors 32:15 44:10 45:2 57:2 62:8 65:20
contracts 10:22 35:11
control 14:6 58:24 65:17 66:17 67:3
convenience 66:19
cool 12:24
Coordination 14:4
copies 97:11
copy 97:15
correct 6:24 9:21 10:17 20:23 23:11 31:24 46:4,5 52:14 53:21 53:22 60:9 81:7 85:13 89:10 96:9 99:9,13
correction 29:1

corrections 97:16
corrective 71:8 85:19
cost 18:2,4 20:3 38:22,25 84:24
counsel 39:25 96:13
counseling 71:3 74:19 89:17
COUNTY 99:3
couple 5:13 59:23 76:15
course 6:10 50:25 65:24
courses 12:2
court 1:1 4:23 5:10,24 36:23 37:1 94:19,20 95:2
Courts 1:13
Craddick 41:24 41:24 80:22 82:1 86:17 87:3
Crawford 15:6 30:21 31:16 32:7,8,9 39:24 52:19 60:22 61:1,9 71:16 72:22 73:13 75:1,9 77:1 78:17 80:21 81:20 82:4 86:6,9 89:10
created 70:17 77:22
crew 19:24
cronies 82:10
cronyism 81:14
crossed 51:10
Crowe 33:3 67:21
cultivated 41:4
cumulative

72:12
curious 63:24
currently 6:5 10:14 13:8 22:10 92:23
curves 14:21
Cuson 43:6 47:24
cut 16:23
cutting 36:17
Cymbalta 93:2 93:17,20

D

D 3:1
D-A-R-A 43:25
dad 15:1
damage 57:1
damaged 92:9
damages 91:24 92:7,9,11,23
Dan 41:24 80:21 82:1 86:17 87:3
Daniel 41:24
Danville 65:24
Dara 43:24,24
dark 67:4
date 54:2,14,14 55:7,9,11,13 98:4
dates 90:13,15 90:17 91:9
Davis 42:7
day 4:18 9:18 33:8 45:22 55:17 62:14 66:21,21 75:12 75:15 82:3 86:7 99:14
days 67:1 97:20
deadline 66:13
Dear 97:10
death 13:12 66:5
December 7:12 12:17 49:8

ALEX ROBERT KEDAS, PE 2/22/2022

59:16,17 67:12
87:25
decide 30:20
decided 31:25
86:20
decision 33:11
33:12
decisions 28:21
28:22 30:2
declare 99:12
Defendant 1:7
2:10
deficiency
66:17
define 27:4
defined 79:12
79:13
defines 19:20
definitely 84:10
87:2
definition 78:5
78:21 79:6
degree 21:4
22:21 23:15,17
24:14,16,25
25:8,13,14,15
25:15 28:16
degrees 24:8
25:2,17 44:19
denied 56:21
57:14
department 1:6
4:9 6:8,11,13
6:17 7:15 9:9
28:24 40:16
91:1,3,4 97:8
98:3
departure 15:16
depend 62:7
depended
26:18 27:22
27:25 28:1
dependent
26:8
depending
32:14 34:20
82:7

depends 16:2
deposed 4:15
deposition 1:11
4:14 6:11 50:14
66:4 74:16
83:10 95:3
96:5,9 97:11
99:6,8,11
depositions 1:14
describe 13:21
17:13 53:15
described
55:18 80:19
91:25 92:8
description
16:11,25 17:4
35:5,6
design 19:3,24
37:8,25 86:2
designed 74:4
designer 19:22
desired 97:17
details 17:16
determined
33:20
determines
17:22
develop 78:5
development
47:1,1 63:15
died 67:1,2
difference
50:10,24
different 15:24
19:16,18,21
38:23 64:12
differing 19:25
diminished
92:12,16,17
direct 30:14
41:8 49:20
54:4
directed 25:18
direction 88:9
directly 96:14
disciplinary
52:2 71:3

discipline 51:24
52:1 72:1 75:2
78:1 89:17,18
disciplined
52:8 74:23
77:17
discrimination
53:6,11 56:6
discuss 35:8
71:17 72:23
73:15 89:12,14
discussed 71:12
71:14 83:1,3
86:19
discussion 33:2
50:19 79:22
disregard 66:19
distress 92:10
92:23,24
district 1:1,1,13
26:24 59:8
61:7 63:4 89:1
89:2
districts 59:5
divorce 13:12,13
doctor 9:15
88:3,7,13
93:22 94:1,2
document 50:2
51:2 62:12
documentation
14:3 26:14
66:7 67:12
documents
49:10,12 78:10
doing 4:21
33:23 38:12
74:24 79:3
dollar 16:7,9,24
35:11,21
dollars 56:19
DOT 6:12
double-check
94:8
Doug 80:21
81:19,21 82:3
86:17 87:2

dozen 23:1,4
drafted 73:9
drafting 54:8
Dude 86:10
due 17:16 26:24
88:3
duly 4:1,3 96:3
duties 61:23
dying 67:1

E

E 3:1,6
E-L-L-E-D-G-E
76:11
E-L-L-E-G-E
76:10
e-mail 39:23
E-V-A-R-I-S-T-...
42:16
earlier 10:12
17:10 20:2
55:18 57:13
65:20 86:11
87:20 88:17
89:9
eastern 11:4
easy 65:8
education 12:2
25:3 44:15
46:20,24
educational 7:8
EEO 89:1
egregious
74:21,24 76:3
77:20
eight-hour
62:14
either 6:11 24:7
50:2 58:15
elevation 14:22
14:23
Elledge 76:4,6
embarrassme...
56:25
emotional
92:10,23,24
employed 6:5,7

6:16 10:13,14
10:16,19
employee 11:18
28:24 30:6
76:2 91:1
96:13
employees
11:20 28:23
71:13 74:20,21
75:3
employer 11:11
employment
6:20 7:14 9:14
10:21 28:22
30:2 52:6
82:8 89:22
enables 25:13
enclosed 97:11
97:13
Enclosures
97:25
encouraged
35:8 79:21
ended 13:11,12
33:22 65:15
75:12
energy 77:8
enforce 13:25
33:11,12
enforcement
53:5 56:6
engaged 39:5
39:6 51:22
engineer 6:2
7:20 8:3,4,10
8:20,21,22
9:7 13:21 15:7
20:7,8 22:19
22:21,22,24
25:7 28:21
29:4 30:5,19
30:20 31:18,21
31:22 32:1,2,8
32:9,9,10,11,11
32:12,16 41:22
42:1,5,9,13,14
42:21 43:1,5

