```
1              IN THE UNITED STATES DISTRICT COURT

           FOR THE CENTRAL DISTRICT OF ILLINOIS

2                    URBANA DIVISION

3

4     ALEX KEDAS,                    )
                                     )
5             Plaintiff,             )
                                     )
6              -v-                   )No. 19-cv-2113
                                     )
7     ILLINOIS DEPARTMENT OF         )
      TRANSPORTATION.                )
8                                    )
              Defendant.             )
9

10

11             DEPOSITION OF JASON SMITH

                  February 17, 2022

12                   10:00 a.m.

13

14            Called as a witness by the Plaintiff

15    herein, through subpoena, pertaining to the taking

16    of depositions for the purpose of discovery before

17    PAMELA C. TAYLOR, CSR/RPR, License No. 084-001184, a

18    Notary Public qualified and commissioned for the

19    State of Illinois, taken via Zoom conference.

20

21

22

23

24

                                          Page 1
```

```
 1      APPEARANCES:

 2

 3              BAKER, BAKER & KRAJEWSKI,
                BY:  MR. JOHN A. BAKER,
 4              415 S. Seventh Street
                Springfield, Illinois, 62701
 5              (217)522-3445
                jab@bbbklegal.com
 6              Appeared on behalf of the Plaintiff,

 7

 8              ILLINOIS ATTORNEY GENERAL,
                MR. KWAME RAOUL,
 9              BY:  MS. TAYLOR TRAYNOFF,
                Assistant Attorney General
10              500 S. 2nd Street
                Springfield, Illinois 62704
11              (217)782-1090
                taylor.traynoff@ilag.gov
12              Appeared on behalf of the Defendant.

13

14

15

16

17

18

19

20

21

22

23

24
```

Atkinson-Baker, A Veritext Company
(818) 551-7300                    www.veritext.com

**EXHIBIT 2**

```
1                    I N D E X

2

3       WITNESS:                    EXAMINATION

4       JASON SMITH

5

6       Mr. Baker                              4

7       Ms. Traynoff                          83

8

9                       EXHIBITS

10      None

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

Page 3

**EXHIBIT 2**

```
1              MR. BAKER:  Miss court reporter, put that
2       on the record that Alex Kedas is here in the room
3       with me as well.
4              MS. TRAYNOFF:  Okay.
5                       JASON SMITH
6       having been first duly sworn, deposed and testified
7       as follows:
8                       EXAMINATION
9                          BY
10                    MR. BAKER:
11      Q.   All right.  Good morning, sir.  Will you
12      please state your full name?
13      A.   Jason Robert Smith.
14      Q.   Okay.  Mr. Smith, have you ever had your
15      deposition taken before?
16      A.   No, sir.
17      Q.   Okay, let me tell you a little bit about
18      what I'm going to be doing here today.  I am just
19      going to ask you a series of questions, and your
20      role, as the deponent, is to give me the answers to
21      those questions.  Sounds simple enough, but there
22      are some sort of things that we have to follow
23      because depositions are, are different than normal
24      conversational speech.
```

1          Oftentimes I'll ask a question, and

2     halfway through it, you'll know exactly what I'm

3     asking.  And instinct dictates us to kind of

4     interject and give our response.  Even if you know

5     what I'm going to ask, allow me to finish the

6     question before you do.  It's important because the

7     court reporter is here, and we're developing a

8     record of everything that was said.  Even though you

9     and I fully understand what is there, somebody else

10    looking at it down the road might not be able to

11    decipher it.  It's important that we do that.

12          And by the same token, if I interrupt you

13    at any point in time, if you're giving an answer and

14    I stop you, let me know.  I do that on occasion.  I

15    don't really mean to.  You have every right to fully

16    answer the question, and I want to insure that you

17    have every opportunity to do so, okay?

18         A.   Okay.

19         Q.   And when you're answering questions, you

20    need to try to answer audibly with words.  Again,

21    human nature is to shake a head, you know.  Again,

22    we communicate through a lot of different means,

23    nonverbal communication, but, in our depositions,

24    they have to be verbal.  So, if we can avoid the

Atkinson-Baker, A Veritext Company
(818) 551-7300                    www.veritext.com

1   shaking of the head, a shrug of the shoulders, or an

2   "un-huh," "un-un," those sorts of things.  Again,

3   it's -- we want to make sure that the record is

4   clear, and what we are saying is accurate.  So as

5   opposed to an "un-huh," a "yes," or "that's

6   correct," those are good answers that are clear to

7   the court reporter.  Okay?

8        A.   Yes.

9        Q.   Oftentimes I'll ask questions that don't

10   make a lot of sense and, so, if I do that and you

11   don't understand something that I have asked, it's

12   important that you let me know because it's

13   important that you and I are on the same page.

14        So, at any point in time you don't

15   understand a specific question, please let me know

16   so that I will rephrase that question for you.

17   Okay?

18        A.   Okay.

19        Q.   We need to be mindful of the fact that we

20   are all participating by Zoom today.  It's a

21   wonderful technology, but it's not perfect and

22   occasionally sometimes there's things lost in the

23   transmission.  Sometimes people drop out.  So, if,

24   that happens, we'll stop.  And again, that might

Atkinson-Baker, A Veritext Company
(818) 551-7300                    www.veritext.com

1      mean that you didn't get all of a question that I've

2      asked.  So, again, if you can't hear me because of

3      technological reasons, please let me know.  And our

4      court reporter, if she can't hear us, I know that

5      she will let us know.  And Miss Traynoff will do the

6      same as well if she can't hear something.  So,

7      that's one of the differences being video as opposed

8      to being in person.

9                  The final thing, I -- I don't know how

10     long this is going to take, but, it certainly is not

11     intended to be a marathon session.  And sometimes I

12     get talking and don't really pay attention to the

13     clock.  So, if you need to take a break at any point

14     in time, please let me know.  You do have every

15     right to take a break, whether it's to use the

16     restroom, or make a phone call, whatever that might

17     be.  Just let me know, and we will certainly do

18     that.

19                 If there's a question that's pending, I

20     might, I might ask you to answer that before we do,

21     but we will certainly arrange for a break, okay?

22            A.   Okay.

23            Q.   And one final thing.  If, if Miss Traynoff

24     says anything, if she makes a statement on the

Atkinson-Baker, A Veritext Company
(818) 551-7300                    www.veritext.com

1    record, let, let her finish talking and just stop

2    talking, and she'll make -- sometimes as lawyers we

3    have to create a record.  We have to say certain

4    things, and so if she does that, just let her, let

5    her do that.  She and I will work it out, and we'll

6    get back to you.  Okay?

7         A.    Okay.

8         Q.    All right, sir.

9               Are you currently employed?

10        A.    Yes.

11        Q.    And by whom are you currently employed?

12        A.    The Illinois Department of Transportation.

13        Q.    How long have you been employed by the

14   Department of Transportation?

15        A.    Twenty years and one month.

16        Q.    What is your current job title with IDOT?

17        A.    Supervising construction field engineer.

18        Q.    In some of the emails that I have reviewed

19   that you wrote on your signature block, it said,

20   "Supervising Construction Field Engineer, Project

21   Implementation, Construction, Region 3 District 5;"

22   would that be the same job that you hold now?

23        A.    Yes.

24        Q.    And I'll get back to that in a second.

Page  8

1          How long have you held that specific

2     position?

3          A.   I became acting in the position on

4     December of 2015 and became full-time January of

5     '17.

6          Q.   And when you took on that position in an

7     acting capacity in December of 2015, was there

8     somebody else who had held that position prior to

9     you?

10         A.   George Davis.

11         Q.   And do you know how long Mr. Davis held

12    that position?

13         A.   I do not.

14         Q.   Now, prior to 2015, if my math is correct,

15    you've been in that position a little over six years

16    either in acting or permanent capacity, is that

17    right?

18         A.   That's correct.

19         Q.   Prior to 2015, what was your job title

20    with the Department of Transportation?

21         A.   Resident engineer.

22         Q.   And did that have a number on it, like, a

23    1, 2, 3, 4, anything like that?

24         A.   The classification is a CE III.  Civil

**EXHIBIT 2**

1    Engineer III.

2         Q.    And how long did you hold the position as

3    Civil Engineer III?

4         A.    I would say approximately ten years.

5         Q.    And what were the responsibilities of a

6    Civil Engineer III position?

7         A.    Can you clarify that?

8         Q.    Yeah.  What were the job duties?  Just on

9    a day-to-day basis, what were the responsibilities

10   of a Civil Engineer III position?

11        A.    The Civil Engineer III can be a lot of

12   different things.  That's why I'm asking for

13   clarification.

14        Q.    Let me ask it this way; what were your

15   responsibilities during the period of time that you

16   were a Civil Engineer III?

17        A.    I ran construction projects in District 5.

18        Q.    And as the Civil Engineer III, what

19   position did you report to?  Not necessarily the

20   person, but who is your supervisor, the job title of

21   your supervisor?

22        A.    CE-IV, supervising construction field

23   engineer.

24        Q.    So, that would be the position that you

**EXHIBIT 2**

1    currently hold, is that accurate?

2         A.   That is correct.

3         Q.   So, for about ten years, you held the

4    position, and your boss was the position that you

5    currently hold?

6         A.   Correct.

7         Q.   And just briefly, prior to becoming a

8    Civil Engineer III, was all of your experience in

9    District 5?  By all experience, with IDOT?

10        A.   No.

11        Q.   Where else did you work prior to coming

12   to -- other than District 5 while employed by IDOT?

13        A.   I'm sorry.  I must have misunderstood the

14   question, then.

15        Q.   I probably didn't ask it very well.

16             You indicated that you worked for

17   approximately 20 years, I think 20 years and one

18   month for the Illinois Department of Transportation,

19   is that correct?

20        A.   Yes.

21        Q.   Throughout that entire time, have you

22   always been assigned to District 5?

23        A.   Yes.

24        Q.   Sir, what is your educational background?

**EXHIBIT 2**

1          A.    I have a Bachelor's in General Engineering

2     from the University of Illinois.  And a Master's in

3     Business Administration from Eastern Illinois

4     University.

5          Q.    Is the engineering degree necessary for

6     you to perform the job duties you currently hold as

7     the supervising construction field engineer?

8          A.    Yes.

9          Q.    What about for your -- the previous

10    position that you had, the Civil Engineer III

11    position.  Is an engineering degree necessary for

12    that?

13         A.    Yes.

14         Q.    And why was that?

15         A.    It was required as part of the job

16    description.  That was part of the requirements of

17    the job to hire on as a civil engineer trainee.

18         Q.    In a day-to-day respect to capacity, was

19    it necessary to have an engineering degree to do

20    those job duties?

21         A.    No.

22         Q.    Why not?

23         A.    Because there are also engineering

24    technicians that do those duties as well.

Atkinson-Baker, A Veritext Company
(818) 551-7300          www.veritext.com

1       Q.    What is an engineering technician?

2       A.    An engineering technician is someone who

3    hires on -- I mean, it can be construction or

4    program development, and they typically have a

5    lesser degree than an engineering degree.

6       Q.    Do they perform the same types of job

7    duties as the Civil Engineer III would perform?

8       A.    Somewhat.  That varies.

9       Q.    All right.  And I'll get back to that in a

10   little bit.  I'm kind of getting ahead of myself

11   here.

12            So, tell me, I see on a lot of these

13   documents Region 3 and District 5.  Can you explain

14   to me what those two are?  What -- is there a -- I

15   assume District 5 -- Region 3 is part of District 5,

16   is that correct or am I wrong?

17       A.    It's actually the other way around.

18   District 5 is a part of Region 3?

19       Q.    What is Region 3?

20       A.    Region 3 includes Districts 4 and 5, which

21   the District 4 Headquarters is in Peoria and the

22   District 5 Headquarters are in Paris, Illinois.

23       Q.    Now, so, Region 3 in total, how big is it?

24   How much of an area does it encompass?

Page 13

**EXHIBIT 2**

```
1            A.    I don't know that.

2            Q.    And, are your responsibilities limited to

3      District 5, or do you also have responsibilities in

4      District 4?

5            A.    Only in District 5.

6            Q.    How big is District 5?  I know you said

7      that it was headquartered in Paris.  I assume it

8      includes other counties in Illinois other than

9      Edgar?

10           A.    Yes, it does.

11           Q.    What other counties comprise District 5?

12           A.    McLean, DeWitt, Piatt, Champaign,

13     Vermilion, Edgar.  I believe that's it.

14           Q.    Now --

15           A.    Douglas.  I'm sorry.  Douglas, too.

16           Q.    Thank you.

17                 The -- what does, what is District 5?

18     What does it do for IDOT?  Does it comprise of a

19     number of different things?  Is it all engineering?

20     Can you explain to me what District 5 is?

21           A.    You're going have to clarify that

22     question.

23           Q.    Sure.  You know, you, you work -- let me

24     ask you this; is there like a person who in an
```

Atkinson-Baker, A Veritext Company
(818) 551-7300                    www.veritext.com

1       organizational chart would be at the top of

2       District 5?

3            A.   There is a Regional Engineer that is in

4       charge of both District 4 and District 5.

5            Q.   Okay.  So, in District 5, is all of the

6       work, engineering type of work, or are there other

7       types of work that is done now?

8            A.   There's other types of work.

9            Q.   Okay.  What other types of work is done in

10      the district?

11           A.   There's Operations Department that handles

12      snow removal and maintenance work that's not

13      engineering related.

14           Q.   Anything else in the district other than

15      the engineering type of work, the operations and the

16      maintenance?

17           A.   Not that I can recall.

18           Q.   Who is the current Regional Engineer for

19      District 4 and District 5?

20           A.   Kensil Garnett.

21           Q.   And has Mr. Garnett held that position

22      throughout the entire time that you've held your

23      current position?

24           A.   I believe so.  My current position?

Page 15

**EXHIBIT 2**

1       Q.   Yes, your current position.

2       A.   Yes.

3       Q.   Since -- we use the timeframe of

4   December 2015, I think, is when you started it.

5            So, throughout that period of time, Kensil

6   Garnett has been the regional engineer for District

7   4 and District 5?

8       A.   I believe so.

9       Q.   And position-wise, who is your immediate

10  supervisor?  Again, not necessarily name but title;

11  who would be your immediate supervisor?

12      A.   The Construction Engineer.

13      Q.   And does the Construction Engineer have

14  responsibilities over both District 4 and

15  District 5?

16      A.   No.

17      Q.   So, this would be the Construction

18  Engineer for District 5?

19      A.   Correct.

20      Q.   And currently who holds that position?

21      A.   It is actually vacant.  And Ken Craw --

22  Kenneth Crawford is actually the Construction

23  Engineer.

24      Q.   And do you know how long Mr. Crawford has

Atkinson-Baker, A Veritext Company
(818) 551-7300                    www.veritext.com

```
1    been acting in that position?
2         A.   I do not.
3         Q.   And has there been anyone else in that
4    position since you assumed your responsibilities in
5    2015 other than Mr. Crawford?
6         A.   No, sir.
7         Q.   And the Construction Engineer position
8    that is currently held in an acting capacity by
9    Mr. Crawford, does that individual report directly
10   to the Regional Engineer?
11        A.   No.
12        Q.   Who does the Construction Engineer report
13   to on an organizational chart?
14        A.   The Project Implementation Engineer.
15        Q.   Now, does the Project Implementation
16   Engineer, is that a District 5 position or combined
17   District 4, 5 position?
18        A.   Just District 5.
19        Q.   And who currently holds that position?
20        A.   Ken Crawford.
21        Q.   So, Mr. Crawford currently holds in an
22   accurate, full-time capacity, the Project
23   Implementation Engineer position, and he's in an
24   acting capacity handling the Construction Engineer
```

Atkinson-Baker, A Veritext Company
(818) 551-7300          www.veritext.com

**EXHIBIT 2**

1      position?

2            A.    Correct.

3            Q.    And has that been true since you came into

4      your current position in December of 2015?

5            A.    Yes.

6            Q.    In your current position, do you report

7      directly to the Project Implementation Engineer?

8            A.    To the person, yes.  I report to -- my

9      position would be to report to the Construction

10     Engineer who is also Ken Crawford, acting.

11           Q.    Okay.  All right.

12                 So, currently, if I were to look at a

13     table of organization, you would report directly to

14     Ken Crawford, is that accurate?

15           A.    Yes.

16           Q.    And currently, Mr. Crawford would report

17     directly to Kensil Garnett, is that correct?

18           A.    Yes.

19           Q.    Now, in your current capacity, do you have

20     any subordinate employees who work for you?

21           A.    Yes.

22           Q.    And do you have -- are there any other

23     individuals who would have a comparable position to

24     you in District 5?

Atkinson-Baker, A Veritext Company
(818) 551-7300                    www.veritext.com

1          A.    Yes.

2          Q.    And how many of those are there?

3          A.    There is currently one full-time and one

4    acting.

5          Q.    Who is the current -- and do they happen

6    to be the same job title or is it as a Supervising

7    Construction Field Engineer?

8          A.    Same job title, Supervising Construction

9    Engineer.

10         Q.    And currently who else holds that position

11   in a full-time capacity?

12         A.    Gregory Robinson.

13         Q.    And you said there's also an individual

14   there who is in a part-time capacity, is that

15   correct?

16         A.    There is a -- there is a third

17   Construction Field Engineer, Andrew Bergan, that is

18   off on medical leave.  And Ken Crawford is filling

19   that role.

20         Q.    And, so, when Mr. Bergan is there, is he a

21   full-time employee?

22         A.    Yes.

23         Q.    So, each of those three individuals, and

24   again, I understand that Mr. Bergan is not there

Atkinson-Baker, A Veritext Company
(818) 551-7300                    www.veritext.com

1    now, but assuming he were, all three of those

2    individuals, including yourself, would they all

3    report directly to Ken Crawford?

4         A.   Yes.

5         Q.   Okay.  And do you know, when you started

6    in your current position, did Gregory Robinson hold

7    that title at that time?

8         A.   No.

9         Q.   Who -- do you know who was Mr. Robinson's

10   predecessor in that position?

11        A.   Michael Carnahan.

12        Q.   And Andrew Bergan, was he in the position

13   or his position at the time you took on your -- your

14   current position going back to December of 2015?

15        A.   No.

16        Q.   Do you know who held that position?  Or

17   did anyone?

18        A.   Ken Crawford.

19        Q.   Now, in the position of Supervising

20   Construction Field Engineer, is there three of you

21   in the district, do each of you have a different

22   geographic area in the district that you handle or

23   is it more on a project-by-project basis that your

24   job responsibilities are assigned?

Atkinson-Baker, A Veritext Company
(818) 551-7300                    www.veritext.com

**EXHIBIT 2**

1       A.   Could you clarify that question, please?

2       Q.   Yeah.  What I'm trying to understand is,

3  since there's three of you that have the same job

4  title, who all report up the same chain of command,

5  do you -- as far as the way your work is delegated

6  or separated out, do you each have a different

7  geographical area that you handle?  Like, does

8  somebody take Champaign County and DeWitt County and

9  then somebody takes Piatt or Vermilion?  Or is it

10  more of a project-by-project basis that the work is

11  divided?

12       A.   The question is kind of -- or the answer

13  is kind of both.  We have rough geographic areas,

14  but, based on job dispersion throughout the

15  district, we will sometimes enter each other's

16  geographic areas to lighten the load for the other

17  person if there is a large amount of work in one

18  area.

19       Q.   I understand.  And is it fair to say, the

20  type of projects that your position and the district

21  overall handles, they can vary from -- to be huge

22  projects to some that aren't quite as big, is that a

23  fair statement?

24       A.   Yes.

Atkinson-Baker, A Veritext Company
(818) 551-7300        www.veritext.com

Jason Smith
February 17, 2022                                    **EXHIBIT 2**

