E-FILED
Friday, 19 August, 2022  02:40:57 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| ALEX KEDAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.    19-cv-2113 |
| | ) | |
| ILLINOIS DEPARTMENT OF TRANSPORTATION, | ) | |
| | ) | |
| Defendant. | ) | |

**Plaintiff's Amended Exhibit List**

| Exhibit | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| 1 | | | | Senior Resident Engineer Job Description dated April 17, 2006 (Kedas 69-70) |
| 2 | | | | Senior Resident Engineer Job Description dated July 2, 2008 (IDOT 1467-1468) |
| 3 | | | | Resident Technician Job Description dated February 8, 2011 (MSJ App. 8-9) |
| 4 | | | | Kedas evaluation dated June 25, 2015 (IDOT 88-93) |
| 5 | | | | Kedas email to Timothy Morris dated April 26, 2016 |
| 6 | | | | Kedas Counseling memo dated June 1, 2016 |
| 7 | | | | Kedas evaluation dated June 24, 2016 (Kedas 359-362) |
| 8 | | | | Kedas response to evaluation dated August 23, 2016 (Kedas 152-183) |
| 9 | | | | Merit Incentive Bonuses District 5 |

| 10 | | | | Alex Kedas resume |