IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| ALEX KEDAS, | ) |  |
| --- | --- | --- |
| Plaintiff, | ) |  |
| v. | ) | Case No.   19-cv-2113 |
| ILLINOIS DEPARTMENT OF TRANSPORTATION, | ) |  |
| Defendant. | ) |  |

## DEFENDANT'S EXHIBIT LIST

| No. | DESCRIPTION | ADMIT WITHOUT OBJECTION | AUTHENTICATION WAIVED | OBJECTION |
| --- | --- | --- | --- | --- |
| 1 | April 26, 2016 Email, Bates stamp 000676-000680 | | | |
| 2 | June 1, 2016 counseling, Bates-stamp 000280 | | | |
| 3 | Kedas June 24, 2016 evaluation, Bates-stamped 000646-000649 | | | |
| 4 | Nov. 12, 2014 Notice of Disciplinary Action, Bates-stamp 000288 | | | |
| 5 | April 9, 2014 Carnahan Kedas discussion summary, Bates-stamped 000291-000292 | | | |

| | | | | |
|---|---|---|---|---|
| 6 | Feb. 8, 2011 Resident Technician Job Description, Bates-stamp Kedas MSJ App. 8-9 | | | |
| 7 | FY 2017 Employee Evaluation, Bates stamp No. 000362-000365 | | | |
| 8 | Kedas 2014 evaluation Bates-stamp 000603-000608 | | | |
| 9 | Kedas June 25, 2015 Evaluation Bates stamp 000598-000601 | | | |
| 10 | 2008 Position description, Bates stamp 000596-000597 | | | |
| 11 | Alex Kedas Deposition Transcript | | | |
| 12 | Kensil Garnett Deposition Transcript | | | |
| 13 | Jason Smith Deposition Transcript | | | |
| 14 | Kenneth Crawford Deposition Transcript | | | |
| 15 | Kedas Interrogatory Responses | | | |

| 16 | Plaintiff's second amended complaint | | | |
|----|--------------------------------------|--|--|--|