UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

ALEX KEDAS,         )
                    )
    Plaintiff,      )
                    )
    v.              )   Case No. 19-CV-2113
                    )
ILLINOIS DEPARTMENT OF )
TRANSPORTATION,     )
                    )
    Defendant.      )

## JURY VERDICT

1. Did Alex Kedas prove that his complaint of discrimination was based on a reasonable, good faith belief that he was opposing disparate treatment on the basis of gender?

    Yes: __✓__       No: _____

    (If you answered "Yes" to question 1, answer the next question; if you answered "No," proceed to sign and date the verdict form.)

2. Did the Illinois Department of Transportation refer Plaintiff to counseling in June 2016 because he complained of discrimination on the basis of gender?

    Yes: __✓__       No: _____

3. Did the Illinois Department of Transportation downgrade Plaintiff's June 2016 evaluation because he complained of discrimination on the basis of gender?

    Yes: _____       No: __✓__

    (If you answered "No" to *both* questions 2 *and* 3, proceed to sign and date the verdict form; otherwise, answer question 4.)

4. Did Alex Kedas suffer mental or emotional pain as a result of his referral to counseling and/or his downgrade in evaluation?

   Yes: _____          No: ✓

   (If you answered "Yes" to question 4, answer the next question; if you answered "No," proceed to sign and date the Verdict Form.)

5. What amount would fairly compensate Alex Kedas for the mental or emotional pain he experienced as a result of retaliation by the Illinois Department of Transportation?

   Answer: $_____

Sign, date, and return this Verdict Form.

s/Foreperson
_____
Presiding Juror

s/Juror                              s/Juror
_____            _____
s/Juror                              s/Juror
_____            _____
s/Juror                              s/Juror
_____            _____
s/Juror                              s/Juror
_____            _____

DATE: 09/01/2022