ALEX ROBERT KEDAS, PE  2/22/2022

43:10,18,22
45:20 46:3
47:12 49:19
57:20,25
58:9,10,14,15
58:21 59:12
60:23 61:4
62:12 67:21
75:7,9 80:13
83:13,14,14
84:13,14 85:2
86:18
engineering
7:11 8:23 10:5
11:23 21:4
22:21 23:6,15
24:12,25 25:1
25:3,11,12,17
25:19,21 28:16
28:17 44:4,14
44:16,19 45:7
46:20,21 47:4
47:7 48:3
57:2 66:7
81:15,21
engineers
20:13,16,17,22
20:23,25 21:1
21:23 22:1
23:8 29:4
30:19,24 32:2
46:23 47:11,12
47:14,16 59:7
63:13 73:3,14
80:15
enjoyed 82:10
ensued 66:6
Ensure 13:24
14:1,7
entered 8:25
entirely 69:2
environment
70:16,20
77:22 92:21
equal 16:20
errata 97:14,17
97:19 98:1

error 37:8 86:2
errors 19:24
especially 4:23
5:10
essence 35:13
established
19:3
estimated
38:22
ethics 39:24
evaluate 73:3
evaluation
53:13 54:9,13
54:16 55:14
57:23 58:4,13
60:16 61:17,20
72:5,24 73:1,6
evaluations
27:17 28:25
30:9,10,12
52:3,12,15,17
53:10,17,20
53:23 54:1,1
54:21 55:2
70:23 72:21
73:10
Evaristo 42:16
eventually 25:3
56:24
everybody 71:2
71:19 75:16
81:17
exact 37:19
exactly 12:14
33:14 39:1
EXAMINATION
3:4 4:5
examined 4:4
example 75:5
exceed 34:15
exceeded 36:4
36:9
excuse 7:25
24:15 30:5
39:5 45:15,19
46:17 47:11
Executed 99:14

Exhibits 3:7
existed 82:9,11
expanded 62:8
expect 62:22
expected 18:13
35:17
experience
8:16 20:5
25:2,5 44:16
46:22 56:22
57:14,21 58:21
84:14
experiencing
70:20
experimental
70:8
Expires 99:24
explain 10:18
11:5 12:15
13:21 25:8
35:4 51:25
54:20,24
62:5 64:5
74:15,17 77:3
82:23 83:12
explained 15:18
extent 11:12

## F

fact 23:3
factors 40:10
fair 17:19 34:25
fall 34:11,11,12
70:1
false 53:15
55:22 56:1
78:5,10,13
familiar 24:18
fancy 81:24
far 23:8 44:15
44:15 57:21
63:6
fatalities 53:8,8
65:25 66:3
fatality 66:2
favorable 81:13
favorably 45:12

favored 44:25
favoring 39:6
favoritism 80:12
81:14 82:10
February 1:16
49:7 83:21
85:10 97:12
98:4
federal 14:2
fee 12:6
feel 64:25
83:12 87:12
felt 84:1,1
female 20:14,21
21:22 22:1
29:4 41:2,3,7
41:15 42:18
44:1,24 45:1
45:13
females 20:6
field 15:7 19:16
19:18,21 25:12
30:18 31:18,21
31:22 32:2,9
32:10,11,11,12
42:9 49:19
57:19,25 58:9
58:10,14,15
59:11 60:23
73:15 75:9
80:13,14
Fifty-five 6:4
file 54:11 89:21
filed 39:17 45:11
46:6 49:15,25
51:21 67:24
68:2,7,16
78:10,13,14
89:24 90:1,2
90:3,5,6,7,9
90:10,17,23
91:8
filing 39:4,13
51:13 52:9
68:18 97:21
fill 30:11 60:3
62:21

filled 45:22
final 64:21
82:18 83:11
financially
96:14
find 23:3 27:14
46:15 97:11
findings 61:19
fine 41:13 63:23
66:18,25
83:25 91:15
finish 5:2 60:20
finished 5:3
fire 28:23 30:6
fired 9:24 86:10
firm 10:8,15,25
11:2
first 4:3 7:13
34:11,12 51:20
56:12 60:18
69:24 70:8
76:8 96:3
fit 61:22
five 46:22 47:9
47:17 48:9
63:13 65:25
flip 91:20
flows 64:7
flurry 62:13
focused 25:9
follow 89:4
following 8:9
52:3 54:13
66:7 68:18
follows 4:4
football 81:25
forced 92:21
foregoing 96:8
99:6,13
form 60:3 85:19
87:6 89:17
96:6 99:7
format 50:2
former 83:5
forward 21:19
36:16
found 28:9,11

ALEX ROBERT KEDAS, PE  2/22/2022

61:22 83:20
83:20
four 63:1 64:1,14
64:24 65:2
71:1 72:18
73:19,22
84:25 92:20
four-year 20:24
21:1,4 22:20
23:14 24:25
25:13,17 29:4
44:19 46:23
Fourteen 13:5
fourth 77:14
friction 64:19
70:4,7,9
Friday 66:12,21
67:5
friend 81:19
friends 74:25
frightening
58:6,6
front 5:19 49:12
50:1,22 51:9
56:8 91:21
full 5:23 94:23
94:24 95:1
fund 37:9,11,22
37:24
funneled 32:3
further 71:6
82:23 94:10
96:8,12
furthermore
89:1
future 65:12
FYI 92:3

G

Garnett 32:15
33:3 52:19
57:22 58:5
60:14 78:17
89:15
gender 39:7,8
39:15
General 2:7,8

90:2
General's 4:8
generally 26:19
72:7
George 42:7
gesture 5:9
getting 10:22
25:18 28:2,4
40:8 44:13,24
66:13 74:23
give 31:14 66:4
81:13
given 4:17 40:9
41:1,7,14 53:15
53:18 54:16
63:1,3 66:25
68:20 72:8,10
74:1 75:1 84:6
84:8 85:9,17
96:10
giving 72:20
81:18
go 4:12 16:5
27:2 29:17
30:21 35:17
40:17 50:18
52:7 55:15
57:4,7 71:20
71:25 83:2
92:6
going 4:12,24
15:3 34:15
35:17 48:7
50:14,16 51:19
54:17,18 84:8
86:11 94:5
golf 82:2
good 4:7 48:14
48:17 66:7
gossip 82:13
government
53:5 56:5
grades 14:24
graduated 7:12
granted 38:4
72:4
Greg 32:10

43:14 58:11
61:12 76:16
grievance 71:20
71:25
grievances
90:6
group 82:10
guess 10:20
15:25 17:22
18:11 30:2 39:1
39:6 54:14,17
54:18 55:18
83:23 86:13
86:24 91:5
94:18
Gutridge 22:17
23:10 42:11
47:22 80:13
80:25
guys 20:17

H

H 3:6
hampered 56:11
hands-on 25:9
25:12
Hang 73:21
Hanner 48:1
happen 65:11
happened
66:24 87:25
Harper 41:20
47:18 71:18
84:5,12 85:9
head 5:9,10
88:8
health 88:4,6
hear 4:10 8:24
41:6,12 44:23
84:18 85:15
86:25 88:9,10
heard 40:15,20
45:2 85:5
hearings 52:2
74:20
held 7:14,24 8:1
8:8 9:7

help 56:22
helped 22:17
82:4
Herbert 42:24
hey 31:1 76:25
high 66:10
72:10,15 93:11
high-friction
64:20
higher 57:21
highway 13:23
hire 28:23
hired 58:25
hobby 12:12,22
hold 7:19 8:6
26:11 42:20
76:13
hope 5:12
horizontal 14:21
horribly 58:6
hostile 70:16,20
77:22 88:4
92:21
hour 1:17 75:11
75:22 86:6
hours 5:13 62:8
62:16,19,23
house 82:3,5
human 61:5
humiliation
56:25
hurt 57:24
hurting 88:6

I

I-57 38:11,16
65:16 68:3
69:3 84:23
I-74 46:11 63:6
64:23 65:23
66:14 84:23
I-74/I-57 70:10
83:15
idea 86:12
identification
11:12,18
IDOT 6:12