```
 1            Q.   And I would assume supervision over some
 2      projects might take a lot more time and effort than
 3      supervision over other types of projects, is that
 4      also fair?
 5            A.   Yes.
 6            Q.   So, as the Supervising Construction Field
 7      Engineer, what are your responsibilities?  What are
 8      your day-to-day job duties?
 9            A.   Monitoring construction projects that are
10      active.  Supervising resident engineers.  Assigning
11      jobs.  Construction projects.  When I say "jobs," I
12      mean construction projects to those resident
13      engineers.  Public outreach.  And that's the gist of
14      it.
15            Q.   Now, just so that I have a better
16      understanding, when we were talking about
17      construction projects, what are the types of
18      projects you were talking about?  Are these all road
19      projects, I assume?
20            A.   Yes.
21            Q.   And can you just give me a couple of
22      different examples of the type of projects that the
23      district would be responsible for?
24            A.   We handle projects from the degrees of
```

Atkinson-Baker, A Veritext Company
(818) 551-7300                    www.veritext.com

EXHIBIT 2

Jason Smith
February 17, 2022

```
 1    what we call contract maintenance projects, which
 2    are patching reflectors, guardrail, that sort of
 3    thing.  Then resurfacing and reconstructing
 4    roadways, reconstructing or rehabilitating bridges.
 5    That's, that's a general way to cover it.
 6        Q.   As far as the -- you know, if I drive
 7    through Champaign, and I see that they're doing some
 8    work on the road, resurfacing, you know, lanes
 9    closed, and they're doing some resurfacing, is that
10    the type of project that District 5 would oversee?
11        A.   Yes.
12        Q.   Now --
13        A.   As long as it's on a state route.
14        Q.   What about on an interstate route?
15        A.   Yes, that as well.
16        Q.   So, if it's, if it's an interstate route
17    or a state highway, you would, you would oversee
18    that?  Or District 5 would be responsible for
19    overseeing that, in particular that area that you
20    handle?
21        A.   Yes.  It is possible that those closures
22    could be operations, but, in a whole, most of the
23    time that's a construction project.
24        Q.   Now, the construction projects --
```

Atkinson-Baker, A Veritext Company
(818) 551-7300                    www.veritext.com

1     typically the people who are performing the work,

2     are they employees or are they contractors or a mix

3     of both, how does that work?

4          A.   The people doing the work in construction

5     are contractors.

6          Q.   So, District 5 doesn't employ people to do

7     the actual construction work themselves, they

8     contract all of that out.  Is that accurate?

9          A.   You need to clarify the question.

10          Q.   Yeah, it wasn't very well stated.

11               For the work that's actually done in these

12     construction projects, you know, rebuilding the

13     bridge, resurfacing a road or patching a road,

14     something that -- not operational stuff, not

15     obviously not snow removal type of stuff, but for

16     these sorts of construction projects, are all of the

17     people who will work on those, that are out there on

18     the road doing the work, are they all contractors?

19          A.   The contractors do the work.

20          Q.   As far as the engineering work itself, the

21     design and engineering, is that done by contractors,

22     or is that done by individuals in the district?

23          A.   Again, I'd like for you to clarify the

24     question because it's not one or the other.

Atkinson-Baker, A Veritext Company
(818) 551-7300                    www.veritext.com

**EXHIBIT 2**

1      Q.    Okay.  Well, and that's, that's fair.  And

2    I might not be explaining it.  My knowledge is

3    pretty limited.  I go, I drive down the road, I see,

4    you know, an exit being worked on.  You know, that's

5    a ramp being built, and it's closed off, and I see

6    people working.  And I understand that there would

7    have to be some design and engineering work that

8    would go before the -- it would happen before the

9    construction.  And what I'm trying to do is, I'm

10   trying to get a sense of that work, the engineering

11   work, the design work.  Is that stuff done

12   internally by District 5 or internally by IDOT or is

13   that something done by engineer firms that are

14   contractors for IDOT?

15      A.    The engineering work -- the engineering

16   work is done by in-house engineers, engineering

17   technicians, and also consultants that are hired to

18   perform engineering work.

19      Q.    And consultants, would those be people who

20   are, like, contractors or who are hired as

21   contractors, or are they actually brought in and

22   work for the department for a period of time?

23      A.    They are not contractors.

24      Q.    So, does that mean they're employees of

**EXHIBIT 2**

1       the department?

2            A.    No.

3            Q.    What is there status if they work at the

4       department, if you know?

5            A.    They are typically hired by contract to

6       perform duties for a set period of time or for a set

7       construction project.  Hired from consulting firms

8       around the area.

9            Q.    As far as deciding what projects are going

10      to be done, I assume that, because there's a limited

11      budget, not everything that IDOT would like to do

12      would get done, and not everything District 5 would

13      like to do could get done.  Is that probably fair?

14           A.    I can't really speak to that.  I'm

15      involved in construction.

16           Q.    Okay, well, I know a little bit about how

17      state finances work.  I know a little bit about the

18      money that's used for road projects, and I know that

19      every governmental agency always wants a little bit

20      more.  And the public certainly wants more

21      construction projects, wants more things done, so.

22      But.

23                 Be that as it may, my, as far as the,

24      deciding what projects the Department of

Atkinson-Baker, A Veritext Company
(818) 551-7300                    www.veritext.com

1   Transportation and District 5 are going to do, do

2   you play any role in that?

3           A.   I do not.

4           Q.   So, would it be fair, then, to say that

5   you are given projects that are going to be done,

6   and you provide management and oversight over those

7   projects?

8           A.   Yes.

9           Q.   And those projects are given to you by

10  your chain of command, is that fair?

11          A.   I would say, no.

12          Q.   Who gives you the projects, then?

13          A.   They are developed by our Program

14  Development.

15          Q.   Is that inside the district or outside the

16  district?

17          A.   Inside the district.

18          Q.   And is there a person who has oversight

19  over Program Development?

20          A.   You'll have to clarify that.

21          Q.   Is there a person who's in charge of

22  Program Development?

23          A.   Scott Neihart, and his title would be

24  Program Development Engineer.

Page 27

1        Q.    And so, then, does Mr. Neihart give the

2    projects, assign the projects to you, or does he

3    give them to somebody else, and then they're

4    assigned to you?

5        A.    You'll have to clarify that.

6        Q.    Okay, you get, you get a list of projects

7    that you have oversight over at some point, is that

8    correct?

9        A.    Yes.

10        Q.    And you're assigned to oversee or provide

11    supervision over certain projects, correct?

12        A.    Yes.

13        Q.    Who makes those assignments to you?

14        A.    Those assignments are not necessarily --

15    it's a collaborative effort between the three

16    construction field engineers to decide and divvy up

17    the contracts that are available, not necessarily

18    assign any projects myself.

19        Q.    Okay.  So, you and your two colleagues

20    would hold the same job title that you do to sit

21    down with new projects that are out there and decide

22    who is going to have oversight for each one?

23        A.    Yes.

24        Q.    And how do the three of you know what

Atkinson-Baker, A Veritext Company
(818) 551-7300                    www.veritext.com

1    projects are going to be put into that pool to be

2    divvied up?  Is that something that's given to you

3    by Mr. Neihart, or is that something that's given to

4    you by somebody else?

5         A.   We hold meetings called program, program

6    monitoring meetings in which design tells us what

7    projects are coming down the pipeline in the future

8    and what they're working on, so, we are aware at

9    that point what projects are being developed.

10        We typically don't make any assignments at

11   that point because we don't know when they're going

12   to be let.  This is just a notification that they

13   exist, basically.

14        Q.   Okay, so at some point you're told, hey,

15   look, this is something that we got in the pipeline

16   that we're working on that will be coming up at some

17   point in time in the future?

18        A.   Yes.

19        Q.   And these program -- when you say program

20   monitoring meetings -- what do you call them, I

21   can't remember?

22        A.   Yes, program monitoring meetings.

23        Q.   Are these things that happen on a

24   scheduled basis, or is that every quarter, or just

Atkinson-Baker, A Veritext Company
(818) 551-7300                          www.veritext.com

1      things that periodically --

2             A.    Monthly.

3             Q.    And who attends these meetings?

4             A.    The Construction Field Engineers, the

5      Maintenance Field Engineers, the Bureau Chiefs, the

6      CE-IVs in program development, the programming

7      engineer runs the meeting and the Program

8      Development Engineer, these are just typical

9      attendees that's not consistent.

10            Q.    Now, you mentioned CE-IVs.  I assume

11     that's a construction engineer, Roman numeral five?

12            A.    Is it not.  It's a program counterpart,

13     programming.  Oh, I'm sorry.

14            Q.    No, no, go ahead.  I interrupted you.

15     Just go ahead.

16            A.    I don't recall their title at the moment.

17            Q.    Okay.  Do you know what the CE stands for?

18            A.    Civil engineer.

19            Q.    And the bureau chiefs, what -- what are

20     the different bureaus that would be involved in this

21     meeting?

22            A.    Project implementation, program

23     development, operations.

24            Q.    Do you work out of one of those bureaus?

Page  30

**EXHIBIT 2**

```
 1            A.    Project implementation.

 2            Q.    And who is the Bureau Chief of Projection

 3     Implementation?

 4            A.    Ken Crawford.

 5            Q.    And these monthly monitoring meetings, you

 6     would attend those as well?

 7            A.    Yes.

 8            Q.    Along with your two colleagues who have

 9     comparable job positions?

10            A.    Yes.

11            Q.    And you mentioned the Construction Field

12     Engineers.  What, what are those positions?  What

13     are they responsible for?

14            A.    That is my position.

15            Q.    So your title as a Supervising

16     Construction Field Engineer, is there also just a

17     regular Construction Field Engineer, or are they all

18     Construction Field Engineers?

19            A.    It's the same.

20            Q.    It's the same, okay.

21                  And what is a Maintenance Field Engineer?

22            A.    That is the field engineer, Civil Engineer

23     IV, and Operations.

24            Q.    Can you briefly describe what Operations
```

Atkinson-Baker, A Veritext Company
(818) 551-7300                    www.veritext.com

1    does?

2          A.    Maintenance on the roadways.

3          Q.    How does maintenance differ from a

4    construction project?

5          A.    Maintenance is what happens after a

6    construction.

7          Q.    So, like patching, is that maintenance or

8    is that construction?

9          A.    That is maintenance, but we are asked to

10   do that for Operations from time to time.

11         Q.    For people who do the maintenance work,

12   are they contractors, or are they employees of IDOT?

13         A.    You'll have to clarify further.

14         Q.    Well, with the maintenance projects for

15   the maintenance work that is done by District 5, you

16   know, like you indicated patching might be

17   something, sort of things that are done after the

18   construction projects, is that type of work, is that

19   done by IDOT employees, District 5 employees, or is

20   it done by private contractors that are hired by

21   IDOT to handle that type of work?

22         A.    You'll still have to clarify because I'm

23   unsure if you're speaking about operations work or

24   construction work.

Atkinson-Baker, A Veritext Company
(818) 551-7300                    www.veritext.com

Jason Smith
February 17, 2022

```
1           Q.   Well, I -- you said maintenance field
2     engineers was one of the titles that went there.
3     And in my understanding, and maybe I misunderstood,
4     is that Maintenance Field Engineers are done by
5     Operation or operations people.  Am I right or
6     wrong?
7           A.   Correct.
8           Q.   So, my question is, as far as it relates
9     to Operations, the maintenance work that is done by
10    Operations, are those individuals who do that work,
11    are they employed by the State through IDOT and
12    Mr. Neihart, or are they employed by a contractor
13    who is hired to do those projects?
14          A.   That work is done by maintainers that are
15    employed by IDOT.
16          Q.   And the maintenance work that you guys
17    do -- and I, when I say, "you do," I mean
18    construction field engineering work, the maintenance
19    type of work that operations sometimes asks you to
20    handle, is that handled by employees of IDOT or is
21    that handled by contractors?
22          A.   Those are placed on projects that are then
23    gone through the vetting process and done in
24    construction by contractors, like our typical
```

Atkinson-Baker, A Veritext Company
(818) 551-7300        www.veritext.com

1    contracting process.

2         Q.   Now, in total, approximately how many

3    people are subordinate to you?  I'm talking now, I'm

4    not asking about direct reports, but as far as total

5    reports, how many do you have in your position?

6         A.   That varies.

7         Q.   Okay.  Right now, approximately how many

8    do you have?

9         A.   I have five Resident Engineers and

10   approximately 14 second level.

11        Q.   So, currently you have approximately 19

12   people who are under your supervision, maybe not

13   direct report, but who would be under your overall

14   supervision?

15        A.   I have five people that are under direct

16   supervision.

17        Q.   And you said it fluctuates, so, is it the

18   highest, the lowest, the midpoint of what you

19   normally get?  What is the range of people who might

20   be working underneath of you?

21        A.   I believe the lowest I've ever had is 15

22   and the most, 20, approximately.  And that varies

23   often.

24        Q.   Now, you talked about a, a Resident

Page  34

1      Engineer, is that a direct report of yours, that job
2      title?
3           A.   Yes.
4           Q.   I think you said currently you have five
5      of them?
6           A.   Yes, I have four -- I'm sorry, I have
7      three Resident Engineers, one Senior Resident
8      Engineer, and one Resident Technician.
9           Q.   The -- what is a Senior Resident Engineer?
10          A.   It is a Resident Engineer that has applied
11     for a Resident Engineer position called Senior
12     Resident Engineer that is a job title or job
13     classification CE IV instead of a CE III.
14          Q.   So, it would be a higher payroll title?
15          A.   It is a CE IV.
16          Q.   Is that a higher payroll title than a
17     CE III, if you know?
18          A.   No.  I don't know.
19          Q.   Is the senior, I mean, it says in the
20     title, Senior Resident Engineer.  That, at least, to
21     me suggests that it's a higher level position of
22     what a Resident Engineer would be like, am I wrong
23     about that?
24          A.   You'll have to clarify.

Atkinson-Baker, A Veritext Company
(818) 551-7300                        www.veritext.com

1          Q.   Well, I mean, it just seems as though the

2     job title, Senior Resident, that seems as though it

3     would be a higher ranking job than a Resident

4     Engineer.  Am I wrong, or do they do the same types

5     of work?

6          A.   And it's a CE IV.  And a Resident Engineer

7     is typically a CE III.

8          Q.   So, what does that mean to you, the

9     difference between a CE IV and a CE III, what does

10    that mean?

11         A.   A classification.

12         Q.   Okay.  Does that mean that the CE IV has

13    more responsibilities or fewer responsibilities?

14    How does, how does the responsibilities differ?

15         A.   That varies based on district allotments

16    of work and various other things.

17         Q.   All right, well, you supervised both

18    Senior Resident Engineers or CE IVs, and you also

19    supervised Resident Engineers that were also CE

20    IIIs; so, in your role as a supervisor, how do you

21    view those titles as different?

22         A.   By their job descriptions and job, yes,

23    job descriptions, the Senior Resident Engineer

24    should have more experience.

                                          Page  36

**EXHIBIT 2**

1          Q.   Does a senior resident engineer get more
2    responsibilities?
3          A.   By their job title, they are required to
4    have $2 million worth of work and at least one
5    project.
6          Q.   All right, so going back to my question;
7    do they have more responsibilities than the CE IIIs
8    or the resident engineers?
9          A.   You'll have to clarify the question.
10          Q.   Well, you're a supervisor.  In your view,
11    does a CE IV have more responsibilities than a CE
12    III?
13          A.   That depends on the assignment.
14          Q.   Well, according to the job descriptions,
15    does one have a higher level of functioning than the
16    other?
17          A.   I don't know.
18          Q.   Well, I assume you supervise both,
19    correct?
20          A.   Yes.
21          Q.   So, I would assume that you would be
22    familiar with the job descriptions of the people
23    that you directly supervise, is that correct?
24          A.   Yes.

**EXHIBIT 2**

1          Q.    And, so, based upon your knowledge and

2     familiarity with those job descriptions, does the

3     CE IV have more responsibilities than a CE III?

4          A.    That's based on -- that depends on the

5     assignments.

6          Q.    What do you mean "it depends on the

7     assignments"?

8          A.    If they are assigned more

9     responsibilities, than they will have more

10    responsibility.

11         Q.    So, in your view, then, is a CE III and a

12    CE IV interchangeable?

13         A.    No.

14         Q.    All right.  I mean, well, in your view,

15    can a CE III do everything that a CE IV does?

16         A.    I can't answer that.

17         Q.    Well, as a supervisor, can a CE III do

18    everything that a CE IV does?

19         A.    That's an oversimplification.

20         Q.    Explain how it's an oversimplification?

21         A.    Because, Resident Engineers all have

22    different skill sets and can do different things.

23    And so the -- just because there's a job title, that

24    doesn't necessarily mean that one resident can do

Atkinson-Baker, A Veritext Company
(818) 551-7300                    www.veritext.com

1    something better than the other or that should have

2    more responsibility than the other.

3         Q.    Does the job title suggest that one has

4    more responsibility than the other?

5         A.    The job title is acquired by more

6    experience.

7         Q.    And that's the sole criteria for it?

8         A.    I don't know.

9         Q.    Are the job descriptions of the two

10   positions identical?

11        A.    I don't know.

12        Q.    But you supervised both, and you said that

13   you're familiar with the job descriptions of both of

14   them, so, in your views are they identical,

15   interchangeable?

16        A.    I don't know.

17        Q.    What's your view on it?

18        A.    I don't have the job descriptions

19   memorized.

20        Q.    Well, but as part of your job, you're

21   responsible for understanding the responsibilities

22   of your subordinates, correct?

23        A.    Yes.

24        Q.    So, my question is; in your view as a

**EXHIBIT 2**

1    supervisor, are the jobs of Resident Engineer and

2    Senior Resident Engineer interchangeable?

3          A.    They both perform construction.  They

4    both -- they both perform the same duties of running

5    construction projects.

6          Q.    So then, yes, they are interchangeable

7    with one another?

8          A.    I can't answer that.

9          Q.    Well, you can answer it in your opinion as

10   a supervisor?

11         A.    I can't answer that.

12         Q.    Okay, well, are there things in your view

13   as a supervisor that a CE IV can do that a CE III

14   cannot do?

15         A.    I can't answer that.

16         Q.    You have no opinion on that one way or the

17   other?

18         A.    I can't answer it the way it's worded.

19         Q.    Why not?

20         A.    I need clarification.

21         Q.    Well, I mean, look, you supervise both a

22   CE III and a CE IV, correct?

23         A.    Yes.

24         Q.    And so you have an idea of what each of

Page 40

1    those positions -- what the job work that each those

2    positions does, correct?

3          A.   Yes.

4          Q.   So, as a supervisor, in your view are they

5    interchangeable, or is there something that only a

6    CE IV can do?  Is there something only a CE III can

7    do that a CE IV couldn't.  That's what I'm trying to

8    understand.  I am trying to understand your views as

9    a supervisor, what is the difference between a CE IV

10   and CE III?

11         A.   And I stated that the CE IV was supposed

12   to have more experience.

13         Q.   Anything else, as far as responsibilities,

14   there's nothing.  It's just merely a matter of

15   having more experience?

16         A.   I can't answer that.

17         Q.   Well, you can answer what your opinion is

18   on it.

19         A.   Is there a question?

20         Q.   Yes, what's your opinion on what the

21   difference is between a CE IV and CE III other than

22   experience?

23         A.   Their job descriptions say that they're

24   supposed to have a certain level of dollar amount of

1    projects and number of projects.

2         Q.   And which is supposed to have a higher

3    dollar amount, the CE IV or the CE III according to

4    the job descriptions?

5         A.   CE IV.

6         Q.   And as far as the amount of projects, who

7    was supposed to have the higher amount, the CE IV or

8    the CE III?

9         A.   That's based on district.

10        Q.   So, it's not in the job description?

11        A.   That's based on -- the current job

12   description says it's based on District Program.

13        Q.   All right.  Now, you also said that you,

14   another direct report is a Resident Technician?

15        A.   Yes.

16        Q.   What are the responsibilities of a

17   Resident Technician?

18        A.   To run construction projects.

19        Q.   Is that a higher level position or a lower

20   level position than the CE III?

21        A.   I don't know how to answer that.

22        Q.   Are the qualifications the same for the

23   two positions?

24        A.   I don't believe so.

Atkinson-Baker, A Veritext Company
(818) 551-7300                    www.veritext.com

**EXHIBIT 2**

1      Q.    What are the differences?

2      A.    I don't have the Engineering Technician,

3   Resident Technician job descriptions memorized.

4      Q.    All right.  As a supervisor, what do you

5   understand the differences to be between the

6   Resident Engineer and the Resident Technician?

7      A.    They both run construction projects.

8      Q.    So, are they interchangeable?

9      A.    Again, that's an oversimplification.

10  There's a lot of different things that go into what

11  each individual skill set of each person that skill

12  set goes into what they can and can't do.

13     Q.    Yes, but there's certain qualifications

14  and certain responsibilities in the job

15  descriptions, correct?

16     A.    I believe so.

17     Q.    I mean, every job description has certain

18  responsibilities and job duties that are identified

19  on it, right?

20     A.    Yes, and I say those are running

21  construction projects.

22     Q.    So, you're familiar with job descriptions

23  for -- that CMS creates for IDOT employees.  In

24  general, you're familiar with that concept, correct?

Page 43

**EXHIBIT 2**