24:22 25:6
29:18,19,24
30:3,7 40:13
48:25 49:3
51:22 57:6,18
60:8 66:8
71:23 78:25
87:23 88:1
89:22 91:1
III 8:3
Illinois 1:1,6,16
2:4,7,9 6:13
7:11 11:4,4
24:22 68:4
96:2 97:6,8
98:3
immediate 15:4
15:6,8,15
implementati...
32:7
important 4:22
5:8 66:9
improvement
64:19 70:4
inaccurate 18:1
52:13
inappropriate
40:6 41:17
incidents 53:14
included 51:24
56:9 92:9
inclusive 87:10
Inconsistent
77:25
incorrect 69:20
incorrectly
52:23,24
55:21
increase 72:12
increased
70:25
independent
29:22
independently
22:3
index 95:1
indicate 97:16

**EXHIBIT 1**

ALEX ROBERT KEDAS, PE  2/22/2022

indirectly 96:15
individual 21:10
  30:22
individuals 32:1
  91:5
ineligible 61:15
information
  4:18 28:8,11
  40:12
initiate 34:17
inner 80:8,18
  86:12,14,16
  87:7
input 73:13
insomnia 93:17
inspecting 26:3
inspection 14:3
  14:7 25:10
inspector 7:16
  26:13 27:20
  90:2
inspectors
  86:18
instance 65:11
instances 87:11
instructions
  53:1,2
instruments
  14:19,25
insubordinate
  79:6,11
insubordinati...
  52:22,25
  53:4 55:21
  71:9 78:5,20
  78:21 79:22
  79:24 80:1
  85:21,25
intent 78:12
interchange
  70:10 83:15
  84:9,23
interconnect
  64:8
interested
  96:14
intern 6:23

internal 39:4,13
  40:15,18
intersection
  69:22
intersections
  64:4,7
interstate 13:23
  44:13 64:16
  69:7,9,10,15
  69:16,17
interview 25:5
  58:1,23 59:24
  60:24,25
  85:2
interviewed
  8:19 9:2,3
  58:16 59:6,16
  60:23 61:10
interviewing
  9:4
interviews
  58:23,25
  60:6
intimidate 58:2
intimidated
  57:24
intimidation
  71:11
investigate
  88:22
Investigations
  40:13 75:14
  88:19 90:3
invited 80:9
involve 17:15
  27:10 65:11
involved 38:13
  62:17 63:10
  70:3 80:11
  81:8
IV 8:19,25

J
J.R 75:5 80:22
  86:5 90:20
jab@bbklegal...
  2:5

Jack 41:20
  47:18 71:18
  84:5,12 85:9
Jason 15:8,13,15
  30:17 31:19,24
  32:3,12 34:24
  52:18 57:20
  58:9 59:11
  60:11 71:16
  72:20,22,25
  75:1 76:18
  78:17 80:20
  81:24 82:1,2,2
  86:9
Jay 48:1
Jim 15:6
job 16:11,25 17:4
  17:20,22,23
  18:22 33:25
  35:5,5 37:10
  41:7,14 44:13
  44:24 46:7,10
  47:13 48:4
  52:4,13 56:10
  56:12,15 57:10
  58:10,21 59:16
  60:6 61:11,23
  62:1,7,10,15,16
  62:17 63:7,9
  63:14,17 64:1
  64:17 65:16
  69:9,10,11,25
  70:9 71:6,6
  74:13 75:23
  75:24 77:23
  81:13 83:16,21
  84:2,4,21,21
  85:8,9,12,17
  89:19 91:19
  92:20,20
jobs 15:20,20
  45:17,19 46:4
  56:18 62:11
  65:1,2 68:11,17
  69:15,17,19,21
  70:3 84:6,8
Joe 33:2,2

42:24 65:24
  67:21
JOHN 2:3 97:5
  97:10
Joins 60:22 61:1
  61:4
joked 80:13
jokes 75:17
Jones 42:3
  43:12 71:18
  81:2
Joseph 63:6,21
judgment 40:7
July 54:18 55:3
  67:13,19
  90:22
June 55:9
  89:16

K
K-E-D-A-S 6:1
Kansas 97:21
Kedas 1:3,11 3:3
  4:2 5:25 6:1,3
  12:25 36:15
  37:5 48:21
  49:10,24
  50:22 51:8
  56:9 74:12
  80:4 83:9
  85:15 91:20
  91:24 92:7
  94:11,17 95:3
  96:3 97:8,12
  98:2,3 99:5
  99:20
Ken 30:21 31:16
  32:7,8,9
  39:23 52:18
  60:14,22 61:1
  61:9 71:16
  72:22 73:13
  75:1,9 77:1
  78:17 80:20
  81:19,24 82:1
  82:4 86:5,9
  89:10

Kensil 32:15,16
  33:3 52:19
  57:22 58:5
  60:24 72:22
  78:17 89:15
Khalid 94:1
kids 66:10
killed 66:11,20
kind 17:22
  35:16 38:12,19
  46:12 63:9
  83:5 84:6,20
  94:2
knew 67:16
  73:8
know 15:20,24
  17:20 18:14
  21:14,17 23:21
  24:1,7,12 25:4
  25:8,20,23
  28:22 30:25
  31:11 36:22
  40:14 44:22
  45:10,14
  48:24 51:16
  59:2,3 61:14
  63:22,23
  67:20 71:12
  73:1 75:15,20
  75:21 78:11,21
  79:17 82:6
  84:3 85:4,8
  86:13,15 87:2
  88:10 91:13
knowledge
  22:23 23:7
  25:10 30:18
  32:18 48:4
knows 35:10
KRAJEWSKI 2:2
  97:5

L
labor 66:21
  78:24 79:21
  82:3
lamb 33:2

ALEX ROBERT KEDAS, PE  2/22/2022

land 15:1
lane 33:13 66:14
late 34:11,12
    59:17 75:11,15
    75:22 86:6
law 53:5 56:5
lay 14:20,23
    33:5,15 34:1
laying 35:14
layout 14:4,8,16
leads 57:14
league 81:25
leaning 36:16
leave 76:23
leaving 88:2
left 9:12 34:4,5
    87:23 88:1
legendary
    75:18
Let's 57:8 94:10
letting 19:3
    88:10
level 14:22 20:8
    21:16 76:19
license 11:23,24
    12:2,7 23:19
    25:19 29:20
    47:2,4 84:12
licensed 14:14
    20:16,22 21:5
    21:8 22:23,25
    23:8,12 24:2,3
    24:5
lied 78:9,9,11
lighting 66:16
lights 67:4
limit 17:4,7 26:7
    34:21 35:3
    36:5,9 62:24
Line 98:5,9,13
    98:17,21
lines 14:20,24
list 31:11 51:3,11
listed 45:11
    53:12,13 64:11
    86:15
Litigation 97:1

97:24
little 17:14
LLC 2:2 97:5
located 11:9
Locust 97:21
long 5:15 6:16
    7:17,21 8:6
    10:7 13:4 39:9
    39:10 64:24
    73:17
long-term
    45:25
longer 88:5
look 51:19 77:13
looked 66:24
looking 48:6
    49:9 92:13
loss 52:2 67:8
    92:9,18,18,19
lost 33:7,23
lot 44:9 62:11
    77:8 82:2
Lou-Jean
    60:22 61:1,4
love 82:13
low 72:8,17
lower 52:3,15
    52:20 70:24
lowest 53:19
    58:13
loyalty 81:11