```
 1            A.    Yes.
 2            Q.    And you have -- in your current position,
 3      you would have a CMS job description, correct?
 4            A.    Yes.
 5            Q.    And anybody who works for you, is a
 6      subordinate to you, they would also have a job
 7      description, correct?
 8            A.    Yes.
 9            Q.    And as a supervisor, your job
10      responsibilities include knowledge of the positions
11      that your subordinate people -- your subordinate
12      employees perform, correct?
13            A.    Yes.
14            Q.    So, you have some degree of familiarity
15      with the job descriptions for Senior Resident
16      Engineer, Resident Engineer, and Resident
17      Technician.  Is that correct?
18            A.    Yes.
19            Q.    So, based upon your knowledge, how does
20      the job description for the position of Resident
21      Technician differ from that as a position of
22      Resident Engineer?
23            A.    Can you repeat the question?
24            Q.    Sure, absolutely.
```

Atkinson-Baker, A Veritext Company
(818) 551-7300                    www.veritext.com

```
 1                    Again, based on your knowledge as a
 2      supervisor, based upon the fact that you understand
 3      and have knowledge of the job descriptions of your
 4      subordinates, how did the job responsibilities
 5      outlined by the job descriptions of a Resident
 6      Technician differ from those of the Resident
 7      Engineer?
 8           A.   I believe that they're all supposed to run
 9      construction projects.
10           Q.   Well, that's not a difference.  Are there
11      no differences that you're aware of?
12           A.   Not that I'm aware of.
13           Q.   So, for your knowledge as a supervisor,
14      the responsibilities of the Resident technician and
15      Resident Engineers are the same?
16           A.   Can you ask that again, please?
17           Q.   Sure.  Based upon your responsibilities as
18      a supervisor of both job classifications, you are
19      understanding of job responsibilities of the
20      Resident Engineer and the Resident Technician are
21      the same?
22           A.   I don't know.
23           Q.   You don't know what your understanding is?
24           A.   I don't have the job descriptions
```

Page 45

**EXHIBIT 2**

1    memorized.

2         Q.   I know you don't have the job descriptions

3    memorized, but I assume that you oversee both, you

4    do projects for both.  That's part of your job

5    duties.

6              So, in your view as a supervisor, based on

7    your knowledge of what their job duties are, and

8    again you have testified that you're familiar with

9    the job descriptions, how do they differ or are they

10   just interchangeable?  Are they the same?

11        A.   I do not have the job descriptions

12   memorized.

13        Q.   That's not an answer to my question.

14             How are they -- are the two positions

15   interchangeable, in your view?

16        A.   They all run construction projects.

17        Q.   That's not an answer to my question.

18             Are the two positions interchangeable?

19        A.   No, because the Resident Technician is not

20   an engineer and does not have the qualifications to

21   be a Resident Engineer as far as education.

22        Q.   Okay, as far as responsibilities, are the

23   two positions interchangeable?  Not qualifications

24   for the position but responsibilities of the

Page 46

Jason Smith
February 17, 2022

```
 1      position.  In your view as a supervisor, are they
 2      interchangeable?
 3           A.    They both run construction projects.
 4           Q.    Again, that doesn't answer my question.  I
 5      understand they both run construction projects.  The
 6      question is, are they interchangeable?
 7           A.    I don't know how to answer your question
 8      other than they're -- they both run construction
 9      projects.
10           Q.    Well, you can answer my question, I
11      suppose, three ways.  Yes, they're interchangeable;
12      no, they're not interchangeable, or based on your
13      question, I can't answer it?
14           A.    Based on your question, I can't answer it.
15           Q.    Why can't you answer it?
16           A.    Because I have already answered it the way
17      I feel that I -- and you're trying to get me to
18      answer it in a different way.  They both run
19      construction projects.
20           Q.    All right, so, they both run construction
21      projects.  They all can have -- that I understand.
22      You've made that clear.  But they do, they have
23      responsibilities that are outlined in their job
24      descriptions, and you know, those job
```

Page 47

**EXHIBIT 2**

1   responsibilities because you supervise in all those

2   qualifications, correct?

3        A.   Yes.

4        Q.   Okay, so based upon your knowledge, can

5   they both do all of the same things?

6        A.   They both can run construction projects,

7   which is the main accountability that we're dealing

8   with here.

9        Q.   No, we're not, we're dealing with the

10  overall responsibilities of both positions, and

11  you're the supervisor.  You've testified that you

12  know, but we keep going in circles.  All you keep

13  saying is they both run construction projects?

14       A.   I don't have -- I don't have the job

15  description memorized, and I will not speak to how

16  the job descriptions vary if I do not have the

17  knowledge or the memorization of the job

18  descriptions.

19       Q.   But you have an understanding as a

20  supervisor what they can and can't do, right?

21       A.   As I said before, that has to do with each

22  individual.  You're trying to generalize it into

23  classifications.

24       Q.   No, I'm not.  The State of Illinois has

February 17, 2022          **EXHIBIT 2**

1    job classifications for every single position.  It

2    has responsibilities.  They have qualifications, all

3    of these different things.  Job duties, all of those

4    are laid out in job descriptions.  I understand

5    that.  I understand what the job descriptions say.

6            My question, though, is very simple.  You

7    are a supervisor.  You assign projects.  You do job

8    evaluations on employees, so you know what their

9    responsibilities are.  I am just simply trying to

10   understand what is the difference between a Resident

11   Technician and a Resident Engineer.  And so far,

12   other than qualifications, you have not given me

13   anything.

14           So, other than the qualifications for the

15   job duty, for the position, in your view as a

16   supervisor, is there any difference between a

17   Resident Technician and a Resident Engineer?

18        A.   The qualifications.

19        Q.   I said, other than the classifications, is

20   there any difference in your view as a supervisor?

21        A.   My Senior Resident Engineer, my Resident

22   Engineers, and my Resident Technicians all run

23   construction projects for me.

24        Q.   That doesn't answer my question.

Atkinson-Baker, A Veritext Company
(818) 551-7300          www.veritext.com

1           MS. TRAYNOFF:  Jason, I believe the

2      question was eliciting a "yes" or "no" answer.

3           Is that correct, John?

4           MR. BAKER:  Yeah, kind of.  I'm really not

5      trying to trick anybody.  I am just trying to

6      understand what the difference is for these

7      different positions.  Because there's different job

8      classifications, and I understood qualifications.  I

9      get that.  There are different qualifications.

10          But, what I'm trying to understand as far

11     as job duties and job responsibilities, what are the

12     differences that he understands as their supervisor.

13     And so far I don't believe that I have heard

14     anything.  So, I'm trying to understand if there are

15     differences or if the positions are simply -- the

16     job duties are interchangeable between those

17     different positions?

18          A.   I do not assign projects to these

19     individuals based on their -- no.  That's not right.

20          Can you repeat the question, please, so I

21     can answer it the way you want?

22          Q.   I don't -- I'm not asking you to answer it

23     a particular way.  Again, I --

24          A.   Well, I answered it every other way I

Page 50

 1    know.

 2         Q.    No, you haven't.  No, you haven't.  All

 3    you keep saying is they all run construction

 4    projects.  That's what you say.  I get it, they all

 5    run construction projects.

 6         A.    And the qualifications are different.

 7         Q.    And the qualifications are different.  But

 8    your understanding is, they can all do exactly the

 9    same types of things?

10         A.    They can all do construction projects,

11    yes.

12         Q.    Are there things that the Resident

13    Engineers can do that the Resident Technicians can't

14    do?

15         A.    I think there are things -- see, you're

16    asking in generalities.  There are sometimes things

17    that Resident Engineers have the qualifications to

18    do that Resident Technicians do not.

19         Q.    Give me some examples of those.

20         A.    Complicated bridgework.

21         Q.    Anything else?

22         A.    Not at this time.

23         Q.    Do you know if the pay is the same, the

24    pay range is the same for those different positions?

```
1              A.    I don't know their pay.
2              Q.    So, as far as qualifications, in order to
3       be a Resident Engineer or a Senior Resident
4       engineer, you have to be an Engineer, is that
5       correct?
6              A.    Yes.
7              Q.    What are the qualifications necessary to
8       be a Residential Technician, a Resident Technician?
9              A.    I don't have the job descriptions
10      memorized.
11             Q.    Based on your knowledge.  And I
12      understand.  I mean, job descriptions say what job
13      description say.  You know, they say certain things.
14      What I'm trying to get a sense of, you're their
15      supervisor, and what are your views on what they can
16      and can't do?  And again, based on your knowledge of
17      job description.  But what do you personally
18      understand the qualifications for the position of
19      Senior Resident -- excuse me, Resident Technicians
20      do?
21             A.    They, for a Resident Technician, they have
22      to interview for an ET IV position, with -- and the
23      requirements would be, you know, they've already
24      hired t as an ET, and they will be questioned to
```

Page 52

1    become a Resident Technician with experience.

2            Q.    And maybe you answered this, and if you

3    did, I apologize.  What is an ET?

4            A.    Engineering Technician.

5            Q.    Do you know the job requirements of the

6    position, Engineering Technician.  Does that require

7    some degree of an engineering background?

8            A.    I don't know.

9            Q.    Now, you said earlier that you -- you

10   have -- your immediate reports are the ones that we

11   have just been talking about.  The Senior Resident

12   Engineer, the Resident Engineers, and the Resident

13   Technicians.  There are other reports who may be

14   lower on the chain that report up to you, is that

15   fair?

16           A.    Yes -- I'm sorry.

17                 They report to the Resident Engineers.

18           Q.    They report to the Resident Engineers and

19   then they report to you?

20           A.    Yes, I am their second level supervisor.

21           Q.    Okay, so what are the resident -- excuse

22   me, what are those different positions that will

23   report to Resident Engineers?

24           A.    They are not necessarily -- none of those

Page 53

1   are interviewed positions, so, they are Civil

2   Engineers and Engineering Technicians that have

3   received time and grade promotions.  But they don't

4   have job titles, per se, as far as, like, a resident

5   engineer would.

6       Q.   Does the Resident Technician have

7   subordinates that report to that position?

8       A.   That depends on the job of assignment.

9       Q.   So, and I'm just trying to understand

10  this, I guess, let me go back this way.

11          You've talked, and you've said many times,

12  and, again, I have asked you the same question over

13  and over again, but you talked about running

14  construction projects.  You've talked about that,

15  correct?

16      A.   Yes.

17      Q.   And I think what you have said is Senior

18  Resident Engineers, Resident Engineers, and Resident

19  Technicians all can run construction projects?

20      A.   Can you repeat that again?

21      Q.   Yeah, I just, my understanding is that the

22  primary responsibilities are of the Resident

23  Engineers, Senior Resident Engineer and Resident

24  Technician position are all to run projects, run

Atkinson-Baker, A Veritext Company
(818) 551-7300                    www.veritext.com

**EXHIBIT 2**

1     construction projects.  Am I right or wrong on that?

2          A.    Yes.

3          Q.    I'm right?

4          A.    That is correct.

5          Q.    Okay, and so when you say "run a

6     construction project" what does that mean?

7          A.    They're the lead inspector on the project.

8     They handle the documentation, the supervision of

9     the inspectors on the job, the traffic control,

10    the -- the actual construction, ensuring that the

11    construction is done properly.  Everything that

12    entails a construction project, they're responsible

13    for on that particular project that they're assigned

14    to.

15         Q.    Are they, for example, responsible for if

16    contractor submits an invoice to say whether that

17    invoice is correct or overcharged or anything like

18    that.  Do they have those sorts of responsibilities

19    as well?

20         A.    They have documentation responsibilities.

21         Q.    So, would that include like financial,

22    making sure that all of the numbers are adding up

23    the way they're supposed to?

24         A.    Yes, that's documentation.

February 17, 2022                                    **EXHIBIT 2**

1        Q.    And, so, do those positions, when they run

2     the construction project, do they typically do their

3     work inside, or are they typically out in the field

4     doing this work?

5        A.    Both.

6        Q.    What percentage of time are they in the

7     office as opposed to out in the field, would you

8     say?

9        A.    That varies with the -- with the different

10    versus.

11       Q.    Like, what would be the range that you as

12    a supervisor would expect for someone to be in and

13    out of the office?

14       A.    I mean, I can't really answer that.  I

15    don't dictate how much a person is in the office

16    versus in the field.

17       Q.    No, I know you don't dictate.  I guess,

18    just, based on your knowledge and, I mean, you ran

19    projects before yourself, correct, as a CE III?

20       A.    Yes.

21       Q.    So, I mean, you know, just in general.

22    And I understand every project is different, but I

23    don't have a sense if it's -- on a typical project,

24    I spend 98 percent of my time in the office, or if I

Atkinson-Baker, A Veritext Company
(818) 551-7300                    www.veritext.com

1    spend two percent of my time in the office.

2             I'm not trying to nail you down on the

3    very, very detailed number, and I understand it

4    fluctuates, but just in general terms, what amount

5    of time would I spend in the office as opposed to

6    out of office?

7        A.   I would say anywhere from 50 to 70 percent

8    in the field, but that varies with projects and

9    individuals.

10       Q.   I understand.  So, it might be higher or

11   lower, but that gives me, that gives me a good idea.

12   But not the sort of thing where I'm going to be

13   spending 98 percent of my time in the office, is

14   that fair?

15       A.   It should not be, no.

16       Q.   Is part of the responsibility of running

17   one of these construction projects, is it to

18   communicate and coordinate with the different

19   contractors?  Is that one of your responsibilities?

20       A.   Yes.

21       Q.   And what sorts of things would you

22   communicate with the contractor about when you're

23   running one of these construction projects?

24       A.   They're day-to-day operations.  Any

Page 57

**EXHIBIT 2**

1    deficiencies that might be occurring, financial.

2    That's a few examples.

3         Q.   Now, so, the -- the Resident Engineers, I

4    think you said that the people who reported to them,

5    it varies based upon the project, is that correct?

6         A.   Yes.

7         Q.   So, if I were performing a job evaluation

8    with a subordinate, it would be just on the project

9    that that person did?

10        A.   You'll have to clarify the question.

11        Q.   Okay.  Well, I mean, look at the

12   documents.  I know, for example, Alex, he did some

13   job evaluations of people, is that correct?

14        A.   Can you clarify job evaluations, please?

15        Q.   Performance evaluations?

16        A.   Performance evaluations, yes.  He

17   performed performance evaluations on the people that

18   worked for him.

19        Q.   Now, when you say "the people who worked

20   for him," to my understanding, the people who worked

21   for him differs from project to project, is that

22   right?

23        A.   Typically more than season to season, but

24   yes.

1          Q.    Okay, when you say season to season, what
2     do you mean by that?
3          A.    Typically, an engineer has the -- the same
4     inspectors for one construction season, typically.
5          Q.    And when you use the term "inspectors,"
6     would that be the same as the Civil Engineers that
7     report to him?
8          A.    And Engineering Technicians.
9          Q.    So, what is a construction season?
10          A.    Typically, it's the same as a year.  We
11     just typically don't have construction in the winter
12     months.  So, a construction season is typically
13     March through November of a year.
14          Q.    So, typically during a construction
15     season, I, as a Resident Engineer, would have the
16     same individuals who would report to me?
17          A.    That's typical, yes.
18          Q.    Okay.  And then the next year that might
19     change, correct?
20          A.    Yes.  Or it could stay the same.
21          Q.    And as far as assigning those individuals
22     to the CE IVs, is that the sort of thing that you
23     would do?
24          A.    Yes.

Atkinson-Baker, A Veritext Company
(818) 551-7300                                    www.veritext.com

1    Q.   And, so then these -- you used the term,
2    from Civil Engineers and ETs, do they also report to
3    the position of Resident Technician?
4    A.   The Resident Technician will have
5    inspectors also, typically.
6    Q.   And as far as assigning the inspectors, do
7    you do that annually in your position, or is that --
8    A.   Yes.
9    Q.   And then, so as a Resident Engineer, I
10   would be responsible for doing the performance
11   evaluations of the inspectors who are assigned to me
12   from that construction list, is that right?
13   A.   Yes.
14   Q.   Okay.
15        Well, we've been going about an hour and a
16   half.  Why don't we take a break here for about ten
17   minutes.  Is that okay with everyone?  Give the
18   court reporter a break.  Give the rest of us an
19   opportunity to use the restroom.  And we'll come
20   back here in just a few minutes.  Okay.
21                  (Short break after which the
22                  following proceedings wee had.)
23   MR. BAKER:  Going back on the record.
24

Atkinson-Baker, A Veritext Company
(818) 551-7300          www.veritext.com

**EXHIBIT 2**