— M —

M-c-C-L-A-I-N
    43:24
ma'am 70:13
Mahomet 46:11
    66:10
maintain 11:23
    12:2,6
maintenance
    64:17 69:9,11
making 53:25
    54:8 81:18
male 42:18
man 31:2 42:19
manage 16:18

17:1
management
    18:11
manager 61:5,6
manual 78:22
    78:24
manuals 79:12
March 8:14 9:6
    9:18 15:7,10,11
    27:7 49:8 88:1
    97:3
Marked 3:7
marriage 13:6,11
married 12:25
    13:2,4,8
master's 24:9
    24:13,14,16
match 73:6
matched 72:25
material 14:3
    25:10
materially 52:5
Matt 43:20
matter 11:8
matters 4:13,14
    5:22
maximum 72:6
McClain 43:24
mean 6:13 14:12
    14:17 15:24
    16:9 17:1,12,20
    19:18 22:11
    25:25 27:1
    28:3 44:11
    51:25 55:13,15
    57:9 81:10
    87:9
meaning 70:17
means 26:24
    96:6
meant 17:3
measure 14:22
measurements
    14:25
mechanism
    73:17
medical 93:22

medication
    92:24 93:6
medications
    93:14
medicine 93:3
    93:11,12
medium 16:4
meet 89:12,14
meeting 73:4
    86:20 87:3
    89:5,16
meetings 81:23
Memorial 66:21
mention 56:25
    57:8 88:17
    92:15,22
mentioned
    52:11 60:16
    61:25 72:3
    74:16 85:1
    87:12,13,19
mentioning
    62:3
Michael 48:22
    48:24
microphone
    84:16
middle 68:1
Mike 32:10 40:5
    41:3,17 44:21
    44:25 45:5
    49:16,18
    53:25 54:7
    67:18 80:20
    81:24 82:1
Mike's 40:7
miles 38:18,21
    63:19
milligrams 93:1
million 16:7,15
    16:16,18,20,25
    17:2,2,5,5
    39:2 63:2,5,5
    65:16 69:4
    83:16 84:9,21
    84:24 85:8
million-and-a-...

56:19
mine 21:15
minute 50:16
    69:10
minutes 48:15
misapplication
    78:4
misassigned
    37:25
misconduct
    76:3,21 77:20
    78:8 80:12
misconducts
    74:22
mislabeled
    53:3
misnamed
    53:16
misstating 52:11
mistake 56:24
MO 97:21
moment 48:8
Monaretta
    22:17 23:10,16
    24:11 42:11
    47:22 80:13
    80:25
money 17:21
    16:15,16,25
    19:11 33:23
    35:9 37:8,9,15
    37:17 38:3,5
monitor 50:2
    64:7
month 87:23
months 7:18
    30:25 54:22
    62:21 66:1
Morgan 1:15
    96:1,19
morning 4:7
motoring 14:7
mouth 36:17,24
    86:23
move 4:19 8:15
    56:7 70:14
    74:12 80:3

82:18
multitude 16:19

## N

N 3:1
name 4:7 5:23
   22:6 76:7,8,10
   88:7,13 93:5
   93:19 98:2,3
   99:11
named 61:12
names 21:10
   32:5 41:19
narrative 55:22
   55:25 78:6
narratives 53:15
necessarily
   17:20 27:1
   78:12
necessary 99:9
need 5:11,14,15
   5:18 17:14 29:1
   34:14,16,19
   38:6 48:8
   94:19
needed 34:18
   34:24
negative 58:8,8
Neil 64:23
neither 89:15
never 18:3
   53:22 58:22
   59:1,2 79:15
   79:15 85:5
   89:2
new 68:20
   69:23
night 66:15
nightmares
   93:4
Nine 7:18
nod 5:9
non-merit 40:10
normal 93:22
notarized 97:19
notary 97:18
   99:23

note 83:22
notes 29:14
   48:7,8 49:14
   77:14 94:6
notice 82:6,8
November 27:7
   32:22 33:1
   34:7 90:11
number 11:12,19
   72:17,25 86:1
numbering
   50:25
numbers 73:5

## O

observed 80:14
October 31:13
   75:13 90:18
   93:3
odd 59:5
off-record
   50:19
office 4:8 34:22
   39:25 40:1
   60:4,7 73:16
   80:10,12 81:9
   81:15 90:1
   97:20
officer 39:25
   89:1
official 78:8,9
   78:15
officially 85:6
oftentimes
   62:10
oh 9:3 10:11
   12:21,24
   39:22 40:12
   50:9 55:12
   62:22 84:17
   92:4
OIG 90:8,24
okay 4:10,12 6:3
   6:16 7:3,8,13
   7:23 9:3,5,11
   9:20,24 10:1,11
   10:24 11:2,14

11:17,22 12:1,11
12:21 14:16
15:1,3,10,13,18
15:23 16:6,13
16:16 17:19
18:18 19:10
21:5,8,13,18
21:25 23:13,18
23:20,25
24:4 25:7,16
26:11,15,23
27:4,12 28:10
28:18 29:2,9
29:11,13,17
30:13 31:4,17
31:22 32:13,18
32:23,25
33:19,22 34:3
34:14,23 35:3
35:7,15,23
36:3 37:12,17
37:21,23 38:1
38:9,15,18
39:3 40:2,11
40:19,21 41:12
42:2,15,25
43:11,14 44:3,5
44:8,11,18,20
44:23 45:8,15
45:24 46:2,6
46:10 47:3,9
47:15,19,21,23
47:25 48:2,6
48:17 49:2,9
49:12,15,20
50:9 51:19
52:8,17 53:24
54:11,19 55:1,5
55:8,12,25
56:7,15 57:4,7
57:13,17 58:17
59:4,15,22,25
60:5,13,25
61:4,8,12,19
63:12,19,23
64:10,14,18
67:23 68:6,11

68:20 69:5,14
69:18,24 70:2
70:6,11 71:20
71:25 72:14
73:12,25 74:5
74:9 75:10
76:9,12 77:13
78:2,7 79:1,25
80:3,18,24
81:10 82:12
83:25 84:4,6
84:20 85:7,12
85:15,23 86:8
87:4,8,11,18
87:22 88:11,13
88:22,25
89:3 90:14,19
90:21 91:6,12
91:17,20 92:4
93:16,18 94:10
94:18 95:2
old 6:3 13:18
one-time 72:11
ongoing 67:25
   68:16
onwards 32:6
   35:1
open 33:1 59:18
   65:15 66:6,12
   66:22 67:6,14
   67:22
opened 58:22
   59:1,2
operating 10:20
   21:15
opinion 20:4
   63:16
opposed 25:12
oral 5:8
order 19:7,12,14
   19:15 34:17
   35:9 94:22
   94:23
ordered 79:2,4
ordering 94:20
orders 79:14
original 50:23

51:4 97:14
originally 50:23
ostracized 80:5
   80:7
OTTO 14:21
outside 31:9
overall 35:21
oversee 13:23
   14:11
overtime 56:20
   62:2,5,7,17,19
   62:23,25 71:5
   92:18