```
 1      BY MR. BAKER:
 2          Q.   I want to switch gears a little bit,
 3      Mr. Smith, and I want to talk to you about Alex
 4      Kedas.
 5               At some point in time, you became
 6      Mr. Kedas' supervisor, is that correct?
 7          A.   Yes.
 8          Q.   And do you recall when it was that you
 9      became his supervisor?
10          A.   I believe it was in the spring of 2016.  I
11      don't know the exact date.
12          Q.   That's okay.
13               Earlier you talked about construction
14      seasons.  Would it have been in the beginning of
15      that construction season in 2016 that you would have
16      been his supervisor?
17          A.   Yes.
18          Q.   And I know, you had previously indicated
19      that you started your position, I think, in December
20      of 2015, so, apparently shortly after you got the
21      position, Alex became a direct report of yours, is
22      that correct?
23          A.   Yes.
24          Q.   Do you know who Alex reported to prior to
```

Page 61

**EXHIBIT 2**

1      reporting to you?

2          A.   I do not.

3          Q.   Now, prior to becoming -- taking on the

4      position that you now hold, on December 25, you

5      were, you were an Engineering Technician, correct?

6          A.   No.

7          Q.   I'm sorry, Resident Engineer.  I

8      apologize.

9              Resident Engineer, correct?

10         A.   You said 2005, I believe.  Could you

11     clarify the question, please?

12         Q.   No, no, I am not trying to trick you.

13             Just before you took your current

14     position, you were a CE III, correct?

15         A.   CE III, Resident Engineering.

16         Q.   And, so, in the event you indicated that

17     you held that position for approximately ten years?

18         A.   Correct.

19         Q.   During the period of time that you were a

20     CE III, did you work with Alex Kedas at all?

21         A.   I don't think so.

22         Q.   Did you know Alex prior to that?

23         A.   I knew of him.

24         Q.   Did you know him personally?

Atkinson-Baker, A Veritext Company
(818) 551-7300                    www.veritext.com

**EXHIBIT 2**

1    A.    No.

2    Q.    Did you work out of different offices?

3    A.    I don't remember.

4    Q.    Had you ever met him, or is it?

5    A.    I had met him.

6    Q.    You said you knew "of" him.  Before you

7    were promoted, what was your opinion of Alex Kedas?

8    A.    I have no opinion.

9    Q.    And, so, neither positive or negative,

10   anything?

11   A.    I didn't know him well enough to form an

12   opinion.

13   Q.    Had anybody said anything to you about

14   Alex Kedas before you were promoted?  So either

15   positive things or negative things about Alex,

16   anybody mention anything to you about him?

17   A.    I don't know.

18   Q.    All right.  Well, let me ask you this; did

19   you ever talk to -- do you know Mike Carnahan?

20   A.    Yes.

21   Q.    All right.  Prior to your becoming in your

22   position that you currently hold, in December of

23   2015, did you ever have any conversations with Mike

24   Carnahan about Alex Kedas?

Page 63

**EXHIBIT 2**

```
1          A.    I don't remember.

2          Q.    Did you have any idea, at that time what

3    Mike Carnahan's thoughts were about Alex Kedas?

4          A.    No.

5          Q.    Do you have any idea of what anyone's

6    thoughts were regarding Alex Kedas prior to the time

7    that you took your position in 2015?  I mean,

8    anybody in the district?

9          A.    I don't.

10         Q.    Had you heard any scuttlebutt or office

11   cooler gossip about Alex, that he was hard to work

12   with or difficult coworker or anything like that?

13         A.    Not that I recall.

14         Q.    Now, you got the position in December of

15   2015.  How did you get that position?

16         A.    I was declared Acting Field Engineer by

17   Kensil Garnett.

18         Q.    Was this guy -- was this the sort of

19   position where you had to apply for it, or was it

20   just an interview, or was it just Kensil came to you

21   one day and asked you if you wanted the position?

22         A.    I did not have to apply to become acting.

23   I did have to apply to become the actual Field

24   Engineer.
```

Page 64

1      Q.   So when did you become the Field Engineer?

2      A.   January of 2017.

3      Q.   So, you were in an acting capacity for

4    little more than a year?

5      A.   Correct.

6      Q.   Did anybody express any concerns or were

7    you aware of any concerns that anyone expressed

8    about you getting the position in the acting

9    capacity?

10     A.   Not that I'm aware of.

11     Q.   Did Mr. Garnett explain to you why you

12   were selected for that position?

13     A.   I don't remember.

14     Q.   So, your recollection is that Mr. Garnett

15   just came to you and said to you, you're interested

16   in acting in this position?  And you said, yes, and

17   that was pretty much all your recollection about

18   that?

19     A.   Correct.

20     Q.   Do you think that it was odd that he was

21   asking you that?

22     A.   You'll have to clarify the question.

23     Q.   I agree.  That wasn't a very good

24   question.

Atkinson-Baker, A Veritext Company
(818) 551-7300                          www.veritext.com

EXHIBIT 2

```
 1              You were CE III and others that were CE
 2      IVs out there, and others that had more seniority
 3      than you, correct?
 4          A.    Yes.
 5          Q.    And so, did you think that it was odd
 6      that, you know, people with more seniority were
 7      bypassed for this position?
 8          A.    Still have to clarify the question.
 9          Q.    Well, I mean, did you think to yourself,
10      gee, I wonder why Kensil Garnett is hiring me over
11      some of my colleagues for this position?
12          A.    No.
13          Q.    And he didn't tell you why he was hiring
14      you?
15          A.    I think it was because I did a good job.
16          Q.    But he didn't tell you?
17          A.    I don't recall.
18          Q.    You think that you were the best CE III at
19      the time?
20          A.    I have no judgment of that.
21          Q.    All right.  And again, I am just trying to
22      get a sense of why you think that he gave you the
23      job over somebody else.  I mean, I understand you
24      did a good job.  I'm certainly not questioning your
```

Page 66

```
1    job performance as a CE III.  I'm just curious if

2    you have any insight as to why it was why he came to

3    you and offered you this promotion in an acting

4    capacity?

5         A.   The only thing I know is that I did my job

6    to the best of my ability.

7         Q.   Did you have a good working relationship

8    with him before that?

9         A.   I have a good working relationship with

10   all my colleagues.

11        Q.   Okay.  So, you're promoted into the acting

12   position in December 2015.  Alex comes to work for

13   you in -- sometime in the spring of 2016,

14   approximately March.  I know it might be different

15   than that; but, you know, so you're in the position

16   for four months, three months, something like that

17   before Alex is assigned to you, is that correct?

18        A.   Yes.

19        Q.   At any point in time during those first

20   three or four months, whatever that they were, did

21   anybody talk to you about Alex or express concerns

22   about Alex' performance or express positive things

23   about Alex?  Did anybody have those communications

24   with you?
```

Page 67

1          A.    I do remember being made aware of

2    discipline issues that had been -- that had occurred

3    before.

4          Q.    Who made you aware of those instances?

5          A.    I don't recall anything specific, I just

6    remember being made aware of discipline issues.

7          Q.    As far as -- and I understand that you

8    don't recall what the specific issues were.  You had

9    no recollection of who might have informed you of

10   those things?

11         A.    No, I don't have any specifics.

12         Q.    Okay, generally would it have been

13   somebody who was a supervisor of yours, or would it

14   have been somebody who was at your level or a

15   subordinate?  Do you even know that?

16         A.    I'm sure it was supervisory personnel.

17         Q.    So, at that time, that would have been

18   either Mr. Crawford or Mr. Garnett, is that fair?

19         A.    Yes.

20         Q.    Did you ever have any conversations during

21   that period of time, four months, three or four

22   months with Mr. Carnahan about Alex Kedas?

23         A.    I don't recall any.

24         Q.    Have you -- do you recall ever having any

Atkinson-Baker, A Veritext Company
(818) 551-7300                     www.veritext.com

1   conversations with Mike Carnahan about Alex Kedas?

2       A.   I'm sure we talked about him at some

3   point.

4       Q.   Do you know what you talked about with

5   Alex Kedas with Mike Carnahan?

6       A.   I know that they had a tumultuous

7   relationship, but I do not have any specifics.  This

8   was 2016.

9       Q.   How do you -- well, okay.

10           How do you know that they had a tumultuous

11  relationship?

12      A.   Because when I was briefed about his

13  discipline issues, I was made aware of the issues

14  that they had together, like as a

15  supervisor/employee relationship.

16      Q.   And what do you understand those issues to

17  be?

18      A.   That Alex was insubordinate to Mike.

19      Q.   Anything else?

20      A.   They had a -- they had arguments on the

21  job sites.  That's all.

22      Q.   Were you told that Alex was concerned

23  about the way that he was, Carnahan was treating

24  Andrea Childers preferentially?

Page 69

EXHIBIT 2

1          A.    I was made aware of the submission to

2     chief counselor's office.

3          Q.    Who made you aware of that?

4          A.    I don't recall.

5          Q.    And who is Andrea Childers?

6          A.    She is a resident technician.

7          Q.    Has at any point in time, has she been a

8     subordinate employee that reports directly to you?

9          A.    Yes.

10          Q.    During what period of time has Andrea

11     Childers been a subordinate employee reporting to

12     you?

13                    (Reporter clarification.)

14          A.    She worked for me in 2017, 2018 -- and

15     that's all I can recall at the moment.

16          Q.    So, you recall at least -- at least two

17     construction seasons she would have reported

18     directly to you, is that fair?

19          A.    Yes.

20          Q.    Is she still employed there?

21          A.    Yes.

22          Q.    Do you know if she ever had a sexual

23     relationship with Mike Carnahan?

24          A.    I have no idea.

**EXHIBIT 2**

1        Q.    Have you ever heard rumors of that?

2        A.    Just what Alex submitted.

3        Q.    Had you ever discussed that with Andrea?

4        A.    No.

5        Q.    Have you ever discussed that with Mike?

6        A.    No.

7        Q.    Do you know if those allegations of Alex

8    were ever investigated?

9        A.    They were, I believe.

10        Q.    How do you know that?

11        A.    I sat in a meeting with Kensil Garnett and

12    Ken Crawford when I first became his supervisor

13    that -- in which it was discussed that it was

14    investigated, and that Alex would not approach it

15    any further.

16        Q.    Explain to me, who was present for this

17    particular meeting?

18        A.    Kensil Garnett and Ken Crawford.

19        Q.    And you?

20        A.    Myself and Alex.

21        Q.    And when did this meeting occur?

22        A.    In 2016.

23        Q.    Okay, and tell me what, what exactly you

24    recall about that meeting?

Page 71

EXHIBIT 2

1          A.    Alex was being counseled for questioning

2   job assignments.

3          Q.    Do you recall if that might have been

4   February of 2016?

5          A.    No.

6          Q.    You don't recall, or it wasn't in

7   February?

8          A.    I don't believe that it was in February.

9          Q.    Was it in January or March, do you know?

10          A.    No, I don't know.

11          Q.    Do you know if it was after Alex had been

12   assigned to you that that meeting occurred?

13          A.    Yes.   That's why I was present at the

14   meeting.

15          Q.    Okay.   So, who led that particular

16   meeting?

17          A.    Kensil Garnett.

18          Q.    And what did Kensil say to Alex Garnett in

19   that meeting?

20          A.    I don't know.   You'll have to ask Kensil

21   Garnett.

22          Q.    I'm asking you because you were there.

23   What do you remember him saying?   I mean, you were

24   there, you were in the meeting, so what did he say?

EXHIBIT 2

1          A.    You'll have to ask Kensil Garnett.  I do

2    not recall.

3          Q.    You don't recall anything Kensil Garnett

4    said?

5          A.    I know that it was about Alex questioning

6    job assignments.

7          Q.    What Alex was questioning was favoritism

8    in assignment of jobs, correct?

9          A.    No.

10         Q.    That's not correct?

11         A.    He questioned job assignments which is why

12   he was getting counseled.

13         Q.    What did he do to question job

14   assignments?

15         A.    I wasn't his supervisor at that time.

16         Q.    What is your understanding of what he did

17   in questioning job assignments?

18         A.    I wasn't his supervisor at the time.

19         Q.    Do you have any understanding of what he

20   did to question job assignments?

21         A.    I wasn't his supervisor at the time, so

22   no, I do not know.

23         Q.    You have no understanding of what it was

24   he did to question those job assignments?

**EXHIBIT 2**

1    A.   I know that he was questioning why Andrea

2    got a job.

3    Q.   Why is that wrong?

4    A.   Because the management has the rights to

5    assign and direct employees.

6    Q.   Well, they have the right, but that

7    doesn't mean as an employee I can't ask why?

8    A.   He was counseled on many different

9    occasions of questioning job assignments.

10    Q.   Yeah, I know.  I don't understand why

11    that's an issue.  If I'm assigned a job and I can't

12    ask my supervisor why I was assigned this as opposed

13    to that, that's an inappropriate question to ask?

14    A.   It was deemed insubordination.

15    Q.   How is that insubordinate if I'm simply

16    asking a question?

17    A.   He wasn't just simply asking a question;

18    he was questioning job assignments.

19    Q.   He was asking a question about why was she

20    assigned jobs over me, right?  That was the

21    question.  Right?

22    A.   What's the question?

23    Q.   He, Alex, was questioning why she, Andrea,

24    was given certain job assignments in preference to

Page 74

Jason Smith
February 17, 2022

**EXHIBIT 2**

1   him, is that correct?

2       A.   I was not his supervisor for that

3   instance.

4       Q.   Well, you said there were multiple

5   instances, right?

6       A.   Yes.

7       Q.   And, so, they were the same sort of

8   instances when you were his supervisor, correct?

9       A.   Correct.

10      Q.   And, fair to say that Alex believed there

11  was some favoritism towards Andrea?

12      A.   I don't -- I can't speak to that.

13      Q.   What is your definition of

14  insubordination?

15      A.   Not following what your supervisors are

16  directing you to do.

17      Q.   All right.  So, the refusal to follow a

18  lawful directive of a supervisor, that's

19  insubordination, correct?

20      A.   That's not what I said.

21      Q.   Okay.  Is what I said correct?

22      A.   Can you repeat it?

23      Q.   Sure.  The refusal to follow a lawful

24  directive of your supervisor or a supervisory

Atkinson-Baker, A Veritext Company
(818) 551-7300                www.veritext.com

1      authority is insubordination?

2          A.   I can agree with that.

3          Q.   Was there ever a time where Alex refused

4      to do an assignment?

5          A.   Yes.

6          Q.   When did he refuse to do an assignment?

7          A.   Trying to think of an example.

8               He was asked on separate occasions to

9      report to us how he was going to correct his

10     insubordination violations of the personnel's policy

11     manual.

12         Q.   Any other time he refused to comply with a

13     directive that you gave to him?

14         A.   Yes.

15         Q.   What?

16         A.   Many times.  In March of -- I don't want

17     to get in trouble with dates.  In the beginning of

18     our -- my time supervising him, I asked him to not

19     email inappropriate people and emails, and he

20     repeatedly violated that directive from me.

21         Q.   Any other directives that you gave him

22     during your supervision of Alex where he did not

23     comply with them?

24         A.   Many.

Page 76

1          Q.   What are they?

2          A.   They are detailed in the insubordination

3     charges and in his evaluations.

4          Q.   Well, there are things that are in there.

5     I don't know how detailed they are.  What are your

6     recollections that Alex refused to comply with the

7     directives that you gave him?

8          A.   I just gave you two examples.

9          Q.   Other than those two.  You've given me two

10    examples.  You said on three separate occasions you

11    asked him to report how he was going to correct his

12    insubordination.  And then you said you asked him

13    multiple times not to send emails to inappropriate

14    people, and he disregarded that directive.  So

15    you've given me those two different examples where

16    he failed to follow your directives.

17              Any other examples where he failed to

18    follow your directives?

19         A.   Yes.  I asked him to -- I asked him to

20    behave a certain way with an employee with Path

21    Construction, and he did the exact opposite.

22         Q.   Who was the employee of Path Construction?

23         A.   Paul Sowa.

24         Q.   And Path Construction was a contractor?

Page 77

**EXHIBIT 2**

1          A.    Yes.

2          Q.    What specific directive did you give to

3    Alex on how to deal with Paul Sowa?

4          A.    To not ask for him to be removed at the

5    time of the phone conversation, and he did the exact

6    opposite.

7          Q.    When was this?

8          A.    I don't recall.  2017.

9          Q.    You say at the time of the phone call.

10   What phone call are you referencing?

11         A.    We called the owner of Path, I don't

12   remember the name of the person or.

13         Q.    What was the purpose of the call?

14         A.    To discuss the -- the foreman's comments

15   about suicide.

16         Q.    You say, "We called the owner of Path."

17   Who constitutes, we?

18         A.    Alex and I were sitting together.

19         Q.    All right.  So then after the call you

20   gave a directive to Alex?

21         A.    No, before the call.

22         Q.    All right.  So, before the call, what did

23   you say to Alex?  What was the specific directive

24   again?

Page  78

**EXHIBIT 2**

```
 1        A.   I mean, you're asking to recall specifics

 2   from 2017.  If there's a certain document or

 3   something that you want me to reference, I can do

 4   that.  But I just don't remember the specifics.

 5        Q.   What -- in general, what do you recall the

 6   directive that you gave to Alex before the phone

 7   call with the Path Construction owner?

 8        A.   I asked him to explain what was going on

 9   with the employee and let them decide, first,

10   what -- let them take in what was being said and

11   decide what the -- they should do with the employee,

12   not give an immediate directive to remove him.

13        Q.   All right.  And so during the phone

14   conversation, what did Alex say?

15        A.   He immediately requested they remove him.

16        Q.   Was the employee removed?

17        A.   I believe so.

18        Q.   Okay, so that's the -- the third incident

19   of insubordination that you've given me regarding

20   Alex.  What other instances of insubordination can

21   you given me regarding Alex?

22        A.   I don't, I don't have the recollection of

23   exact instances in detail.  Those are, those are

24   given in detail on the charges of insubordination
```

Atkinson-Baker, A Veritext Company
(818) 551-7300                    www.veritext.com

```
 1      that were levied as discipline and in his

 2      evaluation.

 3          Q.   All right.  So what do you remember other

 4      than what is written?

 5          A.   I don't remember any others off the top of

 6      my head.

 7          Q.   Did you like Alex?

 8          A.   You'll have to clarify the question.

 9          Q.   I don't know how much more I can clarify.

10          Did you like him?

11          A.   I had no problems with Alex.

12          Q.   But you just identified problems with

13      Alex, so, apparently you had some problems with him,

14      correct?