## P

p.m 62:9 66:13
   66:15,22 67:4
   67:5 95:4
PAB 69:11
pacer 51:2
page 3:2 97:14
   97:18,20 98:5
   98:9,13,17,21
paid 12:12,16
   34:6
paint 82:4
Pamela 1:14
   96:1,19
paper 49:14
   50:2
paragraph
   50:24 51:3,5
   51:5,6,8,10,16
   51:19,20 56:8
   70:15 91:22
   91:23 92:14
   92:22
parallel 22:2,4
Parker 75:5
   80:22 86:5
   90:20
part 18:22,23
   19:1 27:25
   38:19 71:22
   82:7 94:12
participate
   80:9,11

ALEX ROBERT KEDAS, PE 2/22/2022

participates
    60:24
particular
    23:22 62:1
    90:10 91:1
parties 96:14
partway 27:2
passing 23:1
patches 35:14
    35:22
patching 35:10
    35:12,16,19
    37:18 38:14
    46:14 63:11
    64:16 69:9,10
    69:15,16,17
pattern 51:23
    51:23
Pause 94:9
pave 62:12
pavement 33:13
    64:19 70:4,7,8
paving 18:19
    19:1,6,11 62:10
    65:15 66:6,12
    66:23 67:6,14
    67:22
pavings 33:1
pay 12:6 52:3
    72:13
paycheck 10:23
payment 14:1
PDF 94:25 95:1
PE 1:11 3:3 4:2
    5:25 23:1,17
    23:19 24:5
    29:20 47:1
    84:12 95:3
    96:3 97:12
    98:2 99:5,20
pedestrian 86:3
penalty 99:12
pension 9:23
    92:11,16,17
people 21:12,14
    26:6 29:19
    41:16,18,19

44:9 45:4,11
    57:10 67:1,1,2
    73:2 75:17
    77:16 86:15,21
    86:21,22,23
    87:6
percent 35:11,21
percentage
    72:13 74:7
perception
    58:8
perform 61:22
performance
    28:25 30:12
    53:9,13,17,19
    54:1,9,13,16,21
    55:14,17 57:12
    70:22 72:5,19
    72:21 73:1,10
    74:13 77:23
    79:10
performances
    52:13
performed
    72:25
period 55:16,17
    59:9
perjury 99:12
permanently
    22:12,13
permitted 79:21
persisted 82:11
personal 26:19
    40:6
personnel 61:6
    78:22
pertaining 1:13
Pesotum 38:16
    69:4
phonetic 22:17
photo 12:19
photograph
    12:16,18,20
photography
    12:22
PI 30:20 32:1
pick 15:20

piece 49:14
place 73:18
Plaintiff 1:4 2:5
plan 71:8 85:20
plans 14:24
play 82:2
played 81:25
please 5:23
    39:21 83:11
    97:11,15,19
point 5:11 9:8,11
    9:20 15:9
    48:15 51:20
    53:24 56:8
    62:1 70:15
    71:4,5 74:13,17
    77:15 80:4
    82:19,24 83:11
    85:17 87:22
    87:24 88:8
points 19:23
    51:4,11 82:22
police 40:15
policy 78:4
    79:12
policy's 78:22
politics 80:10,12
    81:7,8,9,15
position 7:13,17
    7:19,21,23 8:1
    8:6,8,9,25 9:7
    13:22 15:19
    26:11 28:20
    41:25 42:4,8
    42:20,25
    43:9,15,21
    44:3 49:18
    59:1,7,12,18
    61:13 75:6
    76:13
positions 8:15
    8:16 57:25
    58:15
power 81:14
practice 88:15
Prazosin 93:7
    93:20

Pre-construct...
    68:9
pre-disciplinary
    74:20
preferences
    31:14,15
preliminary 4:13
    5:22
prescribed
    93:18
prescriptions
    93:25
pressure 93:11
prevented 40:7
previous 60:20
    61:16
previously 6:7
    83:1
price 35:18
primarily 11:2
    13:24
primary 14:19
print 50:13
printed 50:6,7
    50:12
prior 4:18 25:20
    52:8 69:14,18
    70:2 80:1
    82:9
prioritizing
    81:14
private 10:15
pro 81:11
probably 50:17
    62:22 83:6,7
probation 65:15
    67:10,17
problems 53:7
    53:12 55:20
procedure 1:12
    58:24 62:20
proceed 51:17
proceedings
    96:11
process 71:21
    72:1
profession 47:1

professional
    6:2 11:22
    25:18 47:4
    57:6,9 63:14
    92:10
professionally
    47:6
program 23:24
    63:5 70:25
project 10:25
    14:12 16:3,4,12
    16:19 17:6,11,15
    18:4,5,14,15,19
    26:9,16 31:1
    32:7,19 34:10
    34:15 38:9,13
    38:13,23,25
    40:9 41:1 46:1
    46:13,16,19
    54:23 56:17
    63:4,10,20
    64:13,20,21
    65:10 68:1,3
    69:3 71:4
    82:20 83:15
    83:17 84:11
    87:14
projects 11:3
    15:22,23,25
    16:5,18,20 17:1
    17:2,17 18:2,7
    18:12 20:3
    23:23 25:6
    26:3,21 27:6,7
    30:15,20 31:12
    32:17 39:7
    40:8 45:18
    63:1 64:1,2,12
    64:15 65:13
    67:25 68:10
    68:15,20,23
    69:3
promote 8:17
promoted 9:4
promotions
    56:22 57:15
    57:17

ALEX ROBERT KEDAS, PE   2/22/2022

proprietor 11:10
Prospect 86:2
protected 53:4
    53:6,6 56:2,3
    71:9
provided 55:22
psychiatric
    57:23 58:4
    60:16 61:17,20
psychiatrist
    94:4
PTSD 93:4
public 14:7
    66:19 97:18
    99:23
pursuant 1:12
pursuing 47:4
put 5:18 32:5
    50:1

---

**Q**

Q-U-I-R-O-Z
    42:17
qualifications
    44:14 58:22
qualified 9:23
    28:6,13 44:16
    46:23 47:10
    63:7,8,17 65:1
    83:13 84:2
qualify 9:15
    25:5
quality 13:24
    57:21
quantities 35:12
question 5:1,3,4
    18:10 19:5
    20:9,10,18
    21:17 36:6,19
    36:25 37:1,6
    39:9,10 79:8
    79:17 81:4
    82:15 85:16
Questioning
    89:19
questions 5:19
    17:10 50:3,25

79:20 94:7,11
    94:13,13,16
Quid 81:11
quiet 84:16
Quiroz 42:16
quite 4:18
quo 81:11

---

**R**

R-O-B-E-R-T 6:1
raise 74:7
raises 74:10
Ramirez 90:5
    91:9
Ramirez's 91:19
range 16:11,15
rated 72:7,9
rating 72:6,6
RE's 30:23
    86:19
read 37:1,3
    83:22 91:24
    92:5,6 97:15
    98:6,10,14,18
    98:22 99:6
reading 56:13
reads 70:16
ready 5:17
    49:24 51:17,18
really 11:12 16:3
    17:11,12 27:3
    31:2 39:10
reason 5:14
    19:11 23:22
    48:6 58:20
    88:2 98:7,11
    98:15,19,23
reasoning 85:4
recall 6:19 7:23
    8:1,8 15:4,23
    18:18 19:5,10
    26:5 29:14
    32:21 34:8
    36:8,13 37:6
    37:17 38:9
    39:3,12,13,17
    40:3 45:4