15          A.   When you -- when you asked the question

16      of, "Do I ask Alex," you insinuate personal.

17          Q.   Okay, personally, do you dislike or like

18      Alex or have -- agnostic about the question?

19          A.   And I answered that.

20          Q.   Okay, so what's your answer?  I'm trying

21      to clarify.  You said my question assumed something,

22      so, I'm just trying to clarify.

23              On a personal level, what was your view of

24      Alex?
```

Atkinson-Baker, A Veritext Company
(818) 551-7300                    www.veritext.com

```
 1              A.   I had no problems with Alex.
 2              Q.   On a professional view, what was your view
 3        of Alex?
 4              A.   He was often insubordinate to me.
 5              Q.   Any other views?
 6              A.   No.
 7              Q.   Do you recall referring or telling Alex
 8        not to spend so much time with extracurricular
 9        activities?
10              A.   Yes.
11              Q.   What did you mean by "extracurricular
12        activities"?
13              A.   Activities that weren't in a direct
14        relation to his job assignments.
15              Q.   So, give me some assignments of
16        extracurricular activities that he engaged in that
17        you were trying to get him to refrain from doing?
18              A.   I don't recall.
19              Q.   Do you recall on an email that you wrote
20        to Kenneth Crawford in talking about Alex, you said,
21        "It is apparent that the cancer spread."
22                   Do you recall that?
23              A.   No, I don't?  Can you give more context.
24              Q.   Sure.
```

Atkinson-Baker, A Veritext Company
(818) 551-7300                    www.veritext.com

Jason Smith
February 17, 2022

**EXHIBIT 2**

1          You wrote -- this is September 12th,
2    2018, to Ken Crawford, and it's a fairly, I mean,
3    I'm not going to read the whole thing, but, you
4    said, "I would ask if an admin. submit the latest
5    infractions and request urgent action be taken.  If
6    labor relations wishes to continue with inaction, I
7    would request that Alex be removed from my field of
8    area, if not the bureau, as he is unsuperviseable in
9    his current state.  A change of scenery is quite
10   possibly our last chance to rectify his behavior.
11   Regardless of what action is taken, it is apparent
12   that the cancer is spreading as our innocent
13   operation folks are now feeling the burden."
14          Do you recall that?
15        A.   Yes.
16        Q.   Okay.  So, when you say "the cancer,"
17   that's referring to Alex, right?
18        A.   Yes, he was causing lots of issues at that
19   time.
20        Q.   So, you wanted Alex removed from your
21   supervision, right?
22        A.   I was asking for him to be removed from my
23   supervision, yes.
24        Q.   And you found him to be a cancer on the

Page 82

```
 1     workplace, correct?

 2          A.   Yes.

 3                         (Short break after which the

 4                         following proceedings were had.)

 5          MR. BAKER:  Okay, everyone.  I thank you

 6     for giving me that time.  I don't have anymore

 7     questions for you, Mr. Smith, it's possible that

 8     Miss Traynoff has some questions, so, I'll let her

 9     go from here.

10          MS. TRAYNOFF:  Thanks John.  If you can

11     just give me a minute just to review.

12                    EXAMINATION

13                         BY

14                    MS. TRAYNOFF:

15          Q.   I just have a few questions, Mr. Smith, to

16     clarify some points that were brought out in your

17     testimony in response to Mr. Baker's questions.

18          First, can you hear me okay?

19          A.   Yes.

20          Q.   Do you recall we had a lengthy discussion

21     earlier about the differences or the differences in

22     responsibilities between a Resident Technician and a

23     Resident Engineer.

24          Do you recall that discussion?
```

Atkinson-Baker, A Veritext Company
(818) 551-7300                         www.veritext.com

Jason Smith
February 17, 2022

**EXHIBIT 2**

1        A.    Yes.

2        Q.    Just to see if we can clarify, the

3    supervisor of both positions, would you assign the

4    same project to a Resident Technician that you would

5    assign to a Resident Engineer?

6        A.    Yes.

7        Q.    Okay.  And do you make the decision to

8    assign those projects based on the gender of either

9    the Resident Technician or the Resident Engineer?

10       A.    No.

11       Q.    You also testified earlier that you were

12   aware of the complaint that Mr. Kedas filed that

13   alleged that Mike Carnahan had favored Andrea

14   Childers in assigning projects.

15             Is that accurate?

16       A.    Yes.

17       Q.    And, so, you -- you knew about that

18   complaint, is that correct?

19       A.    Yes.

20       Q.    Did your knowledge of that complaint have

21   any influence in the projects you assigned to

22   Mr. Kedas?

23       A.    No.

24       Q.    And finally, were you aware of any other

Atkinson-Baker, A Veritext Company
(818) 551-7300                    www.veritext.com

```
 1    complaints by other staff that you may have worked

 2    with that alleged similar complaints or claims

 3    against Carnahan and how he favored Andrea Childers?

 4         A.   I was not aware of any of that, no.

 5         Q.   And in that same vein, were you aware of

 6    any complaints that alleged that Mr. Carnahan had

 7    sexual relations with Andrea Childers?

 8         A.   No.

 9         Q.   Sorry.  I'm just reviewing my notes.

10              And just to clarify, I think I said this,

11    if you testified to this on Mr. Baker's questions, I

12    apologize if you are repeating yourself.

13              But were you response -- while you

14    supervised Mr. Kedas, you were responsible for

15    assigning him projects, is that correct?

16         A.   Yes.

17              MS. TRAYNOFF:  Okay.  I have no further

18    questions.

19              MR. BAKER:  All right.  I have no further

20    questions, either.

21              Mr. Smith, I'll let Miss Traynoff explain

22    signature or waiving signature to you.

23              Thank you, sir.  Be safe out there.  Be

24    careful, it looks like it snowed.  Thank you, sir.
```

Page 85

```
 1              THE WITNESS:  Thank you.
 2              MS. TRAYNOFF:  So, Jason, what Mr. Baker
 3      was discussing about signature is that you can
 4      either now waive your signature, or if you do need
 5      the signature to certify the transcript of your
 6      testimony, or you can reserve your signature in
 7      which you'll have the opportunity to review the
 8      transcript, being that the court reporter will send
 9      you a copy of the transcript.  I will get it to you.
10      You'll get to review the testimony and identify any
11      inaccuracies in the transcription.  So, by that, I
12      mean, you can't change what you testified, you can't
13      change an answer substantively such as from a "yes"
14      to a "no" or a "no" to a "yes."  It's more of if
15      something wasn't heard accurately, perhaps a
16      misspelling of someone's name or maybe a mistyping
17      of someone's gender, then you will record that on
18      what's call an errata sheet.  It's like line by
19      line, you identify the page and line where you find
20      the inaccuracy and what it should be, and then you
21      sign, and then you send that to me.  And I'll get it
22      to the court reporter, and she certifies the
23      transcript.
24              So, would you either like to waive your
```

Atkinson-Baker, A Veritext Company
(818) 551-7300                    www.veritext.com

Jason Smith
February 17, 2022

**EXHIBIT 2**

1    signature or have an opportunity to review, or I

2    should say withhold your signature right now and

3    have an opportunity to review your transcript?

4            THE WITNESS:  I would like an opportunity

5    to review it, please.

6            MS. TRAYNOFF:  Okay.  All right.

7            So does the court reporter have my contact

8    information?

9            And I'll take -- typically ask for a full

10   and then a condensed version of the transcript.

11           MR. BAKER:  And as for me, I just want the

12   full version.  I don't like the condensed.  And you

13   can email it to me.  That's perfect.

14           COURT REPORTER:  Taylor, do you want yours

15   emailed as well?

16           MS. TRAYNOFF:  Yes.

17                    (Which were all the proceedings

18                     had in the above-entitled

19                     cause.)

20

21

22

23

24

Page 87

**EXHIBIT 2**

```
1              IN THE UNITED STATES DISTRICT COURT
            FOR THE CENTRAL DISTRICT OF ILLINOIS
2                      URBANA DIVISION
3

4

5      ALEX KEDAS,                    )
                                      )
6              Plaintiff,             )
                                      )
7              -v-                    )No. 19-cv-2113
                                      )
8      ILLINOIS DEPARTMENT OF         )
       TRANSPORTATION.                )
9                                     )
               Defendant.             )
10

11

12

               I, Pamela C. Taylor, CSR/RPR of the State
13     of Illinois, do hereby certify that I reported in
       machine shorthand the proceedings had at the
14     deposition in the above-entitled cause, and that
       this transcript is a true and accurate transcription
15     of my machine shorthand notes so taken to the best
       of my ability.
16

17

18
       CSR #084-001184
19

20     Dated this 3rd day
21     of March, 2022
22

23

24
```

**EXHIBIT 2**

1                    SIGNATURE PAGE

2            I, JASON SMITH, have read the foregoing

transcript of my deposition taken on February 17,

3   2022, and, except for any corrections noted below,

it is a true and correct transcript of my deposition

4   given on the date aforesaid.

5

6                        CORRECTIONS BASED ON ERRORS

7                        IN REPORTING OR TRANSCRIPTION

8

9

10

11

12

13

14

15           _____

16                        JASON SMITH

17

18   STATE OF ILLINOIS  )

COUNTY OF C O O K  )

19   SUBSCRIBED AND SWORN TO

Before me this _____ day of

20   _____, A.D., 2022

21   _____

22        Notary Public

23

24

                                    Page 89

**EXHIBIT 2**

```
 1   MS. TAYLOR TRAYNOFF

 2   taylor.traynoff@ilag.gov

 3                                    March 3, 2022

 4   RE: ALEX KEDAS vs. ILLINOIS DEPARTMENT OF TRANSPORTATION

 5   2/17/2022, JASON SMITH (#5090354)

 6   The above-referenced transcript has been

 7   completed by Veritext Legal Solutions and

 8   review of the transcript is being handled as follows:

 9   __ Per CA State Code (CCP 2025.520 (a)-(e)) - Contact Veritext

10       to schedule a time to review the original transcript at

11       a Veritext office.

12   __ Per CA State Code (CCP 2025.520 (a)-(e)) - Locked .PDF

13       Transcript - The witness should review the transcript and

14       make any necessary corrections on the errata pages included

15       below, notating the page and line number of the corrections.

16       The witness should then sign and date the errata and penalty

17       of perjury pages and return the completed pages to all

18       appearing counsel within the period of time determined at

19       the deposition or provided by the Code of Civil Procedure.

20   __ Waiving the CA Code of Civil Procedure per Stipulation of

21       Counsel - Original transcript to be released for signature

22       as determined at the deposition.

23   __ Signature Waived - Reading & Signature was waived at the

24       time of the deposition.

25
```

Atkinson-Baker, A Veritext Company
(818) 551-7300                    www.veritext.com

Jason Smith
February 17, 2022

**EXHIBIT 2**

1    _x_ Federal R&S Requested (FRCP 30(e)(1)(B)) - Locked .PDF

2       Transcript - The witness should review the transcript and

3       make any necessary corrections on the errata pages included

4       below, notating the page and line number of the corrections.

5       The witness should then sign and date the errata and penalty

6       of perjury pages and return the completed pages to all

7       appearing counsel within the period of time determined at

8       the deposition or provided by the Federal Rules.

9    __ Federal R&S Not Requested - Reading & Signature was not

10      requested before the completion of the deposition.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 91