46:10 49:5,17
    54:11,12,15,19
    55:22 57:15
    59:18 60:17
    61:16,19 62:3
    63:19 64:2
    68:23 69:24
    73:20 88:20
    89:24 90:8,12
    90:13,15,16
    91:9,14 93:5
    93:13
receive 9:23
    31:23 46:4
    54:22 71:1
    72:14,15
received 53:20
    53:22 54:23
    55:2 58:12,13
    70:22,23 71:2
    72:1 74:19
    85:12 86:16
recognize
    19:25
reconstruction
    83:15 84:9
record 37:2,3
    50:18,20,21
    96:10
recorded 96:5
records 78:15
reduced 56:17
    56:20 57:5,5
    62:25 71:4,5,6
    71:6 82:21
    87:15 96:6
reduction 52:4
    57:10 62:2
    66:17
reference 5:17
    5:19 50:3
    53:10
referenced
    52:22 53:14
    85:24
referencing
    46:8 49:10

51:1,6
reflection 57:12
    58:5
refusal 52:25
refused 79:15
    79:15
Refusing 79:2
regard 48:23
    89:7 91:3
regarding
    28:22 30:2
regardless
    81:12
regards 90:25
regional 32:16
    67:21
regularly 59:6
relate 33:9
    60:19
related 19:13
    33:13 61:17
    77:23
relates 61:25
relations 78:24
    79:22
relationship
    40:6 41:5,17
    44:21
relative 96:13
relevant 23:4
relocations 14:5
remember
    37:19 38:24
    39:1 45:25
    68:10 69:2,3
    69:6,8,12
    77:11,15 90:11
    91:5
reminders 4:19
remote 4:21 5:7
remotely 2:1
    4:22
removing
    84:22
render 99:9
repellant 80:14
rephrase 16:22

79:7
replacing 84:23
report 75:19,23
    75:24
reported 75:13
    77:1
reporter 1:15
    4:23 5:10,24
    36:23 37:1
    94:19,20 95:2
    96:2
reporting 53:4
    53:7,11 55:20
    56:2,3 76:1
    86:5
reports 30:14
    53:6,11 78:10
    78:10,13,14
represent 4:9
reprimand
    85:25
reprimands
    52:2 71:3
    74:19
reputation 57:1
    92:10
request 31:3
requested
    32:19 34:9
    67:15
required 66:16
requires 62:15
reserve 94:17
resident 7:20
    8:3,10,19,20
    8:21,22 9:7
    13:20 20:7,8
    21:22 22:1,21
    24:21,23,24
    28:7,13,20
    30:5,5,24
    41:22 42:12,14
    42:21 43:5,10
    43:18,22 46:1
    46:23 47:10,11
    47:16 73:3,14
    75:7 83:14

ALEX ROBERT KEDAS, PE  2/22/2022

84:13,13
residents 30:22
resources 61:5
responded
88:24 89:2
response 77:19
77:21
responsibilities
13:22 15:19
52:4 56:10,12
56:15 57:11
62:2
responsibility
30:11
responsive
82:14
rest 56:21 74:8
restroom 48:11
result 53:8
91:24 92:7
resulted 53:7
56:10
resume 56:23
resurfacing
38:14 46:14
63:11 64:20
64:22 65:23
69:16
retaliation
51:23,24 56:9
86:4 87:15
retaliatory
57:23 91:25
92:8
retire 9:17
retired 9:9,20
56:24 67:21
retirement 9:16
21:20
return 97:19
review 48:9
51:16
reward 81:12
87:7
right 7:7 8:24
13:9,10 15:14
20:17 44:7,21

45:10 48:12,18
49:23 64:25
68:1 70:6
73:11 77:18
82:16 93:21
93:24 94:5
rights 90:4,4
91:8
rigid 87:5
road 33:1 38:15
65:15 66:6,12
66:14,22,23
67:6,14,22
roadway 66:16
Robert 1:11 3:3
4:2 5:25 95:3
96:3 97:12
98:2 99:5,20
Roberts 88:14
93:19 94:3
Robinson 32:10
43:14 58:11
61:13 76:16
room 67:11
roughly 35:11
72:10
Route 68:4
routes 64:9
RT's 30:23
rule 35:10,19
36:1
rules 1:12 66:8
81:13,16,16,17
Rutan 58:23

───────
S
───────

S 1:14 3:6 96:1
96:19
safety 14:7 53:7
53:11 55:20
56:5 66:18,19
81:15
salary 74:2,7
sanctioned
56:4
saying 18:25
27:24 28:10

33:22 35:16
35:18 38:3
40:22 45:2
47:3 60:25
69:20 76:3
85:7
says 17:4 51:12
56:9 74:13
79:22,23 80:4
81:22 82:19
scenario 83:5
school 7:1 66:10
science 7:10
24:8,11,12
25:10
scope 19:20
scrutiny 70:25
74:14 77:24
77:25
season 26:22
27:1,2,5 31:9
63:3 68:21
second 2:8
51:15 73:2
76:19,19 77:13
secret 65:14
67:10,17
see 17:9 27:9
36:3,23 37:14
50:17 51:8
56:13 59:25
91:25 94:10
seek 34:16
seeking 36:10
segment 64:22
self-employed
10:6
sending 57:22
senior 8:10,20
9:7 13:20 20:7
20:8 21:22
28:20 30:5
30:23 66:10
83:13 84:13
seniority 82:20
87:14
sense 38:23

sent 39:23,24
40:22 58:4
88:17 89:8,9
separate 69:17
78:3
separated 9:14
9:22
service 9:22
Services 97:1
97:24
set 18:20,23
sets 81:16
Seventh 2:3
97:6
shake 5:10
SHEET 98:1
sheets 97:14,17
97:19
shift 73:22
shifted 55:4,10
Shorthand 1:15
96:1
shot 58:15
show 75:25
76:23
shy 49:11
sick 76:22
sign 71:8 97:17
signal 69:7
signaling 64:3
signals 64:8
signature 94:17
97:14,17,20
98:25
silo 34:1
Simon 91:18
simple 18:3
65:8,9,9
simpler 27:6
simplification
40:14
Sincerely 97:22
site 19:25
sitting 36:22
situation 71:12
71:15
situations 32:14

six 51:3,11 54:22
62:21 84:11
size 16:4 95:1
skill 23:6 25:3
57:11
skills 8:22,23
slip 62:21
small 25:6 63:1
64:1,22
smaller 56:18
Smith 15:8,13,15
30:17 31:20
31:24 32:3,12
34:25 52:18
57:20 58:9
59:11 60:11
71:16 72:20
72:22,25 75:1
76:18 78:18
80:20
snack 48:11
sole 11:10
somebody 27:3
someplace
27:2
soon 76:23
sophisticated
11:6
sorry 7:4 9:13
16:21 18:10,17
20:18,20 21:17
29:12 36:17
38:19 39:9,20
49:7 54:7
57:5 59:10
60:7 67:9
68:13 69:20
76:5 78:11
79:7,13 84:20
86:9,11
sort 14:6 17:7
18:20 28:17
65:6
South 2:3,8
97:6
speak 4:22
23:6 60:18