```
 1    ALEX KEDAS vs. ILLINOIS DEPARTMENT OF TRANSPORTATION

 2    JASON SMITH (#5090354)

 3                      E R R A T A   S H E E T

 4    PAGE_____ LINE_____ CHANGE_____

 5    _____

 6    REASON_____

 7    PAGE_____ LINE_____ CHANGE_____

 8    _____

 9    REASON_____

10    PAGE_____ LINE_____ CHANGE_____

11    _____

12    REASON_____

13    PAGE_____ LINE_____ CHANGE_____

14    _____

15    REASON_____

16    PAGE_____ LINE_____ CHANGE_____

17    _____

18    REASON_____

19    PAGE_____ LINE_____ CHANGE_____

20    _____

21    REASON_____

22

23    _____        _____

24    JASON SMITH                              Date

25
```

Atkinson-Baker, A Veritext Company
(818) 551-7300                    www.veritext.com

**[& - apparent]**

| **&** |
| --- |
| **&** 2:3 90:23 91:9 |

| **0** |
| --- |
| **084-001184** 1:17 88:18 |

| **1** |
| --- |
| **1** 9:23 91:1 |
| **10:00** 1:12 |
| **12th** 82:1 |
| **13177** 88:18 |
| **14** 34:10 |
| **15** 34:21 |
| **17** 1:11 9:5 89:2 |
| **19** 1:6 34:11 88:7 |

| **2** |
| --- |
| **2** 9:23 37:4 |
| **2/17/2022** 90:5 |
| **20** 11:17,17 34:22 |
| **2005** 62:10 |
| **2015** 9:4,7,14,19 16:4 17:5 18:4 20:14 61:20 63:23 64:7,15 67:12 |
| **2016** 61:10,15 67:13 69:8 71:22 72:4 |
| **2017** 65:2 70:14 78:8 79:2 |
| **2018** 70:14 82:2 |
| **2022** 1:11 88:21 89:3,20 90:3 |
| **2025.520** 90:9,12 |
| **2113** 1:6 88:7 |
| **217** 2:5,11 |
| **25** 62:4 |
| **2nd** 2:10 |

| **3** |
| --- |
| **3** 8:21 9:23 13:13 13:15,18,19,20,23 |

90:3
**30** 91:1
**3rd** 88:20

| **4** |
| --- |
| **4** 3:6 9:23 13:20 13:21 14:4 15:4 15:19 16:7,14 17:17 |
| **415** 2:4 |

| **5** |
| --- |
| **5** 8:21 10:17 11:9 11:12,22 13:13,15 13:15,18,20,22 14:3,5,6,11,17,20 15:2,4,5,19 16:7 16:15,18 17:16,17 17:18 18:24 23:10 23:18 24:6 25:12 26:12 27:1 32:15 32:19 |
| **50** 57:7 |
| **500** 2:10 |
| **5090354** 90:5 92:2 |
| **522-3445** 2:5 |

| **6** |
| --- |
| **62701** 2:4 |
| **62704** 2:10 |

| **7** |
| --- |
| **70** 57:7 |
| **782-1090** 2:11 |

| **8** |
| --- |
| **83** 3:7 |

| **9** |
| --- |
| **98** 56:24 57:13 |

| **a** |
| --- |
| **a.d.** 89:20 |
| **a.m.** 1:12 |

**ability** 67:6 88:15
**able** 5:10
**absolutely** 44:24
**accountability** 48:7
**accurate** 6:4 11:1 17:22 18:14 24:8 84:15 88:14
**accurately** 86:15
**acquired** 39:5
**acting** 9:3,7,16 17:1,8,24 18:10 19:4 64:16,22 65:3,8,16 67:3,11
**action** 82:5,11
**active** 22:10
**activities** 81:9,12 81:13,16
**actual** 24:7 55:10 64:23
**adding** 55:22
**admin** 82:4
**administration** 12:3
**aforesaid** 89:4
**agency** 26:19
**agnostic** 80:18
**agree** 65:23 76:2
**ahead** 13:10 30:14 30:15
**alex** 1:4 4:2 58:12 61:3,21,24 62:20 62:22 63:7,14,15 63:24 64:3,6,11 67:12,17,21,22,23 68:22 69:1,5,18,22 71:2,7,14,20 72:1 72:11,18 73:5,7 74:23 75:10 76:3 76:22 77:6 78:3 78:18,20,23 79:6

79:14,20,21 80:7 80:11,13,16,18,24 81:1,3,7,20 82:7 82:17,20 88:5 90:4 92:1
**allegations** 71:7
**alleged** 84:13 85:2 85:6
**allotments** 36:15
**allow** 5:5
**amount** 21:17 41:24 42:3,6,7 57:4
**andrea** 69:24 70:5 70:10 71:3 74:1 74:23 75:11 84:13 85:3,7
**andrew** 19:17 20:12
**annually** 60:7
**answer** 5:13,16,20 7:20 21:12 38:16 40:8,9,11,15,18 41:16,17 42:21 46:13,17 47:4,7,10 47:13,14,15,18 49:24 50:2,21,22 56:14 80:20 86:13
**answered** 47:16 50:24 53:2 80:19
**answering** 5:19
**answers** 4:20 6:6
**anybody** 44:5 50:5 63:13,16 64:8 65:6 67:21,23
**anymore** 83:6
**anyone's** 64:5
**apologize** 53:3 62:8 85:12
**apparent** 81:21 82:11

Page 1

[apparently - ce]

**apparently** 61:20
80:13
**appearances** 2:1
**appeared** 2:6,12
**appearing** 90:18
91:7
**applied** 35:10
**apply** 64:19,22,23
**approach** 71:14
**approximately**
10:4 11:17 34:2,7
34:10,11,22 62:17
67:14
**area** 13:24 20:22
21:7,18 23:19
26:8 82:8
**areas** 21:13,16
**arguments** 69:20
**arrange** 7:21
**asked** 6:11 7:2
32:9 54:12 64:21
76:8,18 77:11,12
77:19,19 79:8
80:15
**asking** 5:3 10:12
34:4 50:22 51:16
65:21 72:22 74:16
74:17,19 79:1
82:22
**asks** 33:19
**assign** 28:2,18
49:7 50:18 74:5
84:3,5,8
**assigned** 11:22
20:24 28:4,10
38:8 55:13 60:11
67:17 72:12 74:11
74:12,20 84:21
**assigning** 22:10
59:21 60:6 84:14
85:15

**assignment** 37:13
54:8 73:8 76:4,6
**assignments** 28:13
28:14 29:10 38:5
38:7 72:2 73:6,11
73:14,17,20,24
74:9,18,24 81:14
81:15
**assistant** 2:9
**assume** 13:15 14:7
22:1,19 26:10
30:10 37:18,21
46:3
**assumed** 17:4
80:21
**assuming** 20:1
**attend** 31:6
**attendees** 30:9
**attends** 30:3
**attention** 7:12
**attorney** 2:8,9
**audibly** 5:20
**authority** 76:1
**available** 28:17
**avoid** 5:24
**aware** 29:8 45:11
45:12 65:7,10
68:1,4,6 69:13
70:1,3 84:12,24
85:4,5

**b**

**b** 91:1
**bachelor's** 12:1
**back** 8:6,24 13:9
20:14 37:6 54:10
60:20,23
**background** 11:24
53:7
**baker** 2:3,3,3 3:6
4:1,10 50:4 60:23
61:1 83:5 85:19

86:2 87:11
**baker's** 83:17
85:11
**based** 21:14 36:15
38:1,4 42:9,11,12
44:19 45:1,2,17
46:6 47:12,14
48:4 50:19 52:11
52:16 56:18 58:5
84:8 89:6
**basically** 29:13
**basis** 10:9 20:23
21:10 29:24
**bbbklegal.com** 2:5
**becoming** 11:7
62:3 63:21
**beginning** 61:14
76:17
**behalf** 2:6,12
**behave** 77:20
**behavior** 82:10
**believe** 14:13
15:24 16:8 34:21
42:24 43:16 45:8
50:1,13 61:10
62:10 71:9 72:8
79:17
**believed** 75:10
**bergan** 19:17,20
19:24 20:12
**best** 66:18 67:6
88:15
**better** 22:15 39:1
**big** 13:23 14:6
21:22
**bit** 4:17 13:10
26:16,17,19 61:2
**block** 8:19
**boss** 11:4
**break** 7:13,15,21
60:16,18,21 83:3

**bridge** 24:13
**bridges** 23:4
**bridgework** 51:20
**briefed** 69:12
**briefly** 11:7 31:24
**brought** 25:21
83:16
**budget** 26:11
**built** 25:5
**burden** 82:13
**bureau** 30:5,19
31:2 82:8
**bureaus** 30:20,24
**business** 12:3
**bypassed** 66:7

**c**

**c** 1:17 88:12 89:18
**ca** 90:9,12,20
**call** 7:16 23:1
29:20 78:9,10,13
78:19,21,22 79:7
86:18
**called** 1:14 29:5
35:11 78:11,16
**cancer** 81:21
82:12,16,24
**capacity** 9:7,16
12:18 17:8,22,24
18:19 19:11,14
65:3,9 67:4
**careful** 85:24
**carnahan** 20:11
63:19,24 68:22
69:1,5,23 70:23
84:13 85:3,6
**carnahan's** 64:3
**cause** 87:19 88:14
**causing** 82:18
**ccp** 90:9,12
**ce** 9:24 10:22 30:6
30:10,17 35:13,13

Page 2

[ce - correct]

35:15,17 36:6,7,9
36:9,12,18,19 37:7
37:11,11 38:3,3,11
38:12,15,15,17,18
40:13,13,22,22
41:6,6,7,9,10,11
41:21,21 42:3,3,5
42:7,8,20 56:19
59:22 62:14,15,20
66:1,1,18 67:1
**central** 1:1 88:1
**certain** 8:3 28:11
41:24 43:13,14,17
52:13 74:24 77:20
79:2
**certainly** 7:10,17
7:21 26:20 66:24
**certifies** 86:22
**certify** 86:5 88:13
**chain** 21:4 27:10
53:14
**champaign** 14:12
21:8 23:7
**chance** 82:10
**change** 59:19 82:9
86:12,13 92:4,7,10
92:13,16,19
**charge** 15:4 27:21
**charges** 77:3
79:24
**chart** 15:1 17:13
**chief** 31:2 70:2
**chiefs** 30:5,19
**childers** 69:24
70:5,11 84:14
85:3,7
**circles** 48:12
**civil** 9:24 10:3,6
10:10,11,16,18
11:8 12:10,17
13:7 30:18 31:22

54:1 59:6 60:2
90:19,20
**claims** 85:2
**clarification** 10:13
40:20 70:13
**clarify** 10:7 14:21
21:1 24:9,23
27:20 28:5 32:13
32:22 35:24 37:9
58:10,14 62:11
65:22 66:8 80:8,9
80:21,22 83:16
84:2 85:10
**classification** 9:24
35:13 36:11
**classifications**
45:18 48:23 49:1
49:19 50:8
**clear** 6:4,6 47:22
**clock** 7:13
**closed** 23:9 25:5
**closures** 23:21
**cms** 43:23 44:3
**code** 90:9,12,19,20
**collaborative**
28:15
**colleagues** 28:19
31:8 66:11 67:10
**combined** 17:16
**come** 60:19
**comes** 67:12
**coming** 11:11 29:7
29:16
**command** 21:4
27:10
**comments** 78:14
**commissioned**
1:18
**communicate** 5:22
57:18,22

**communication**
5:23
**communications**
67:23
**comparable** 18:23
31:9
**complaint** 84:12
84:18,20
**complaints** 85:1,2
85:6
**completed** 90:7,17
91:6
**completion** 91:10
**complicated** 51:20
**comply** 76:12,23
77:6
**comprise** 14:11,18
**concept** 43:24
**concerned** 69:22
**concerns** 65:6,7
67:21
**condensed** 87:10
87:12
**conference** 1:19
**consistent** 30:9
**constitutes** 78:17
**construction** 8:17
8:20,21 10:17,22
12:7 13:3 16:12
16:13,17,22 17:7
17:12,24 18:9
19:7,8,17 20:20
22:6,9,11,12,17
23:23,24 24:4,7,12
24:16 25:9 26:7
26:15,21 28:16
30:4,11 31:11,16
31:17,18 32:4,6,8
32:18,24 33:18,24
40:3,5 42:18 43:7
43:21 45:9 46:16

47:3,5,8,19,20
48:6,13 49:23
51:3,5,10 54:14,19
55:1,6,10,11,12
56:2 57:17,23
59:4,9,11,12,14
60:12 61:13,15
70:17 77:21,22,24
79:7
**consultants** 25:17
25:19
**consulting** 26:7
**contact** 87:7 90:9
**context** 81:23
**continue** 82:6
**contract** 23:1 24:8
26:5
**contracting** 34:1
**contractor** 33:12
55:16 57:22 77:24
**contractors** 24:2,5
24:18,19,21 25:14
25:20,21,23 32:12
32:20 33:21,24
57:19
**contracts** 28:17
**control** 55:9
**conversation** 78:5
79:14
**conversational**
4:24
**conversations**
63:23 68:20 69:1
**cooler** 64:11
**coordinate** 57:18
**copy** 86:9
**correct** 6:6 9:14
9:18 11:2,6,19
13:16 16:19 18:2
18:17 19:15 28:8
28:11 33:7 37:19

**EXHIBIT 2**

[correct - directly]

37:23 39:22 40:22
41:2 43:15,24
44:3,7,12,17 48:2
50:3 52:5 54:15
55:4,17 56:19
58:5,13 59:19
61:6,22 62:5,9,14
62:18 65:5,19
66:3 67:17 73:8
73:10 75:1,8,9,19
75:21 76:9 77:11
80:14 83:1 84:18
85:15 89:3
**corrections**  89:3,6
90:14,15 91:3,4
**counsel**  90:18,21
91:7
**counseled**  72:1
73:12 74:8
**counselor's**  70:2
**counterpart**  30:12
**counties**  14:8,11
**county**  21:8,8
89:18
**couple**  22:21
**court**  1:1 4:1 5:7
6:7 7:4 60:18 86:8
86:22 87:7,14
88:1
**cover**  23:5
**coworker**  64:12
**craw**  16:21
**crawford**  16:22,24
17:5,9,20,21 18:10
18:14,16 19:18
20:3,18 31:4
68:18 71:12,18
81:20 82:2
**create**  8:3
**creates**  43:23

**criteria**  39:7
**csr**  1:17 88:12,18
**curious**  67:1
**current**  8:16 15:18
15:23,24 16:1
18:4,6,19 19:5
20:6,14 42:11
44:2 62:13 82:9
**currently**  8:9,11
11:1,5 12:6 16:20
17:8,19,21 18:12
18:16 19:3,10
34:11 35:4 63:22
**cv**  1:6 88:7

**d**

**d**  3:1
**date**  61:11 89:4
90:16 91:5 92:24
**dated**  88:20
**dates**  76:17
**davis**  9:10,11
**day**  10:9,9 12:18
12:18 22:8,8
57:24,24 64:21
88:20 89:19
**deal**  78:3
**dealing**  48:7,9
**december**  9:4,7
16:4 18:4 20:14
61:19 62:4 63:22
64:14 67:12
**decide**  28:16,21
79:9,11
**deciding**  26:9,24
**decipher**  5:11
**decision**  84:7
**declared**  64:16
**deemed**  74:14
**defendant**  1:8
2:12 88:9

**deficiencies**  58:1
**definition**  75:13
**degree**  12:5,11,19
13:5,5 44:14 53:7
**degrees**  22:24
**delegated**  21:5
**department**  1:7
8:12,14 9:20
11:18 15:11 25:22
26:1,4,24 88:8
90:4 92:1
**depends**  37:13
38:4,6 54:8
**deponent**  4:20
**deposed**  4:6
**deposition**  1:11
4:15 88:14 89:2,3
90:19,22,24 91:8
91:10
**depositions**  1:16
4:23 5:23
**describe**  31:24
**description**  12:16
42:10,12 43:17
44:3,7,20 48:15
52:13,17
**descriptions**  36:22
36:23 37:14,22
38:2 39:9,13,18
41:23 42:4 43:3
43:15,22 44:15
45:3,5,24 46:2,9
46:11 47:24 48:16
48:18 49:4,5 52:9
52:12
**design**  24:21 25:7
25:11 29:6
**detail**  79:23,24
**detailed**  57:3 77:2
77:5

**determined**  90:18
90:22 91:7
**developed**  27:13
29:9
**developing**  5:7
**development**  13:4
27:14,19,22,24
30:6,8,23
**dewitt**  14:12 21:8
**dictate**  56:15,17
**dictates**  5:3
**differ**  32:3 36:14
44:21 45:6 46:9
**difference**  36:9
41:9,21 45:10
49:10,16,20 50:6
**differences**  7:7
43:1,5 45:11
50:12,15 83:21,21
**different**  4:23 5:22
10:12 14:19 20:21
21:6 22:22 30:20
36:21 38:22,22
43:10 47:18 49:3
50:7,7,9,17 51:6,7
51:24 53:22 56:9
56:22 57:18 63:2
67:14 74:8 77:15
**differs**  58:21
**difficult**  64:12
**direct**  34:4,13,15
35:1 42:14 61:21
74:5 81:13
**directing**  75:16
**directive**  75:18,24
76:13,20 77:14
78:2,20,23 79:6,12
**directives**  76:21
77:7,16,18
**directly**  17:9 18:7
18:13,17 20:3

Page 4

[directly - experience]

37:23 70:8,18
**discipline** 68:2,6
  69:13 80:1
**discovery** 1:16
**discuss** 78:14
**discussed** 71:3,5
  71:13
**discussing** 86:3
**discussion** 83:20
  83:24
**dislike** 80:17
**dispersion** 21:14
**disregarded** 77:14
**district** 1:1,1 8:21
  10:17 11:9,12,22
  13:13,15,15,18,21
  13:22 14:3,4,5,6
  14:11,17,20 15:2,4
  15:4,5,10,14,19,19
  16:6,7,14,15,18
  17:16,17,18 18:24
  20:21,22 21:15,20
  22:23 23:10,18
  24:6,22 25:12
  26:12 27:1,15,16
  27:17 32:15,19
  36:15 42:9,12
  64:8 88:1,1
**districts** 13:20
**divided** 21:11
**division** 1:2 88:2
**divvied** 29:2
**divvy** 28:16
**document** 79:2
**documentation**
  55:8,20,24
**documents** 13:13
  58:12
**doing** 4:18 23:7,9
  24:4,18 56:4
  60:10 81:17

**dollar** 41:24 42:3
**douglas** 14:15,15
**drive** 23:6 25:3
**drop** 6:23
**duly** 4:6
**duties** 10:8 12:6
  12:20,24 13:7
  22:8 26:6 40:4
  43:18 46:5,7 49:3
  50:11,16
**duty** 49:15

**e**

**e** 3:1 90:9,12 91:1
  92:3,3,3
**earlier** 53:9 61:13
  83:21 84:11
**eastern** 12:3
**edgar** 14:9,13
**education** 46:21
**educational** 11:24
**effort** 22:2 28:15
**either** 9:16 63:14
  68:18 84:8 85:20
  86:4,24
**eliciting** 50:2
**email** 76:19 81:19
  87:13
**emailed** 87:15
**emails** 8:18 76:19
  77:13
**employ** 24:6
**employed** 8:9,11
  8:13 11:12 33:11
  33:12,15 70:20
**employee** 19:21
  69:15 70:8,11
  74:7 77:20,22
  79:9,11,16
**employees** 18:20
  24:2 25:24 32:12
  32:19,19 33:20

43:23 44:12 49:8
  74:5
**encompass** 13:24
**engaged** 81:16
**engineer** 8:17,20
  9:21 10:1,3,6,10
  10:11,16,18,23
  11:8 12:7,10,17
  13:7 15:3,18 16:6
  16:12,13,18,23
  17:7,10,12,14,16
  17:23,24 18:7,10
  19:7,9,17 20:20
  22:7 25:13 27:24
  30:7,8,11,18 31:16
  31:17,21,22,22
  35:1,8,9,10,11,12
  35:20,22 36:4,6,23
  37:1 40:1,2 43:6
  44:16,16,22 45:7
  45:20 46:20,21
  49:11,17,21 52:3,4
  52:4 53:12 54:5
  54:23 59:3,15
  60:9 62:7,9 64:16
  64:24 65:1 83:23
  84:5,9
**engineering** 12:1,5
  12:11,19,23 13:1,2
  13:5 14:19 15:6
  15:13,15 24:20,21
  25:7,10,15,15,16
  25:18 33:18 43:2
  53:4,6,7 54:2 59:8
  62:5,15
**engineers** 22:10
  22:13 25:16 28:16
  30:4,5 31:12,18
  33:2,4 34:9 35:7
  36:18,19 37:8
  38:21 45:15 49:22

51:13,17 53:12,17
  53:18,23 54:2,18
  54:18,23 58:3
  59:6 60:2
**ensuring** 55:10
**entails** 55:12
**enter** 21:15
**entire** 11:21 15:22
**entitled** 87:18
  88:14
**errata** 86:18 90:14
  90:16 91:3,5
**errors** 89:6
**et** 52:22,24 53:3
**ets** 60:2
**evaluation** 58:7
  80:2
**evaluations** 49:8
  58:13,14,15,16,17
  60:11 77:3
**event** 62:16
**exact** 61:11 77:21
  78:5 79:23
**exactly** 5:2 51:8
  71:23
**examination** 3:3
  4:8 83:12
**example** 55:15
  58:12 76:7
**examples** 22:22
  51:19 58:2 77:8
  77:10,15,17
**excuse** 52:19
  53:21
**exhibits** 3:9
**exist** 29:13
**exit** 25:4
**expect** 56:12
**experience** 11:8,9
  36:24 39:6 41:12
  41:15,22 53:1

**[explain - heard]**

**explain** 13:13
14:20 38:20 65:11
71:16 79:8 85:21
**explaining** 25:2
**express** 65:6 67:21
67:22
**expressed** 65:7
**extracurricular**
81:8,11,16