ALEX ROBERT KEDAS, PE  2/22/2022

speaking 34:25
specialist 26:14
specific 17:14
    45:4 46:7
    90:13
specifically
    29:3,24 33:2
    33:5 54:14
    56:20 68:15
    79:21,23 91:11
specification
    33:7
specifications
    14:1
specs 33:11,13
spell 5:24 43:7
    76:7
spelled 76:8
spending 18:9
    18:13
spring 7:22
Springfield 2:4
    2:9 68:5 97:6
St 63:6,21
    65:24
staff 26:2,5,20
    30:12 31:14
stakes 14:23
stand 8:4 39:19
    39:20,21
standards 14:2
    14:3
standing 57:6,9
start 5:1 57:8
    93:8
started 76:1
    83:16,18 93:2
state 1:16 5:23
    9:22 11:9 21:6
    21:9 22:24
    24:22 50:21
    64:9 96:2
    99:1
stated 50:22
statement 41:8
    41:12 87:5,10
States 1:1,13

status 82:20
    87:14
stay 35:20
    62:24 80:15
    80:16,17
stenographic...
    96:5
Steve 42:3
    43:12 71:18
    81:2
stomach 93:11
stop 36:15
storage 33:25
    34:5
Street 2:3,8
    64:23 97:6,21
strictly 29:18
strike 36:7
structure 11:15
stuff 93:23
subjected 74:14
submit 31:13
    60:1,3 85:18
    87:18
submitted 61:8
submitting
    60:10,14
subordinates
    21:16 73:2
subscribe 99:11
Subsequent
    51:12
substance 99:8
substantially
    65:23
substantive
    4:14
sued 66:8
suffered 91:24
    92:7,25
suit 66:5
summer 7:2
summers 6:21
    7:6
summoned
    89:16
superiors 21:16

supervise 16:17
    25:6
supervised
    58:12 86:19
supervising
    49:19 59:11
supervisor 15:4
    15:6,8,16
    34:20,21 36:11
    38:3 49:2,21
    51:22 54:4
    75:8 76:14,15
    76:16,17,18,19
    86:5
supervisors
    30:25 39:5
    70:17,18,21
    77:21 80:5,7
    86:13 89:6
support 87:13
supportive 26:2
    26:4
supports 74:17
    83:10
supposed
    66:22 75:24
supposedly
    85:25
sure 4:17,25 5:1
    16:22 36:19
    39:22 44:6
    54:17 59:3
    60:21,21
    66:24 72:17
    72:24 73:24
    76:11 79:9
    81:18,21 86:13
    92:6
surveillance
    64:3,11 69:19
    69:21
survey 14:16
surveying 14:4
    14:8,19,25,25
    25:11
surveyor 14:9,11
    14:13,14 15:1

swing 48:21
sworn 4:1,4
    96:4

―――――――――
            T
―――――――――
T 3:6
tailor 73:5
take 5:13 9:15
    12:1 18:16
    31:10 36:19,21
    48:9,15 50:16
    51:15 77:8
    82:2 84:25
    93:3
taken 1:12,14
    56:15 63:15
    68:11,17 97:12
    98:4
takes 62:11,14
talk 30:21 32:15
    44:11
talked 41:16
    44:10 73:13
    75:16
talking 30:1 51:9
    68:13 84:15,17
    86:1
task 79:2,3,3
tasks 79:14
Taylor 2:7 4:7
    50:5
taylor.traynoff...
    2:10
technician
    24:21,23,24
    25:21 28:7,13
    42:1,5 43:1
    44:4 45:7,20
    46:1,3 81:22
technicians
    47:12 86:18
technology 25:1
    25:7 69:23
Ted 43:6 47:24
tell 14:22,23
    21:10 30:24
    32:3,16 86:23

86:25 91:13
temporarily
    45:21
temporary 31:6
    31:8
Ten 63:22
term 17:13
terms 40:14
testified 4:4
    20:2 57:13
    89:9
testify 96:4
testimony 28:14
    55:23 60:17
    61:16 88:20
    94:14 96:10
thank 48:17
    94:11
thanks 29:25
    88:10
theodolite
    14:20
thereon 99:10
thing 14:6 18:20
    37:13 38:5
things 19:23
    23:23 28:9
    48:9 57:4,8
    74:24 83:2
think 5:21 18:6
    24:10,11 36:16
    36:23,25 37:7
    37:20 38:6,16
    38:21 42:22
    44:6 47:10
    48:14 50:13
    54:4 58:14
    70:3 73:21
    80:23 81:6
    83:6 85:16
    87:17 88:19
thinking 50:6
third 70:14
Thirty-two 6:18
    20:5
thought 10:12
    28:15,16 58:5

58:7 77:9 78:3
threatened 71:6
three 6:21 13:17 31:7,14,15 35:11,21 67:1
thumb 35:10,19 36:1
thunderstorm 33:6,14,15
tier 73:2 76:19
time 9:6,8 10:14 10:24 12:13 15:5 16:1 17:16 17:17,23 18:3 19:5 21:19 22:18,18 27:16 28:9,11 35:13 36:4,6,8 37:7 49:3,18,21 53:24 54:8 55:13 59:9 62:24 63:25 67:23,25 68:1 68:7,12,16 71:1 71:24 74:1,11 74:21 75:25 76:1 77:8 85:13 87:17 91:19 94:12,15
times 26:17 32:22,24 34:8 45:21 65:7
timing 58:25
Timothy 88:14 93:19 94:2
titles 32:5
today 94:7,12
told 33:16,16 67:10,18 73:5 84:8 85:14,18 86:9,21
top 16:7,9,14,24
total 63:2 68:24
touched 82:22 83:10

town 64:9
toxic 88:4
traffic 14:6 64:3 64:7,8,11 65:17 66:17,25 67:3 69:6,7,20,22
training 6:23
transcribing 4:24
transcript 94:21 96:9 97:16
Transcription 96:7
transit 14:20 34:2
Transportation 1:6 4:9 6:8,12 6:14,17 7:15 9:9 28:24 97:8 98:3
Traynoff 2:7 3:4 4:6,8 37:4 48:6,14,18,20 50:9,17,20 51:7 82:17 83:4 94:5,18 94:22
treated 45:12
treatment 39:7 39:14
tried 33:5
trouble 77:10
truck 34:2
true 65:14 73:9 96:9 99:9,13
truth 96:4
try 16:22,23 35:20,20 62:24 64:8
trying 14:17
turn 31:15,19
turned 23:23
Twenty 13:19
Twenty-four 8:14
two 14:19,24 28:15 50:11

58:15 64:12 65:25 66:3,10 67:1,2 81:16
two-year 25:1 25:15
typewritten 96:6
typically 15:25 17:5 25:17 35:16 55:9 62:17 94:22

___ U ___
ultimately 92:19
uncomfortable 36:18
underneath 51:12
understand 6:12 13:7 14:17 18:17 40:21
understanding 78:19
unfair 39:5,14 52:12
unfamiliar 38:19
union 71:23
unit 40:23
United 1:1,13
University 7:11
unqualified 46:16,19
unsure 5:2,4
unwarranted 74:14 77:23 77:25
upset 93:12
Urbana 63:6,20
use 14:20 34:6 48:10
Usually 59:23
utility 14:5