**f**

**fact** 6:19 45:2
**failed** 77:16,17
**fair** 21:19,23 22:4
25:1 26:13 27:4
27:10 53:15 57:14
68:18 70:18 75:10
**fairly** 82:2
**familiar** 37:22
39:13 43:22,24
46:8
**familiarity** 38:2
44:14
**far** 21:5 23:6
24:20 26:9,23
33:8 34:4 41:13
42:6 46:21,22
49:11 50:10,13
52:2 54:4 59:21
60:6 68:7
**favored** 84:13
85:3
**favoritism** 73:7
75:11
**february** 1:11
72:4,7,8 89:2
**federal** 91:1,8,9
**feel** 47:17
**feeling** 82:13
**fewer** 36:13
**field** 8:17,20 10:22
12:7 19:7,17

20:20 22:6 28:16
30:4,5 31:11,16,17
31:18,21,22 33:1,4
33:18 56:3,7,16
57:8 64:16,23
65:1 82:7
**filed** 84:12
**filling** 19:18
**final** 7:9,23
**finally** 84:24
**finances** 26:17
**financial** 55:21
58:1
**find** 86:19
**finish** 5:5 8:1
**firms** 25:13 26:7
**first** 4:6 67:19
71:12 79:9 83:18
**five** 30:11 34:9,15
35:4
**fluctuates** 34:17
57:4
**folks** 82:13
**follow** 4:22 75:17
75:23 77:16,18
**following** 60:22
75:15 83:4
**follows** 4:7 90:8
**foregoing** 89:2
**foreman's** 78:14
**form** 63:11
**found** 82:24
**four** 35:6 67:16,20
68:21,21
**frcp** 91:1
**full** 4:12 9:4 17:22
19:3,11,21 87:9,12
**fully** 5:9,15
**functioning** 37:15
**further** 32:13
71:15 85:17,19

**future** 29:7,17

**g**

**garnett** 15:20,21
16:6 18:17 64:17
65:11,14 66:10
68:18 71:11,18
72:17,18,21 73:1,3
**gears** 61:2
**gee** 66:10
**gender** 84:8 86:17
**general** 2:8,9 12:1
23:5 43:24 56:21
57:4 79:5
**generalities** 51:16
**generalize** 48:22
**generally** 68:12
**geographic** 20:22
21:13,16
**geographical** 21:7
**george** 9:10
**getting** 13:10 65:8
73:12
**gist** 22:13
**give** 4:20 5:4 22:21
28:1,3 51:19
60:17,18 78:2
79:12 81:15,23
83:11
**given** 27:5,9 29:2
29:3 49:12 74:24
77:9,15 79:19,21
79:24 89:4
**gives** 27:12 57:11
57:11
**giving** 5:13 83:6
**go** 25:3,8 30:14,15
43:10 54:10 83:9
**goes** 43:12
**going** 4:18,19 5:5
7:10 14:21 20:14
26:9 27:1,5 28:22

29:1,11 37:6
48:12 57:12 60:15
60:23 76:9 77:11
79:8 82:3
**good** 4:11 6:6
57:11 65:23 66:15
66:24 67:7,9
**gossip** 64:11
**governmental**
26:19
**grade** 54:3
**gregory** 19:12
20:6
**guardrail** 23:2
**guess** 54:10 56:17
**guy** 64:18
**guys** 33:16

**h**

**h** 92:3
**half** 60:16
**halfway** 5:2
**handle** 20:22 21:7
22:24 23:20 32:21
33:20 55:8
**handled** 33:20,21
90:8
**handles** 15:11
21:21
**handling** 17:24
**happen** 19:5 25:8
29:23
**happens** 6:24 32:5
**hard** 64:11
**head** 5:21 6:1 80:6
**headquartered**
14:7
**headquarters**
13:21,22
**hear** 7:2,4,6 83:18
**heard** 50:13 64:10
71:1 86:15

[held - job]

| | | | |
|---|---|---|---|
| **held** 9:1,8,11 11:3 15:21,22 17:8 20:16 62:17 | 37:12 38:3,11,15 38:17 40:13,22 41:6,10,21 42:3,8 | 33:10 50:19 57:9 59:16,21 | **interviewed** 54:1 **investigated** 71:8 71:14 |
| **hey** 29:14 | 42:20 56:19 62:14 | **influence** 84:21 | **invoice** 55:16,17 |
| **higher** 35:14,16,21 | 62:15,20 66:1,18 | **information** 87:8 | **involved** 26:15 |
| 36:3 37:15 42:2,7 | 67:1 | **informed** 68:9 | 30:20 |
| 42:19 57:10 | **iiis** 36:20 37:7 | **infractions** 82:5 | **issue** 74:11 |
| **highest** 34:18 | **ilag.gov** 2:11 90:2 | **innocent** 82:12 | **issues** 68:2,6,8 |
| **highway** 23:17 | **illinois** 1:1,7,19 | **inside** 27:15,17 | 69:13,13,16 82:18 |
| **hire** 12:17 | 2:4,8,10 8:12 | 56:3 | **iv** 10:22 31:23 |
| **hired** 25:17,20 | 11:18 12:2,3 | **insight** 67:2 | 35:13,15 36:6,9,12 |
| 26:5,7 32:20 | 13:22 14:8 48:24 | **insinuate** 80:16 | 37:11 38:3,12,15 |
| 33:13 52:24 | 88:1,8,13 89:18 | **inspector** 55:7 | 38:18 40:13,22 |
| **hires** 13:3 | 90:4 92:1 | **inspectors** 55:9 | 41:6,7,9,11,21 |
| **hiring** 66:10,13 | **immediate** 16:9,11 | 59:4,5 60:5,6,11 | 42:3,5,7 52:22 |
| **hold** 8:22 10:2 | 53:10 79:12 | **instance** 75:3 | **ivs** 30:6,10 36:18 |
| 11:1,5 12:6 20:6 | **immediately** 79:15 | **instances** 68:4 | 59:22 66:2 |
| 28:20 29:5 62:4 | **implementation** | 75:5,8 79:20,23 | |
| 63:22 | 8:21 17:14,15,23 | **instinct** 5:3 | **j** |
| **holds** 16:20 17:19 | 18:7 30:22 31:1,3 | **insubordinate** | |
| 17:21 19:10 | **important** 5:6,11 | 69:18 74:15 81:4 | **jab** 2:5 |
| **hour** 60:15 | 6:12,13 | **insubordination** | **january** 9:4 65:2 |
| **house** 25:16 | **inaccuracies** 86:11 | 74:14 75:14,19 | 72:9 |
| **huge** 21:21 | **inaccuracy** 86:20 | 76:1,10 77:2,12 | **jason** 1:11 3:4 4:5 |
| **huh** 6:2,5 | **inaction** 82:6 | 79:19,20,24 | 4:13 50:1 86:2 |
| **human** 5:21 | **inappropriate** | **insure** 5:16 | 89:2,16 90:5 92:2 |
| **i** | 74:13 76:19 77:13 | **intended** 7:11 | 92:24 |
| | **incident** 79:18 | **interchangeable** | **job** 8:16,22 9:19 |
| **idea** 40:24 57:11 | **include** 44:10 | 38:12 39:15 40:2 | 10:8,20 12:6,15,17 |
| 64:2,5 70:24 | 55:21 | 40:6 41:5 43:8 | 12:20 13:6 19:6,8 |
| **identical** 39:10,14 | **included** 90:14 | 46:10,15,18,23 | 20:24 21:3,14 |
| **identified** 43:18 | 91:3 | 47:2,6,11,12 50:16 | 22:8 28:20 31:9 |
| 80:12 | **includes** 13:20 | **interested** 65:15 | 35:1,12,12 36:2,3 |
| **identify** 86:10,19 | 14:8 | **interject** 5:4 | 36:22,22,23 37:3 |
| **idot** 8:16 11:9,12 | **including** 20:2 | **internally** 25:12 | 37:14,22 38:2,23 |
| 14:18 25:12,14 | **indicated** 11:16 | 25:12 | 39:3,5,9,13,18,20 |
| 26:11 32:12,19,21 | 32:16 61:18 62:16 | **interrupt** 5:12 | 41:1,23 42:4,10,11 |
| 33:11,15,20 43:23 | **individual** 17:9 | **interrupted** 30:14 | 43:3,14,17,18,22 |
| **iii** 9:24 10:1,3,6,10 | 19:13 43:11 48:22 | **interstate** 23:14 | 44:3,6,9,15,20 |
| 10:11,16,18 11:8 | **individuals** 18:23 | 23:16 | 45:3,4,5,18,19,24 |
| 12:10 13:7 35:13 | 19:23 20:2 24:22 | **interview** 52:22 | 46:2,4,7,9,11 |
| 35:17 36:7,9 | | 64:20 | 47:23,24 48:14,16 |
| | | | 48:17 49:1,3,4,5,7 |

Atkinson-Baker, A Veritext Company
(818) 551-7300
www.veritext.com

**EXHIBIT 2**

[job - michael]

49:15 50:7,11,11
50:16 52:9,12,12
52:17 53:5 54:4,8
55:9 58:7,13,14
66:15,23,24 67:1,5
69:21 72:2 73:6
73:11,13,17,20,24
74:2,9,11,18,24
81:14
**jobs** 22:11,11 40:1
73:8 74:20
**john** 2:3 50:3
83:10
**judgment** 66:20

**k**

**k** 89:18
**kedas** 1:4 4:2 61:4
61:6 62:20 63:7
63:14,24 64:3,6
68:22 69:1,5
84:12,22 85:14
88:5 90:4 92:1
**keep** 48:12,12 51:3
**ken** 16:21 17:20
18:10,14 19:18
20:3,18 31:4
71:12,18 82:2
**kenneth** 16:22
81:20
**kensil** 15:20 16:5
18:17 64:17,20
66:10 71:11,18
72:17,18,20 73:1,3
**kind** 5:3 13:10
21:12,13 50:4
**knew** 62:23 63:6
84:17
**know** 5:2,4,14,21
6:12,15 7:3,4,5,9
7:14,17 9:11 14:1
14:6,23 16:24

20:5,9,16 23:6,8
24:12 25:4,4 26:4
26:16,17,18 28:24
29:11 30:17 32:16
35:17,18 37:17
39:8,11,16 42:21
45:22,23 46:2
47:7,24 48:12
49:8 51:1,23 52:1
52:13,23 53:5,8
56:17,21 58:12
61:11,18,24 62:22
62:24 63:11,17,19
66:6 67:5,14,15
68:15 69:4,6,10
70:22 71:7,10
72:9,10,11,20 73:5
73:22 74:1,10
77:5 80:9
**knowledge** 25:2
38:1 44:10,19
45:1,3,13 46:7
48:4,17 52:11,16
56:18 84:20
**krajewski** 2:3
**kwame** 2:8

**l**

**labor** 82:6
**laid** 49:4
**lanes** 23:8
**large** 21:17
**latest** 82:4
**lawful** 75:18,23
**lawyers** 8:2
**lead** 55:7
**leave** 19:18
**led** 72:15
**legal** 90:7
**lengthy** 83:20
**lesser** 13:5

**level** 34:10 35:21
37:15 41:24 42:19
42:20 53:20 68:14
80:23
**levied** 80:1
**license** 1:17
**lighten** 21:16
**limited** 14:2 25:3
26:10
**line** 86:18,19,19
90:15 91:4 92:4,7
92:10,13,16,19
**list** 28:6 60:12
**little** 4:17 9:15
13:10 26:16,17,19
61:2 65:4
**load** 21:16
**locked** 90:12 91:1
**long** 7:10 8:13 9:1
9:11 10:2 16:24
23:13
**look** 18:12 29:15
40:21 58:11
**looking** 5:10
**looks** 85:24
**lost** 6:22
**lot** 5:22 6:10 10:11
13:12 22:2 43:10
**lots** 82:18
**lower** 42:19 53:14
57:11
**lowest** 34:18,21

**m**

**machine** 88:13,15
**main** 48:7
**maintainers** 33:14
**maintenance**
15:12,16 23:1
30:5 31:21 32:2,3
32:5,7,9,11,14,15
33:1,4,9,16,18

**making** 55:22
**management** 27:6
74:4
**manual** 76:11
**marathon** 7:11
**march** 59:13
67:14 72:9 76:16
88:21 90:3
**master's** 12:2
**math** 9:14
**matter** 41:14
**mclean** 14:12
**mean** 5:15 7:1
13:3 22:12 25:24
33:17 35:19 36:1
36:8,10,12 38:6,14
38:24 40:21 43:17
52:12 55:6 56:14
56:18,21 58:11
59:2 64:7 66:9,23
72:23 74:7 79:1
81:11 82:2 86:12
**means** 5:22
**medical** 19:18
**meeting** 30:7,21
71:11,17,21,24
72:12,14,16,19,24
**meetings** 29:5,6,20
29:22 30:3 31:5
**memorization**
48:17
**memorized** 39:19
43:3 46:1,3,12
48:15 52:10
**mention** 63:16
**mentioned** 30:10
31:11
**merely** 41:14
**met** 63:4,5
**michael** 20:11

Atkinson-Baker, A Veritext Company
(818) 551-7300                                    www.veritext.com

**[midpoint - pending]**

**midpoint** 34:18
**mike** 63:19,23 64:3 69:1,5,18 70:23 71:5 84:13
**million** 37:4
**mindful** 6:19
**minute** 83:11
**minutes** 60:17,20
**misspelling** 86:16
**mistyping** 86:16
**misunderstood** 11:13 33:3
**mix** 24:2
**moment** 30:16 70:15
**money** 26:18
**monitoring** 22:9 29:6,20,22 31:5
**month** 8:15 11:18
**monthly** 30:2 31:5
**months** 59:12 67:16,16,20 68:21 68:22
**morning** 4:11
**multiple** 75:4 77:13

**n**

**n** 3:1
**nail** 57:2
**name** 4:12 16:10 78:12 86:16
**nature** 5:21
**necessarily** 10:19 16:10 28:14,17 38:24 53:24
**necessary** 12:5,11 12:19 52:7 90:14 91:3
**need** 5:20 6:19 7:13 24:9 40:20 86:4

**negative** 63:9,15
**neihart** 27:23 28:1 29:3 33:12
**neither** 63:9
**new** 28:21
**nonverbal** 5:23
**normal** 4:23
**normally** 34:19
**notary** 1:18 89:22
**notating** 90:15 91:4
**noted** 89:3
**notes** 85:9 88:15
**notification** 29:12
**november** 59:13
**number** 9:22 14:19 42:1 57:3 90:15 91:4
**numbers** 55:22
**numeral** 30:11

**o**

**o** 89:18,18
**obviously** 24:15
**occasion** 5:14
**occasionally** 6:22
**occasions** 74:9 76:8 77:10
**occur** 71:21
**occurred** 68:2 72:12
**occurring** 58:1
**odd** 65:20 66:5
**offered** 67:3
**office** 56:7,13,15 56:24 57:1,5,6,13 64:10 70:2 90:11
**offices** 63:2
**oftentimes** 5:1 6:9
**oh** 30:13
**okay** 4:4,14,17 5:17,18 6:7,17,18

7:21,22 8:6,7 15:5 15:9 18:11 20:5 25:1 26:16 28:6 28:19 29:14 30:17 31:20 34:7 36:12 40:12 46:22 48:4 53:21 55:5 58:11 59:1,18 60:14,17 60:20 61:12 67:11 68:12 69:9 71:23 72:15 75:21 79:18 80:17,20 82:16 83:5,18 84:7 85:17 87:6
**ones** 53:10
**operation** 33:5 82:13
**operational** 24:14
**operations** 15:11 15:15 23:22 30:23 31:23,24 32:10,23 33:5,9,10,19 57:24
**opinion** 40:9,16 41:17,20 63:7,8,12
**opportunity** 5:17 60:19 86:7 87:1,3 87:4
**opposed** 6:5 7:7 56:7 57:5 74:12
**opposite** 77:21 78:6
**order** 52:2
**organization** 18:13
**organizational** 15:1 17:13
**original** 90:10,21
**outlined** 45:5 47:23
**outreach** 22:13

**outside** 27:15
**overall** 21:21 34:13 48:10
**overcharged** 55:17
**oversee** 23:10,17 28:10 46:3
**overseeing** 23:19
**oversight** 27:6,18 28:7,22
**oversimplification** 38:19,20 43:9
**owner** 78:11,16 79:7

**p**

**page** 6:13 86:19 89:1 90:15 91:4 92:4,7,10,13,16,19
**pages** 90:14,17,17 91:3,6,6
**pamela** 1:17 88:12
**paris** 13:22 14:7
**part** 12:15,16 13:15,18 19:14 39:20 46:4 57:16
**participating** 6:20
**particular** 23:19 50:23 55:13 71:17 72:15
**patching** 23:2 24:13 32:7,16
**path** 77:20,22,24 78:11,16 79:7
**paul** 77:23 78:3
**pay** 7:12 51:23,24 52:1
**payroll** 35:14,16
**pdf** 90:12 91:1
**penalty** 90:16 91:5
**pending** 7:19

[people - put]

**people** 6:23 24:1,4 24:6,17 25:6,19 32:11 33:5 34:3 34:12,15,19 37:22 44:11 58:4,13,17 58:19,20 66:6 76:19 77:14
**peoria** 13:21
**percent** 56:24 57:1 57:7,13
**percentage** 56:6
**perfect** 6:21 87:13
**perform** 12:6 13:6 13:7 25:18 26:6 40:3,4 44:12
**performance** 58:15,16,17 60:10 67:1,22
**performed** 58:17
**performing** 24:1 58:7
**period** 10:15 16:5 25:22 26:6 62:19 68:21 70:10 90:18 91:7
**periodically** 30:1
**perjury** 90:17 91:6
**permanent** 9:16
**person** 7:8 10:20 14:24 18:8 21:17 27:18,21 43:11 56:15 58:9 78:12
**personal** 80:16,23
**personally** 52:17 62:24 80:17
**personnel** 68:16
**personnel's** 76:10
**pertaining** 1:15
**phone** 7:16 78:5,9 78:10 79:6,13

**piatt** 14:12 21:9
**pipeline** 29:7,15
**placed** 33:22
**plaintiff** 1:5,14 2:6 88:6
**play** 27:2
**please** 4:12 6:15 7:3,14 21:1 45:16 50:20 58:14 62:11 87:5
**point** 5:13 6:14 7:13 28:7 29:9,11 29:14,17 61:5 67:19 69:3 70:7
**points** 83:16
**policy** 76:10
**pool** 29:1
**position** 9:2,3,6,8 9:12,15 10:2,6,10 10:19,24 11:4,4 12:10,11 15:21,23 15:24 16:1,9,20 17:1,4,7,16,17,19 17:23 18:1,4,6,9 18:23 19:10 20:6 20:10,12,13,14,16 20:19 21:20 31:14 34:5 35:11,21 42:19,20 44:2,20 44:21 46:24 47:1 49:1,15 52:18,22 53:6 54:7,24 60:3 60:7 61:19,21 62:4,14,17 63:22 64:7,14,15,19,21 65:8,12,16 66:7,11 67:12,15
**positions** 31:9,12 39:10 41:1,2 42:23 44:10 46:14 46:18,23 48:10

50:7,15,17 51:24 53:22 54:1 56:1 84:3
**positive** 63:9,15 67:22
**possible** 23:21 83:7
**possibly** 82:10
**predecessor** 20:10
**preference** 74:24
**preferentially** 69:24
**present** 71:16 72:13
**pretty** 25:3 65:17
**previous** 12:9
**previously** 61:18
**primary** 54:22
**prior** 9:8,14,19 11:7,11 61:24 62:3,22 63:21 64:6
**private** 32:20
**probably** 11:15 26:13
**problems** 80:11,12 80:13 81:1
**procedure** 90:19 90:20
**proceedings** 60:22 83:4 87:17 88:13
**process** 33:23 34:1
**professional** 81:2
**program** 13:4 27:13,19,22,24 29:5,5,19,19,22 30:6,7,12,22 42:12
**programming** 30:6,13
**project** 8:20 17:14 17:15,22 18:7

20:23,23 21:10,10 23:10,23 26:7 30:22 31:1 32:4 37:5 55:6,7,12,13 56:2,22,23 58:5,8 58:21,21 84:4
**projection** 31:2
**projects** 10:17 21:20,22 22:2,3,9 22:11,12,17,18,19 22:22,24 23:1,24 24:12,16 26:9,18 26:21,24 27:5,7,9 27:12 28:2,2,6,11 28:18,21 29:1,7,9 32:14,18 33:13,22 40:5 42:1,1,6,18 43:7,21 45:9 46:4 46:16 47:3,5,9,19 47:21 48:6,13 49:7,23 50:18 51:4,5,10 54:14,19 54:24 55:1 56:19 57:8,17,23 84:8,14 84:21 85:15
**promoted** 63:7,14 67:11
**promotion** 67:3
**promotions** 54:3
**properly** 55:11
**provide** 27:6 28:10
**provided** 90:19 91:8
**public** 1:18 22:13 26:20 89:22
**purpose** 1:16 78:13
**put** 4:1 29:1

Atkinson-Baker, A Veritext Company
(818) 551-7300                    www.veritext.com

**EXHIBIT 2**

[qualifications - response]

| q | ranking 36:3 | regardless 82:11 | 70:13 86:8,22 |
|---|---|---|---|

**q**

**qualifications**
42:22 43:13 46:20
46:23 48:2 49:2
49:12,14,18 50:8,9
51:6,7,17 52:2,7
52:18
**qualified** 1:18
**quarter** 29:24
**question** 5:1,6,16
6:15,16 7:1,19
11:14 14:22 21:1
21:12 24:9,24
33:8 37:6,9 39:24
41:19 44:23 46:13
46:17 47:4,6,7,10
47:13,14 49:6,24
50:2,20 54:12
58:10 62:11 65:22
65:24 66:8 73:13
73:20,24 74:13,16
74:17,19,21,22
80:8,15,18,21
**questioned** 52:24
73:11
**questioning** 66:24
72:1 73:5,7,17
74:1,9,18,23
**questions** 4:19,21
5:19 6:9 83:7,8,15
83:17 85:11,18,20
**quite** 21:22 82:9

**r**

**r** 92:3,3
**r&s** 91:1,9
**ramp** 25:5
**ran** 10:17 56:18
**range** 34:19 51:24
56:11

**ranking** 36:3
**raoul** 2:8
**read** 82:3 89:2
**reading** 90:23
91:9
**really** 5:15 7:12
26:14 50:4 56:14