___ V ___
v 97:8 98:3
vacant 59:7
vacation 81:20

value 16:12 18:14 92:11,15 92:16
varies 19:2 26:6
various 44:10 45:2
verbal 5:8
verbatim 41:8 41:13
version 92:2 94:23,25,25
VI 59:6 85:2
video 64:6,11 69:19,21
violation 66:18
volume 17:16
vote 73:4
vs- 1:5

___ W ___
wage 92:19
wages 92:9
Waheed 94:1
Wait 69:9
walkway 86:3
want 4:19 20:21 21:18 30:22 31:12 32:17 33:4,10 36:15 36:19,21 48:10 50:3,15,21 51:15 56:7 57:4,7 59:9 67:6,16 71:22 74:12 80:3 82:18,23 83:2 83:5,7 94:11
wanted 31:7 32:17 48:21
wants 11:7
wasn't 28:4 74:2,6 77:9
waste 90:23
way 23:9 28:2 28:4 35:24 45:16 62:15 63:7 72:12

73:23,23 74:4 79:18,19
we've 50:14
weeks 59:23
welfare 88:6
well-known 75:17
went 82:4,21
West 22:7 23:10,12 24:1 29:7 43:3 47:20 76:17
whatsoever 11:16 47:8
Whistle-Blower 56:3
whistle-blowi... 71:10 85:22
winter 7:12 27:10 31:5,8
withheld 85:1
witness 3:2 4:1 4:3 82:16 97:15 98:2,25
women 24:7 29:19
word 35:3 86:23
words 4:24 22:9 46:2
work 4:8 6:25 10:3,4 11:8 12:11,12 16:8,14 17:5,6,17 19:20 20:6,11 20:11,13 21:18 23:9,16 25:12 25:13 26:4,15 26:17,21 27:15 29:7,20 30:16 33:4,10 38:12 38:13 46:12 56:19 57:21 62:7,8,11,14,15 62:18,22 63:10 65:6,7,9 65:21 66:11,15

ALEX ROBERT KEDAS, PE  2/22/2022

67:7,15 69:14
75:12 76:24
77:5,22 86:7
88:5 92:21
**worked** 6:21 7:5
9:18 10:1,3
15:21 20:22
21:11 22:2,2,4
22:8,9 25:24
26:1,12 29:10
29:15 45:22
48:25 66:12
67:11 71:23
**workers** 30:3
**working** 4:21
27:20 29:5
67:3 68:7
70:16,20
**workplace** 88:4
**works** 24:21
**worse** 53:23
**worst** 70:22
**worth** 16:18 17:1
17:2,20 18:19
33:8 56:19
68:24 77:9
**wouldn't** 17:16
31:19
**write** 27:17
30:10 49:14
**writing** 48:7
**written** 36:2
85:24
**wrong** 28:19
29:7 37:9,11
38:5 66:23
**wrongdoing**
71:7 85:19
87:19
**wrongful** 66:5
**wrote** 30:9 51:11

---
**X**
X 3:1,6

---
**Y**
**year** 6:19 8:11,13

15:24 26:19
28:15 34:12,13
40:8 55:3
65:18 68:13
68:25 69:7,11
73:23 77:11
81:22 83:16,18
83:19,23 84:11
91:13,14
**yearly** 12:6
**years** 6:18 8:14
13:5 20:5 21:11
25:4,5 27:8
35:24 46:21
46:24 49:6
55:6 71:1
72:19 73:19
73:20,23
75:12 76:16
81:25 82:7
84:11,25 85:3
86:7 89:24
92:20
**Young** 43:20

---
**Z**
**zone** 66:11

---
**0**
**084-001687**
96:19

---
**1**
**1.5** 63:2
**1:29** 95:4
**10** 25:4 48:15
67:1 68:4
**10-minute** 48:10
**10:00** 76:24
**10:06** 1:17
**100,000** 18:19
19:6
**11:45** 48:16
**12** 51:2
**13** 75:12 86:7
97:3
**14** 38:21

**14-year** 13:11
**15** 26:6 51:5,10
63:5
**16** 13:19 51:3,6,11
56:8 70:15
**1608** 97:20
**16th** 33:6 66:9
67:2,9
**18** 13:19 92:2
**18,000** 33:7
34:4 67:8
**18th** 66:12 67:5
**19-2113-CSB-...**
1:5
**1987** 7:4
**1988** 7:4
**1989** 7:4,12,12
**1990** 6:21 7:4,14
**1992** 7:22
**1998** 8:7,12
**1st** 89:16

---
**2**
**2** 17:5
**2,000** 72:9
**20** 99:15
**20,000** 35:6
36:5,10
**200** 83:16 84:9
84:21,24 85:8
**2001** 34:12
65:22 66:2,10
67:8
**2002** 34:13
66:4
**2006** 29:16
**2007** 29:16
91:18
**2008** 49:7,8
54:6,7
**2012** 33:1,6
34:7 67:9,13
**2014** 49:8 54:5
54:7 67:13,19
77:12 90:11
**2015** 70:9 93:3
**2016** 15:4,11

21:19 22:20
29:5 32:6
35:1 39:3,13
43:16,17 46:7
49:15 51:13,21
52:9 53:18,21
54:12,15,18
57:18 59:14,17
59:20,21
65:16 67:24
68:8,15,17
69:14,18 70:2
80:1 82:9,11,11
87:15 88:18
89:20 90:16
**2017** 37:7 65:17
68:21 69:1
70:1 73:21
**2018** 22:25
54:4 56:19
63:3 73:21
91:16 93:9,15
**2019** 73:21
75:13 90:18
91:16 93:15
**2020** 73:22
88:1 90:22
91:16
**2021** 8:14 9:6,19
11:1 15:16
21:20 83:21
85:10 88:1
91:16
**2022** 1:16 83:24
97:3,12 98:4
**2024** 56:24
**2025** 56:24
**21** 91:23
**217** 2:4,9
**22** 1:16 91:22
92:14 97:12
98:4
**25** 16:7,15,16,18
16:20,25 17:1
17:2,5
**250** 62:22
**25th** 66:2 67:2

**26** 51:13 54:15
**28** 63:5

---
**3**
**3:00** 66:13,22
67:4
**3:30** 66:20
**30** 93:1 97:20
**30th** 55:7,9,11
**31st** 8:14 9:18
**32** 21:11 35:24

---
**4**
**4** 3:4
**4,000** 72:11
**40** 62:16
**425** 2:3 97:6
**44** 72:7
**48** 72:7,9

---
**5**
**5** 59:8 61:7
89:2
**5:30** 66:11
**50** 72:6,10
**500** 2:8
**522-3445** 2:4
**557-7081** 2:9

---
**6**
**6:00** 62:9
**62701** 2:4,9
97:6
**64108** 97:21
**65** 12:16

---
**7**
**7:00** 62:9
75:25
**70,000** 37:20
**70A17** 38:11
**70B72** 64:4
**720,000** 90:24

---
**8**
**8** 39:2 65:16
69:4
**8:00** 62:9

---
ALARIS LITIGATION SERVICES

**EXHIBIT 1**

ALEX ROBERT KEDAS, PE  2/22/2022

| 9 | | | | |
|---|---|---|---|---|
| **9:00** 66:15 67:5 | | | | |