**reason** 92:6,9,12
92:15,18,21
**reasons** 7:3
**rebuilding** 24:12
**recall** 15:17 30:16
61:8 64:13 66:17
68:5,8,23,24 70:4
70:15,16 71:24
72:3,6 73:2,3 78:8
79:1,5 81:7,18,19
81:22 82:14 83:20
83:24
**received** 54:3
**recollection** 65:14
65:17 68:9 79:22
**recollections** 77:6
**reconstructing**
23:3,4
**record** 4:2 5:8 6:3
8:1,3 60:23 86:17
**rectify** 82:10
**reference** 79:3
**referenced** 90:6
**referencing** 78:10
**referring** 81:7
82:17
**reflectors** 23:2
**refrain** 81:17
**refusal** 75:17,23
**refuse** 76:6
**refused** 76:3,12
77:6
**regarding** 64:6
79:19,21

**regardless** 82:11
**region** 8:21 13:13
13:15,18,19,20,23
**regional** 15:3,18
16:6 17:10
**regular** 31:17
**rehabilitating**
23:4
**related** 15:13
**relates** 33:8
**relation** 81:14
**relations** 82:6 85:7
**relationship** 67:7
67:9 69:7,11,15
70:23
**released** 90:21
**remember** 29:21
63:3 64:1 65:13
68:1,6 72:23
78:12 79:4 80:3,5
**removal** 15:12
24:15
**remove** 79:12,15
**removed** 78:4
79:16 82:7,20,22
**repeat** 44:23 50:20
54:20 75:22
**repeatedly** 76:20
**repeating** 85:12
**rephrase** 6:16
**report** 10:19 17:9
17:12 18:6,8,9,13
18:16 20:3 21:4
34:13 35:1 42:14
53:14,17,18,19,23
54:7 59:7,16 60:2
61:21 76:9 77:11
**reported** 58:4
61:24 70:17 88:13
**reporter** 4:1 5:7
6:7 7:4 60:18

70:13 86:8,22
87:7,14
**reporting** 62:1
70:11 89:7
**reports** 34:4,5
53:10,13 70:8
**request** 82:5,7
**requested** 79:15
91:1,9,10
**require** 53:6
**required** 12:15
37:3
**requirements**
12:16 52:23 53:5
**reserve** 86:6
**resident** 9:21
22:10,12 34:9,24
35:7,7,8,9,10,11
35:12,20,22 36:2,3
36:6,18,19,23 37:1
37:8 38:21,24
40:1,2 42:14,17
43:3,6,6 44:15,16
44:16,20,22 45:5,6
45:14,15,20,20
46:19,21 49:10,11
49:17,17,21,21,22
51:12,13,17,18
52:3,3,8,19,19,21
53:1,11,12,12,17
53:18,21,23 54:4,6
54:18,18,18,22,23
54:23 58:3 59:15
60:3,4,9 62:7,9,15
70:6 83:22,23
84:4,5,9,9
**residential** 52:8
**respect** 12:18
**response** 5:4 83:17
85:13

[responsibilities - someone's]

**responsibilities** 10:5,9,15 14:2,3 16:14 17:4 20:24 22:7 36:13,13,14 37:2,7,11 38:3,9 39:21 41:13 42:16 43:14,18 44:10 45:4,14,17,19 46:22,24 47:23 48:1,10 49:2,9 50:11 54:22 55:18 55:20 57:19 83:22
**responsibility** 38:10 39:2,4 57:16
**responsible** 22:23 23:18 31:13 39:21 55:12,15 60:10 85:14
**rest** 60:18
**restroom** 7:16 60:19
**resurfacing** 23:3,8 23:9 24:13
**return** 90:17 91:6
**review** 83:11 86:7 86:10 87:1,3,5 90:8,10,13 91:2
**reviewed** 8:18
**reviewing** 85:9
**right** 4:11 5:15 7:15 8:8 9:17 13:9 18:11 33:5 34:7 36:17 37:6 38:14 42:13 43:4,19 47:20 48:20 50:19 55:1,3 58:22 60:12 63:18,21 66:21 74:6,20,21 75:5,17 78:19,22 79:13 80:3 82:17

82:21 85:19 87:2 87:6
**rights** 74:4
**road** 5:10 22:18 23:8 24:13,13,18 25:3 26:18
**roadways** 23:4 32:2
**robert** 4:13
**robinson** 19:12 20:6
**robinson's** 20:9
**role** 4:20 19:19 27:2 36:20
**roman** 30:11
**room** 4:2
**rough** 21:13
**route** 23:13,14,16
**rpr** 1:17 88:12
**rules** 91:8
**rumors** 71:1
**run** 42:18 43:7 45:8 46:16 47:3,5 47:8,18,20 48:6,13 49:22 51:3,5 54:19,24,24 55:5 56:1
**running** 40:4 43:20 54:13 57:16 57:23
**runs** 30:7

**s**

**s** 2:4,10 92:3
**safe** 85:23
**sat** 71:11
**saying** 6:4 48:13 51:3 72:23
**says** 7:24 35:19 42:12
**scenery** 82:9

**schedule** 90:10
**scheduled** 29:24
**scott** 27:23
**scuttlebutt** 64:10
**se** 54:4
**season** 58:23,23 59:1,1,4,9,12,15 61:15
**seasons** 61:14 70:17
**second** 8:24 34:10 53:20
**see** 13:12 23:7 25:3,5 51:15 84:2
**selected** 65:12
**send** 77:13 86:8,21
**senior** 35:7,9,11 35:19,20 36:2,18 36:23 37:1 40:2 44:15 49:21 52:3 52:19 53:11 54:17 54:23
**seniority** 66:2,6
**sense** 6:10 25:10 52:14 56:23 66:22
**separate** 76:8 77:10
**separated** 21:6
**september** 82:1
**series** 4:19
**session** 7:11
**set** 26:6,6 43:11,12
**sets** 38:22
**seventh** 2:4
**sexual** 70:22 85:7
**shake** 5:21
**shaking** 6:1
**she'll** 8:2
**sheet** 86:18
**short** 60:21 83:3

**shorthand** 88:13 88:15
**shortly** 61:20
**shoulders** 6:1
**shrug** 6:1
**sign** 86:21 90:16 91:5
**signature** 8:19 85:22,22 86:3,4,5 86:6 87:1,2 88:18 89:1 90:21,23,23 91:9
**similar** 85:2
**simple** 4:21 49:6
**simply** 49:9 50:15 74:15,17
**single** 49:1
**sir** 4:11,16 8:8 11:24 17:6 85:23 85:24
**sit** 28:20
**sites** 69:21
**sitting** 78:18
**six** 9:15
**skill** 38:22 43:11 43:11
**smith** 1:11 3:4 4:5 4:13,14 61:3 83:7 83:15 85:21 89:2 89:16 90:5 92:2 92:24
**snow** 15:12 24:15
**snowed** 85:24
**sole** 39:7
**solutions** 90:7
**somebody** 5:9 9:8 21:8,9 28:3 29:4 66:23 68:13,14
**someone's** 86:16 86:17

Atkinson-Baker, A Veritext Company
(818) 551-7300                    www.veritext.com

[somewhat - things]

| | | | |
|---|---|---|---|
| **somewhat** 13:8 | **stay** 59:20 | 48:11,20 49:7,16 | **technician** 13:1,2 |
| **sorry** 11:13 14:15 | **stipulation** 90:20 | 49:20 50:12 52:15 | 35:8 42:14,17 |
| 30:13 35:6 53:16 | **stop** 5:14 6:24 8:1 | 53:20 56:12 61:6 | 43:2,3,6 44:17,21 |
| 62:7 85:9 | **street** 2:4,10 | 61:9,16 68:13 | 45:6,14,20 46:19 |
| **sort** 4:22 23:2 | **stuff** 24:14,15 | 69:15 71:12 73:15 | 49:11,17 52:8,8,21 |
| 32:17 57:12 59:22 | 25:11 | 73:18,21 74:12 | 53:1,4,6 54:6,24 |
| 64:18 75:7 | **submission** 70:1 | 75:2,8,18,24 84:3 | 60:3,4 62:5 70:6 |
| **sorts** 6:2 24:16 | **submit** 82:4 | **supervisors** 75:15 | 83:22 84:4,9 |
| 55:18 57:21 | **submits** 55:16 | **supervisory** 68:16 | **technicians** 12:24 |
| **sounds** 4:21 | **submitted** 71:2 | 75:24 | 25:17 49:22 51:13 |
| **sowa** 77:23 78:3 | **subordinate** 18:20 | **suppose** 47:11 | 51:18 52:19 53:13 |
| **speak** 26:14 48:15 | 34:3 44:6,11,11 | **supposed** 41:11,24 | 54:2,19 59:8 |
| 75:12 | 58:8 68:15 70:8 | 42:2,7 45:8 55:23 | **technological** 7:3 |
| **speaking** 32:23 | 70:11 | **sure** 6:3 14:23 | **technology** 6:21 |
| **specific** 6:15 9:1 | **subordinates** | 44:24 45:17 55:22 | **tell** 4:17 13:12 |
| 68:5,8 78:2,23 | 39:22 45:4 54:7 | 68:16 69:2 75:23 | 66:13,16 71:23 |
| **specifics** 68:11 | **subpoena** 1:15 | 81:24 | **telling** 81:7 |
| 69:7 79:1,4 | **subscribed** 89:19 | **switch** 61:2 | **tells** 29:6 |
| **speech** 4:24 | **substantively** | **sworn** 4:6 89:19 | **ten** 10:4 11:3 |
| **spend** 56:24 57:1,5 | 86:13 | | 60:16 62:17 |
| 81:8 | **suggest** 39:3 | **t** | **term** 59:5 60:1 |
| **spending** 57:13 | **suggests** 35:21 | **t** 52:24 92:3,3 | **terms** 57:4 |
| **spread** 81:21 | **suicide** 78:15 | **table** 18:13 | **testified** 4:6 46:8 |
| **spreading** 82:12 | **supervise** 37:18,23 | **take** 7:10,13,15 | 48:11 84:11 85:11 |
| **spring** 61:10 67:13 | 40:21 48:1 | 21:8 22:2 60:16 | 86:12 |
| **springfield** 2:4,10 | **supervised** 36:17 | 79:10 87:9 | **testimony** 83:17 |
| **staff** 85:1 | 36:19 39:12 85:14 | **taken** 1:19 4:15 | 86:6,10 |
| **stands** 30:17 | **supervising** 8:17 | 82:5,11 88:15 | **thank** 14:16 83:5 |
| **started** 16:4 20:5 | 8:20 10:22 12:7 | 89:2 | 85:23,24 86:1 |
| 61:19 | 19:6,8 20:19 22:6 | **takes** 21:9 | **thanks** 83:10 |
| **state** 1:19 4:12 | 22:10 31:15 76:18 | **talk** 61:3 63:19 | **thing** 7:9,23 23:3 |
| 23:13,17 26:17 | **supervision** 22:1,3 | 67:21 | 57:12 59:22 67:5 |
| 33:11 48:24 82:9 | 28:11 34:12,14,16 | **talked** 34:24 54:11 | 82:3 |
| 88:12 89:18 90:9 | 55:8 76:22 82:21 | 54:13,14 61:13 | **things** 4:22 6:2,22 |
| 90:12 | 82:23 | 69:2,4 | 8:4 10:12 14:19 |
| **stated** 24:10 41:11 | **supervisor** 10:20 | **talking** 7:12 8:1,2 | 26:21 29:23 30:1 |
| **statement** 7:24 | 10:21 16:10,11 | 22:16,18 34:3 | 32:17 36:16 38:22 |
| 21:23 | 36:20 37:10 38:17 | 53:11 81:20 | 40:12 43:10 48:5 |
| **states** 1:1 88:1 | 40:1,10,13 41:4,9 | **taylor** 1:17 2:9 | 49:3 51:9,12,15,16 |
| **status** 26:3 | 43:4 44:9 45:2,13 | 87:14 88:12 90:1 | 52:13 57:21 63:15 |
| | 45:18 46:6 47:1 | **taylor.traynoff** | 63:15 67:22 68:10 |
| | | 2:11 90:2 | |

[things - want]

77:4
**think** 11:17 16:4
35:4 51:15 54:17
58:4 61:19 62:21
65:20 66:5,9,15,18
66:22 76:7 85:10
**third** 19:16 79:18
**thoughts** 64:3,6
**three** 19:23 20:1
20:20 21:3 28:15
28:24 35:7 47:11
67:16,20 68:21
77:10
**time** 5:13 6:14
7:14 9:4 10:15
11:21 15:22 16:5
17:22 19:3,11,14
19:21 20:7,13
22:2 23:23 25:22
26:6 29:17 32:10
32:10 51:22 54:3
56:6,24 57:1,5,13
61:5 62:19 64:2,6
66:19 67:19 68:17
68:21 70:7,10
73:15,18,21 76:3
76:12,18 78:5,9
81:8 82:19 83:6
90:10,18,24 91:7
**timeframe** 16:3
**times** 54:11 76:16
77:13
**title** 8:16 9:19
10:20 16:10 19:6
19:8 20:7 21:4
27:23 28:20 30:16
31:15 35:2,12,14
35:16,20 36:2
37:3 38:23 39:3,5
**titles** 33:2 36:21
54:4

**today** 4:18 6:20
**token** 5:12
**told** 29:14 69:22
**top** 15:1 80:5
**total** 13:23 34:2,4
**traffic** 55:9
**trainee** 12:17
**transcript** 86:5,8,9
86:23 87:3,10
88:14 89:2,3 90:6
90:8,10,13,13,21
91:2,2
**transcription**
86:11 88:14 89:7
**transmission** 6:23
**transportation** 1:7
8:12,14 9:20
11:18 27:1 88:8
90:4 92:1
**traynoff** 2:9 3:7
4:4 7:5,23 50:1
83:8,10,14 85:17
85:21 86:2 87:6
87:16 90:1
**treating** 69:23
**trick** 50:5 62:12
**trouble** 76:17
**true** 18:3 88:14
89:3
**try** 5:20
**trying** 21:2 25:9
25:10 41:7,8
47:17 48:22 49:9
50:5,5,10,14 52:14
54:9 57:2 62:12
66:21 76:7 80:20
80:22 81:17
**tumultuous** 69:6
69:10
**twenty** 8:15

**two** 13:14 28:19
31:8 39:9 42:23
46:14,18,23 57:1
70:16 77:8,9,9,15
**type** 15:6,15 21:20
22:22 23:10 24:15
32:18,21 33:19
**types** 13:6 15:7,8,9
22:3,17 36:4 51:9
**typical** 30:8 33:24
56:23 59:17
**typically** 13:4 24:1
26:5 29:10 36:7
56:2,3 58:23 59:3
59:4,10,11,12,14
60:5 87:9

### u

**un** 6:2,2,2,5
**underneath** 34:20
**understand** 5:9
6:11,15 19:24
21:2,19 25:6 41:8
41:8 43:5 45:2
47:5,21 49:4,5,10
50:6,10,14 52:12
52:18 54:9 56:22
57:3,10 66:23
68:7 69:16 74:10
**understanding**
22:16 33:3 39:21
45:19,23 48:19
51:8 54:21 58:20
73:16,19,23
**understands** 50:12
**understood** 50:8
**united** 1:1 88:1
**university** 12:2,4
**unsuperviseable**
82:8
**unsure** 32:23

**urbana** 1:2 88:2
**urgent** 82:5
**use** 7:15 16:3 59:5
60:19

### v

**v** 1:6 88:7
**vacant** 16:21
**varies** 13:8 34:6
34:22 36:15 56:9
57:8 58:5
**various** 36:16
**vary** 21:21 48:16
**vein** 85:5
**verbal** 5:24
**veritext** 90:7,9,11
**vermilion** 14:13
21:9
**version** 87:10,12
**versus** 56:10,16
**vetting** 33:23
**video** 7:7
**view** 36:21 37:10
38:11,14 39:17,24
40:12 41:4 46:6
46:15 47:1 49:15
49:20 80:23 81:2
81:2
**views** 39:14 41:8
52:15 81:5
**violated** 76:20
**violations** 76:10
**vs** 90:4 92:1

### w

**waive** 86:4,24
**waived** 90:23,23
**waiving** 85:22
90:20
**want** 5:16 6:3
50:21 61:2,3
76:16 79:3 87:11

Page 14

**EXHIBIT 2**

[want - zoom]

87:14
**wanted**  64:21
82:20
**wants**  26:19,20,21
**way**  10:14 13:17
21:5 23:5 40:16
40:18 47:16,18
50:21,23,24 54:10
55:23 69:23 77:20
**ways**  47:11
**we've**  60:15
**wee**  60:22
**went**  33:2
**winter**  59:11
**wise**  16:9
**wishes**  82:6
**withhold**  87:2
**witness**  1:14 3:3
86:1 87:4 90:13
90:16 91:2,5
**wonder**  66:10
**wonderful**  6:21
**worded**  40:18
**words**  5:20
**work**  8:5 11:11
14:23 15:6,6,7,8,9
15:12,15 18:20
21:5,10,17 23:8
24:1,3,4,7,11,17
24:18,19,20 25:7
25:10,11,11,15,16
25:18,22 26:3,17
30:24 32:11,15,18
32:21,23,24 33:9
33:10,14,16,18,19
36:5,16 37:4 41:1
56:3,4 62:20 63:2
64:11 67:12
**worked**  11:16 25:4
58:18,19,20 70:14
85:1

**working**  25:6 29:8
29:16 34:20 67:7
67:9
**workplace**  83:1
**works**  44:5
**worth**  37:4
**written**  80:4
**wrong**  13:16 33:6
35:22 36:4 55:1
74:3
**wrote**  8:19 81:19
82:1

| x |
|---|

**x**  3:1 91:1

| y |
|---|

**yeah**  10:8 21:2
24:10 50:4 54:21
74:10
**year**  59:10,13,18
65:4
**years**  8:15 9:15
10:4 11:3,17,17
62:17

| z |
|---|

**zoom**  1:19 6:20

Atkinson-Baker, A Veritext Company
(818) 551-7300                    www.veritext.com

**EXHIBIT 2**

Illinois Code of Civil Procedure

Article II, Part E

Rule 207, Signing and Filing Depositions


**Ukipkpi"cpf"Hknkpi"Fgrqukvkqpu**

(a) Submission to Deponent; Changes; Signing.
Unless signature is waived by the deponent, the
officer shall instruct the deponent that if the
testimony is transcribed the deponent will be
afforded an opportunity to examine the deposition
at the office of the officer or reporter, or
elsewhere, by reasonable arrangement at the
deponent's expense, and that corrections based on
errors in reporting or transcription which the
deponent desires to make will be entered upon the
deposition with a statement by the deponent that
the reporter erred in reporting or transcribing the
answer or answers involved. The deponent may not
otherwise change either the form or substance of
his or her answers. The deponent shall provide the
officer with an electronic or physical address to
which notice is to be sent when the transcript is
available for examination and signing. When the
deposition is fully transcribed, the officer shall
deliver to the deponent, at the address supplied,

**EXHIBIT 2**

notice that it is available and may be examined at a stated place at stated times, or pursuant to arrangement. After the deponent has examined the deposition, the officer shall enter upon it any changes the deponent desires to make, with the reasons the deponent gives for making them. If the deponent does not appear at the place specified in the notice within 28 days after the mailing of the notice, or within the same 28 days make other arrangements for examination of the deposition, or after examining the deposition refuses to sign it, or after it has been made available to the deponent by arrangement it remains unsigned for 28 days, the officer's certificate shall state the reason for the omission of the signature, including any reason given by the deponent for a refusal to sign. The deposition may then be used as fully as though signed, unless on a motion to suppress under Rule 211(d) the court holds that the reasons given by the deponent for a refusal to sign require rejection of the deposition in whole or in part.

(b) Certification, Filing, and Notice of Filing.

(1)If the testimony is transcribed, the officer

**EXHIBIT 2**

shall certify within the deposition transcript that
the deponent was duly sworn by the officer and that
the deposition is a true record of the testimony
given by the deponent.  A deposition so certified
requires no further proof of authenticity
(2) Deposition transcripts shall not be filed with
the clerk of the court as a matter of course.  The
party filing a deposition shall promptly serve
notice thereof on the other parties and shall
file the transcript and any exhibits in the
form and manner specified by local rule.

DISCLAIMER:  THE FOREGOING CIVIL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE STATE RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

**EXHIBIT 2**

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.